Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
Matthew T. Salzmann (MS 8403)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiffs*



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A,

:
:
:
:
:
:
:
:
:

**07 CIV 7862**

Civil Action No.

**RULE 7.1 STATEMENT**

Plaintiffs,

- against -

ELENA CASTANEDA d/b/a OVERSTOCKJEWELER.COM,

Defendant.

--------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, private non-governmental corporate parties, certify that:

1. Compagnie Financiere Richemont, S.A. ("Richemont") is the corporate parent of Cartier, a division of Richemont North America, Inc., Cartier International, N.V. and Cartier Creation Studio, S.A. Richemont is a publicly held corporation that owns 10% or more of

Cartier, a division of Richemont North America, Inc., Cartier International, N.V. and Cartier Creation Studio, S.A.;

2. Richemont is the corporate parent of Van Cleef & Arpels S.A., Van Cleef & Arpels, Inc. and Van Cleef & Arpels Distribution, Inc. Richemont is a publicly held corporation that owns 10% or more of Van Cleef & Arpels S.A., Van Cleef & Arpels, Inc. and Van Cleef & Arpels Distribution, Inc;

3. PPR Group is the ultimate corporate parent of Gucci America, Inc. PPR Group is a publicly held corporation that owns 10% or more of Gucci America, Inc.; and

4. Bulgari S.p.A. is publicly traded on the Italian Stock Exchange Telematic system and the International SEAQ in London. There are no publicly traded corporate parents, affiliates and/or subsidiaries of said party.

Dated: New York, New York
       September 6, 2007

ARNOLD & PORTER LLP

By: /s/ Louis S. Ederer
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
Matthew T. Salzmann (MS 8403)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs*