# United States District Court

SOUTHERN     DISTRICT OF     NEW YORK

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A,

Plaintiffs,

v.

ELENA CASTANEDA d/b/a
OVERSTOCKJEWELER.COM

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 7862

TO: (Name and Address of Defendant)

**Elena Castaneda d/b/a Overstockjeweler.com
351 East 84th Street
New York, New York 10028**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

**Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022**

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON     SEP 0 6 2007

CLERK     DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                          *Signature of Server*

                                         _____
                                         *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 7862

Date Filed: _____

Plaintiff:
**CARTIER, a division of RICHEMONT NORTH AMERICA, INC., et al.**
vs.
Defendant:
**ELENA CASTANEDA d/b/a OVERSTOCKJEWELER.COM**

Received by ASK Litigation Support, Inc. to be served on **ELENA CASTANEDA, d/b/a OVERSTOCKJEWELER.COM, 351 East 84th St., New York, NY 10028.**

I, Simon Kahn, being duly sworn, depose and say that on the **19th day of September, 2007 at 9:30 am, I:**

delivered a true copy of the **Summons & Complaint, rule 7.1 Statement and Civil Cover Sheet** to Elena Castaneda, who identified him/herself to me and was served in hand, at the actual place of residence indicated above.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: Caucasian, Height: 5'6', Weight: 135, Hair: Black, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  Sept 19 07
              DATE

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000576

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j