UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

CARTIER, et al,

        Plaintiff,           :

      - against -               :

CASTANEDA,                       :

        Defendant(s).        :

----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

**SCHEDULING ORDER**

07 Civ. 7862 (SAS)

Conference Date:

9/28/07

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

    SEPTEMBER 28, 2007

(2)    a concise statement of the issues as they then appear;

    OCTOBER 10, 2007

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

    OCTOBER 10, 2007

    (b) a schedule for the production of documents;

    NOVEMBER 9, 2007

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

    INITIAL - DECEMBER 21, 2007 / REBUTTAL - JANUARY 22, 2008 /

    (d) time when discovery is to be completed;

    DEPOSITIONS - FEBRUARY 8, 2008

    FEBRUARY 8, 2008

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*MARCH 3, 2008*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*MARCH 17, 2008*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

*Feb. 19 at 4:30* _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

*NONE*

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

*NONE*

(6) anticipated fields of expert testimony, if any;

*COPYRIGHT AND TRADEMARK PROTECTABILITY*

(7) anticipated length of trial and whether to court or jury;

*FIVE DAYS TO A JURY*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

ARNOLD & PORTER, LLP
Attorneys for Plaintiffs
Louis S. Ed___, Esq.
399 Park Avenue
NY, NY 10022 / 212-715-1000

Scott Zavin, Esq.
ZAVIN & ASSOCIATES
45 West 21st Street, 4th Floor
New York, NY 10010
(212) 586-3131

SO ORDERED:

By: *Louis S. Ed___*

_____
SHIRA A. SCHEINDLIN
U.S.D.J.    9/28/07