```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

YURMAN STUDIO, INC.,

    Plaintiff/Counter-Defendant,

- against -

ELENA CASTANEDA d/b/a
OVERSTOCKJEWELER.COM,

    Defendant/Counter-Plaintiff,

- against -

YURMAN DESIGN, INC.,

    Third-Party Defendant.

------------------------------------------------------------- x
------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA d/b/a
OVERSTOCKJEWELER.COM,

    Defendant.

------------------------------------------------------------- x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

**[PROPOSED] ORDER OF
CONSOLIDATION**

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

WHEREAS, by letters dated September 10 and 26, 2007, plaintiffs in the above-entitled Action No. 2 moved this Court, with the consent of defendant's counsel, to consolidate Action

No. 2 with Action No. 1, Action No. 2 having previously been accepted by this Court as a related action to Action No. 1; and

WHEREAS, the parties appeared before the Court, on September 28, 2007, at a conference previously scheduled in Action No. 1, and the consolidation application of plaintiffs in Action No. 2 was heard; and

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure permits a court to order actions consolidated if they involve "common issues of law or fact," Fed. R. Civ. P. 42(a); and,

WHEREAS, it appears that good cause has been shown for the consolidation of Action No. 2 and Action No. 1; and

ORDERED that the above-captioned actions are hereby CONSOLIDATED for all purposes pursuant to Fed. R. Civ. P. 42(a), and <u>Yurman Studio, Inc. v. Elena Castaneda d/b/a Overstockjeweler.com</u>, 07 Civ. 1241, is designated the lead case.

Dated: New York, New York
       October 2, 2007

SO ORDERED:

SHIRA A. SCHEINDLIN, U.S.D.J.