UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
YURMAN STUDIO, INC. and            :
YURMAN DESIGN, INC.,               :
                                   :
            Plaintiffs,            :     **ORDER TO SHOW CAUSE**
                                   :
    - against -                    :     07 Civ. 1241 (SAS)
                                   :
ELENA CASTANEDA and EJEWELER,      :
LLC, d/b/a                         :
OVERSTOCKJEWELER.COM,              :
                                   :
            Defendants.            :
------------------------------------------------------X
------------------------------------------------------X
CARTIER, CARTIER                   :
INTERNATIONAL, N.V., CARTIER       :
CREATION STUDIOS, S.A., VAN        :
CLEEF & ARPELS, S.A., VAN CLEEF    :
& ARPELS, INC., VAN CLEEF &        :
ARPELS DISTRIBUTION, INC.,         :
GUCCI AMERICA, INC.,               :
BULGARI, S.P.A.,                   :
                                   :     07 Civ. 7862 (SAS)
            Plaintiffs,            :
                                   :
    - against -                    :
                                   :
ELENA CASTANEDA and EJEWELER,      :
LLC, d/b/a                         :
OVERSTOCKJEWELER.COM,              :
                                   :
            Defendants.            :
------------------------------------------------------X
SHIRA A. SCHEINDLIN, U.S.D.J.:

    Plaintiffs are ordered to show cause as to why they should not be held

in contempt of Court for violating the January 16, 2008 Order, issued orally at a conference before the Court, by failing to provide defendants with dates for the depositions of plaintiffs' witnesses in the above-captioned action bearing docket number 07 Civ. 1241. Plaintiffs in the above-captioned action bearing docket number 07 Civ. 7862 are directed to show cause as to why they have failed to provide defendants with responses to defendants' interrogatories. Plaintiffs must show cause by March 3, 2008. Defendants may respond by March 6, 2008. The parties are directed to appear for a conference before the Court on March 7, 2008, at 4:00 p.m.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            February 25, 2008

**- Appearances -**

**For Plaintiffs:**

Louis S. Ederer, Esq.
John Maltbie, Esq.
Matthew T. Salzmann, Esq.
Arnold and Porter LLP
399 Park Avenue
New York, NY 10022
(212) 715-1000
Fax: (212) 715-1399

**For Defendants:**

Scott Zarin, Esq.
Zarin & Associates, P.C.
45 West 21st Street, 4th Fl.
New York, NY 10010
(212) 580-3131
Fax: (212) 580-4393