# ARNOLD & PORTER LLP

**Louis S. Ederer**
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/4/08]

March 3, 2008

**VIA FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

  Re: Yurman Studio, Inc. v. Elena Castaneda and Ejeweler d/b/a
    Overstockjeweler.com, 07 Civ. 1241 (SAS) (HP) [Action No. 1]
    and
    Cartier, et al. v. Elena Castaneda and Ejeweler LLC d/b/a
    Overstockjeweler.com, 07 Civ. 7862 (SAS) (HP) [Action No. 2]

Dear Judge Scheindlin:

  We represent plaintiffs in the above-referenced consolidated actions.

  On February 25, 2008, in response to a February 23, 2008 letter from counsel for defendants, Scott Zarin, requesting a pre-motion conference in anticipation of filing a motion to compel, the Court issued an Order to Show Cause with respect to Mr. Zarin's letter requiring plaintiffs to respond to the Order to Show Cause by no later than today, and scheduled a conference for March 7, 2008.

  Earlier today we were copied on a letter that Mr. Zarin submitted to Your Honor (a copy of which is attached hereto for the Court's reference) requesting that his February 23, 2008 letter application be withdrawn and that the Court rescind its Order to Show Cause and cancel the March 7, 2008 conference. In light of counsel's letter, we trust that the Order to Show Cause will be withdrawn and plaintiffs will not be submitting a formal response to the Order to Show Cause.

Respectfully,

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer

cc: Scott Zarin, Esq. (via facsimile)

*[Handwritten annotation:]* The parties' request is granted and the Order to Show Cause is hereby vacated. The conference scheduled for March 7, 2008 is cancelled.

SO ORDERED:

Date: March 3, 2008

_____
Shira A. Scheindlin, USDJ