UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| YURMAN STUDIO, INC. and YURMAN DESIGN, INC., | Civil Action No. 07-1241 (SAS)(HP) (Action No. 1) |
| Plaintiffs/Counter-Defendants, | |
| - against - | |
| ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, | |
| Defendants/Counter-Plaintiffs. | |

------------------------------------------------------------ x
------------------------------------------------------------ x

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A., | Civil Action No. 07-7862 (SAS)(HP) (Action No. 2) |
| Plaintiffs, | |
| - against - | |
| ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, | |
| Defendants. | |

------------------------------------------------------------ x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN SUPPORT PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

LOUIS S. EDERER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct to the best of his knowledge:

1. I am a member of the firm of Arnold & Porter LLP, counsel for plaintiffs Yurman Studio, Inc., Yurman Design, Inc., Cartier, a division of Richemont North America, Inc., Cartier

1

International, N.V., Cartier Creation Studio, S.A., Gucci America, Inc. and Bulgari S.p.A. (collectively "Plaintiffs"). I make this declaration in support of Plaintiffs motion for partial summary judgment.

2. Attached hereto as Exhibit A are pertinent excerpts from the transcripts of the deposition of Defendant Elena Castaneda taken on February 7, 2008, February 8, 2008 and March 18, 2008.

3. Attached hereto as Exhibit B are pertinent excerpts from the transcript of the deposition of Alice Limantara taken on April 22, 2008.

4. Attached hereto as Exhibit C is a printout of the "About Us" web page from www.overstockjeweler.com, which has been previously marked as Plaintiffs' Deposition Exhibit 3.

5. Attached hereto as Exhibit D is a printout of the "Disclaimer" web page from www.overstockjeweler.com, which has been previously marked as Plaintiffs' Deposition Exhibit 17.

DECLARED UNDER PENALTY OF PERJURY THIS 13th DAY OF June, 2008.

_____
Louis S. Ederer