**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                         :

YURMAN STUDIO, INC. and YURMAN      :    Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                     :    (Action No. 1)
                         :
        Plaintiffs/Counter-Defendants,   :

        - against -                :

ELENA CASTANEDA and EJEWELER LLC   :
d/b/a OVERSTOCKJEWELER.COM,       :

        Defendants/Counter-Plaintiffs.   :

------------------------------------------------------------ x
------------------------------------------------------------ x
                         :

CARTIER, a division of RICHEMONT NORTH   :    Civil Action No. 07-7862 (SAS)(HP)
AMERICA, INC., CARTIER INTERNATIONAL,  :    (Action No. 2)
N.V., CARTIER CREATION STUDIO, S.A., VAN :
CLEEF & ARPELS S.A., VAN CLEEF &      :
ARPELS, INC., VAN CLEEF & ARPELS      :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A.,                :
                         :
        Plaintiffs,                 :

        - against -                :

ELENA CASTANEDA and EJEWELER LLC   :
d/b/a OVERSTOCKJEWELER.COM,       :

        Defendants.             :

------------------------------------------------------------ x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN SUPPORT**
**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT B

ALICE LIMANTARA

ALICE LIMANTARA

1

2      A       Yeah, we keep stock, but if you are

3  saying inventory, I thought if we count each one

4  of the styles and put them on the system.  We kept

5  stock, but we don't count them.

6      Q       Stepping back real quickly.

7          So, you return from P & K Jewelry

8  and you've got a bunch of bags labeled with

9  different monetary amounts.  Within those bags

10  you've got a number of different jewelry items,

11  correct?

12      A      Yes, um-hum.

13      Q      So, when you get back to your

14  offices, what do you do with those bags?

15      A       After we ship some of the orders, we

16  ship them on the same day and then we just put,

17  like, the rings on a tray or hang it on the hooks.

18      Q       Does the price that you purchase any

19  of the products from P & K Jewelry ever change?

20      A       I think so, yes, because sometimes

21  the silver price is going up, so they do change

22  sometimes.

23      Q       So, after you remove the products

24  from the bags that you received from P & K

25  Jewelry, is there any way for you to know how much

ALICE LIMANTARA

1                    ALICE LIMANTARA

2    that you're purchasing infringes on the

3    intellectual property rights of the designer who

4    inspired the piece?

5                    MR. ZARIN:   Objection.   That is

6         asking for a legal opinion.

7         Q         You can answer it.

8         A         Can you repeat the question?

9         Q         Do you conduct any type of

10   investigation to determine if the inspired item

11   that you're purchasing from one of your suppliers

12   infringes on the intellectual property rights of

13   the designer who purportedly inspired the piece?

14        A         No.

15        Q         Have you ever asked any of your

16   suppliers if any of the products they sell

17   infringe on the intellectual property rights of

18   designers from whom they are inspired?

19        A         No.

20        Q         Do you believe that the inspired

21   items sold by Overstock Jeweler are of comparable

22   quality to the genuine items that inspired them?

23        A         Sorry, I didn't understand.

24        Q         Do you believe that the items that

25   are sold on the Overstock Jeweler website as being

ALICE LIMANTARA

1                       ALICE LIMANTARA

2     major suppliers, like where I got these items from

3     the regs.

4            Q      It reflects the cost of any

5     particular item on a specific day that you went

6     back and asked one of the multiple vendors, this

7     appears for many of these products what the cost

8     was; is that right?

9            A      I'm not sure I'm understanding.

10            Q      Is it the case every time you

11    purchased this product AFPRAO 76SN from P & K

12    Jeweler, Silver Mine and Silver Galore, you always

13    purchased this product for $10; is that correct?

14            A      Not exactly $10.

15            Q      How did you come to the $10 number

16    that appears in the "Cost" column for this item?

17            A      Based on the sticker that was on the

18    ring.

19            Q      On what ring?

20            A      This ring.

21            Q      The ring that you purchased from

22    whom?

23            A      That one, I checked it from the

24    stock; so, I don't know.  Like I said, I bought

25    this from several places and after we ship the

ALICE LIMANTARA

1                    ALICE LIMANTARA

2    order, all the extra stuff we put in one tray, so

3    it's all mixed.  So, I'm not sure whose sticker it

4    was.

5         Q       So, is it fair to say that the cost

6    numbers that appear on the first page of

7    Plaintiff's Exhibit 10 are not accurate?

8         A       I would say they are close.  I mean,

9    like, if you're asking for each one of the

10   vendors, they are not the same.

11        Q       I'm asking you how then you decided

12   which vendor to go to to get your cost number that

13   appears in this column, and how and why you

14   decided to take that vendor's cost as opposed to

15   any other vendor's cost?

16        A       It's from which vendor I called the

17   most and whoever gave us the biggest discount.

18        Q       And isn't it a fact that not only

19   does the cost of the product vary from supplier to

20   supplier, but in the case of products that contain

21   sterling silver or any other material, the price

22   of which fluctuates, then the price of that item

23   also fluctuates; is that right?

24        A       Yes.

25        Q       If you turn to Page 2 of this

ALICE LIMANTARA

1                        ALICE LIMANTARA

2    exhibit, you will see there are some additional

3    David Yurman inspired items listed and to your

4    right there's a "Cost" column.

5                        Did you go about compiling the data

6    compiled in this "Cost" column in the same manner

7    in which you compiled the data that appears in the

8    "Cost" column on the first page of Plaintiff's

9    Exhibit 10?

10          A        The same manner, yes.

11          Q        So, is it fair to say that the cost

12   figures that appear on the second page of

13   Plaintiff's Exhibit 10 are not exact numbers?

14          A        No, the same answer.  It's depending

15   on the store or vendors, and also the silver

16   prices are not always the same price, sometimes

17   they go up and down.

18          Q        Is it fair to say that the cost

19   numbers that appear in the "Cost" column on the

20   second page of Plaintiff's Exhibit 10 are not even

21   mathematically calculated averages of the costs at

22   which you purchased each of these products?

23          A        No, because we don't give inventory,

24   so we only base it on the sticker.

25          Q        I show you a document previously

ALICE LIMANTARA

1                    ALICE LIMANTARA

2    marked as Plaintiff's Exhibit 136.

3              If you would flip through this

4    document, you will see that this document purports

5    to contain a line item for each of the Bulgari,

6    Cartier, Van Cleef & Arpels and Gucci items at

7    issue in this case, with respect to specific

8    claims of trademark copyright purchases on an

9    infringement or trade dress infringement.

10             Did you play any role in compiling

11   any of the data that appears on this document,

12   Plaintiff's Exhibit 136?

13        A      This might have been one of the

14   forms that I filled.  I don't remember -- are they

15   the same?  Maybe from the cost prices.  I don't

16   remember this one.

17        Q      Would you have compiled the data

18   that appears in the "Cost Price" column of this

19   document in the same manner that you compiled the

20   data that appears in the "Cost" column of

21   Plaintiff's Exhibit 10?

22        A      Yes, based on the sticker price,

23   whatever tag they have.

24        Q      Is it fair to say that the cost

25   price listed for each product in Plaintiff's

ALICE LIMANTARA

1                        ALICE LIMANTARA

2    Exhibit 136 is not an exact number?

3           A       Exactly, no.

4           Q       Is it fair to say that the cost

5    price listed for each item in Plaintiff's Exhibit

6    136 is not a mathematically calculated cost item

7    for each individual product?

8           A       No.  I just got it from the sticker.

9           Q       Okay.  We just talked about the "our

10   price" that appears with each item on the

11   overstock website.

12                   Now, I want to focus our attention

13   to the list price.  If you can take a look back at

14   Plaintiff's Exhibit 34, you'll see that the list

15   price there is $119.99.

16                   Do you see that?

17          A       Yes.

18          Q       Do you know how that list price is

19   derived?

20          A       Normally we just triple it from the

21   sticker price of the item.

22          Q       So, the list price is tripled from

23   the wholesale price of the item?

24          A       The sticker, the wholesale.

25          Q       And what would be the wholesale