UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------------- x
------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------------- x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN SUPPORT PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT C



EXHIBIT 3
Pif's
2/7/08 JI

Page 1 of 3

FREE GROUND SHIPPING on all USA orders
WE SHIP INTERNATIONALLY See shipping policy

SAVE 10% TODAY Click for email specials
NO RISK INVOLVED 30 Day Moneyback Guarantee
SHOPPING BAG

## Overstock Jeweler

HAPPY VALENTINE'S DAY

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY
offer expires Feb 14

[Search]
800.586.0020
Mon-Fri 9am-6pm EST

Live Chat Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

The owner of Overstock Jeweler began her career in the retail business when she was 18 years old. She helped run her family business, a large specialty discount store selling overstocked items such as lingerie, apparel, shoes and jewelry. After loosing their retail store lease in Manhattan, the owner realized her love for the retail business. With over 20 years of experience of buying overstock production and her connections from her family business, she knew she had the ability to venture out into the retail world on her own, and in 2002 she tried something new, e-commerce. Deciding to focus on her favorite thing to purchase, jewelry and taking here Overstock buying expertise's she came up with Overstockjeweler.com Now located in mid-town Manhattan, in the heart of the jewelry district, Overstockjeweler.com is thriving, and the owner has never looked back.

OverstockJeweler.com is committed to providing you the best in quality, service and selection of Designer Inspired Jewelry in the world. With several years of experience, Overstock Jeweler has an unprecedented record and reputation for bringing quality knockoff jewelry to some of the country's most scrupulous bargain jewelry shoppers and jewelry stores. Delivering discount jewelry directly to your doorstep, Overstock Jeweler affords the opportunity for beautiful jewelry at incredible savings! Each Designer inspired piece in our exquisite collection is designed and made with quality, style and affordability in mind. We at Overstock Jeweler have created a Designer imitation Jewelry collection dedicated to bringing you the Designer Knockoff Jewelry that best expresses your unique personality. Whether you're going to the office or to the opera, whether you're in denim or in cashmere, OverstockJeweler.com has bargain Knock Off Jewelry that matches your style while keeping you up-to-date with the latest fashion trends.

Our designer copies are only inspired by these designers. Please read our disclaimer. OverstockJeweler.com is independent from and is in no way related to Overstock.com

OverstockJeweler.com
PO Box 599 New York, NY 10028
Toll Free 1-800-586-0020 Fax 212-695-0508
contact@overstockjeweler.com

Copyright HMA