UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

------------------------------------------------------------ x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF LOUIS S. EDERER, ESQ. IN SUPPORT
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT D

# Overstock Jeweler

### HAPPY VALENTINE'S DAY

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

SAVE 10% TODAY Click for email specials
NO RISK INVOLVED 30 Day Moneyback Guarantee
SHOPPING BAG

FREE GROUND SHIPPING on all USA orders
WE SHIP INTERNATIONALLY See shipping policy

Search

800.586.0020
Mon-Fri 9am-8pm EST

Help is Offline - Leave Message

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY** offer expires Feb 14*

**OVERSTOCKJEWELER DOES NOT SELL ITEMS MANUFACTURED OR LICENSED BY ANY FAMOUS DESIGNER!**

Overstockjeweler is not a manufacturer; we are reseller of the high quality jewelry. Even though many of the products sold on our site may look similar to those sold by famous designers, they are not made by any famous designer.

We sell affordable reproductions or replicas of popular designs found in the public domain, or adaptations of designs that are comparable in quality and to products sold by famous designers and manufacturers. They do NOT come stamped with the designer's logo or in a logo box.

Occasionally, we stock and advertise a product that appears to be a copy of a protected work. Because we respect the intellectual property rights of third parties, it is Overstockjeweler's policy to suspend the sale of any item claimed to be infringing, provided the third party owner offers reasonable substantiation of such claim so as to permit our staff and legal counsel to conduct an investigation.

Overstockjeweler will promptly and permanently remove any item from sale that infringes the intellectual property rights of a third party.

Unless specifically stated, when we show pictures of celebrities wearing jewelry on our web site, we do not claim that the jewelry worn by those celebrities is Overstockjeweler jewelry, nor do we claim that the jewelry they are wearing is exactly the same as the jewelry we sell at Overstockjeweler, or that the celebrities are endorsing Overstockjeweler. These pictures are simply showing that these fashionable people are wearing jewelry similar to jewelry available at Overstockjeweler.com.

Overstockjeweler.com is independent from and is in no way related to Overstock.com.

### VALENTINE FEATURED ITEMS
- Heart Shaped Jewelry
- Final Clearance Sale
- New Arrivals
- Best Sellers
- Judith Leiber Inspired Purse NEW!

### COLLECTIONS
- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements


EXHIBIT
Pl's 17
2/17/06 FJ

Copyright HMA