UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| YURMAN STUDIO, INC. and YURMAN DESIGN, INC., | Civil Action No. 07-1241 (SAS)(HP) (Action No. 1) |
| Plaintiffs/Counter-Defendants, | |
| - against - | |
| ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, | |
| Defendants/Counter-Plaintiffs. | |

------------------------------------------------------------- x
------------------------------------------------------------- x

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A., | Civil Action No. 07-7862 (SAS)(HP) (Action No. 2) |
| Plaintiffs, | |
| - against - | |
| ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, | |
| Defendants. | |

------------------------------------------------------------- x

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF
GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT B



Gucci-esque Inspired Jewelry Collection Inspired Equestrian Sterling Silver Bracelet           Page 1 of 2



FREE GROUND SHIPPING
WE SHIP INTERNATIONALLY

| HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | S |

**800.586.0020**
Mon-Fri 9am-6pm EST

 Search

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON

Designer Inspired Jewelry > Gucci-esque Inspired Jewelry Collection Inspired Equestrian Sterling Silver Brac

### Gucci-esque Inspired Jewelry Collection Inspired Equestrian Sterling Silver Bracelet

**FEATURED ITEMS**
- New Arrivals
- Best Sellers
- Turquoise Jewelry
- Judith Leiber Inspired Bags NEW!

**COLLECTIONS**
- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

**CATEGORIES**
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

**DEPARTMENTS**
- Watches
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale

**MATERIALS**
- Sterling Silver & CZ



 zoom

OTHER VIEWS:


Click to enlarge

| Availability: | In Stock |
| Order Now & Ships: | Fri, Jul 27 |
| Item #: | SC-HE56177 |
| List Price: | $189.99 |
| **Our Price:** | **$74.99** |

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25.

**DESCRIPTION:**
Made of .925 sterling silver, this Gucci Jewelry Collection replica bracelet features two back-to-back horseshoe-link rings joined side to side and interlocking with an toggle clasp locking it at the end. Etchings on both horseheads detail the faces and bridles of the horse. A hook and eye closure ensures a secure clasp.

| Measures: | 8" in length, 2.2mm in height |
| Weight: | 30 grams |
| Material: | .925 Sterling Silver |


EXHIBIT
PIC's 104
3/12/08

# Overstock Jeweler

HAPPY VALENTINE'S DAY

EARRINGS  BRACELETS  RINGS  WATCHES  GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX, FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK, USE COUPON: VDAY

Designer Inspired Jewelry > Gucci -esque Inspired Stainless Steel Horsebit Timepiece Fashion Watch

Gucci -esque Inspired Stainless Steel Horsebit Timepiece Fashion Watch

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | WH-5320 |
| List Price: | $169.99 |
| Our Price: | $44.99 |

Add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

800.586.0020



VALENTINE FEATURED ITEMS

Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

COLLECTIONS

Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES

Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

Our Categories

**Tiffany -esque Style Diamond CZ Horseshoe Pendant Necklace**
$34.99

Matching Items

**Gucci -esque and Hermes Inspired Sterling Silver Horseshoe Bangle**
$49.99

**Tiffany Style Inspired CZ Pavé Horseshoe Ring**
$25.99



EXHIBIT

Copyright HMA



**The Gucci Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Gucci Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA-1-375-802 | 170845J85408065 | SC-HE56177 |
| | | WH-5320 |