UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
YURMAN STUDIO, INC. and YURMAN            :    Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                              :    (Action No. 1)
:
          Plaintiffs/Counter-Defendants,   :
:
     - against -                          :
:
ELENA CASTANEDA and EJEWELER LLC          :
d/b/a OVERSTOCKJEWELER.COM,                :
:
         Defendants/Counter-Plaintiffs.  :
:
------------------------------------------------------------- x
------------------------------------------------------------- x
:
CARTIER, a division of RICHEMONT NORTH    :    Civil Action No. 07-7862 (SAS)(HP)
AMERICA, INC., CARTIER INTERNATIONAL,     :    (Action No. 2)
N.V., CARTIER CREATION STUDIO, S.A., VAN  :
CLEEF & ARPELS S.A., VAN CLEEF &          :
ARPELS, INC., VAN CLEEF & ARPELS          :
DISTRIBUTION, INC., GUCCI AMERICA, INC.,  :
and BULGARI S.p.A.,                        :
:
         Plaintiffs,                     :
:
     - against -                          :
:
ELENA CASTANEDA and EJEWELER LLC          :
d/b/a OVERSTOCKJEWELER.COM,                :
:
         Defendants.                     :
:
------------------------------------------------------------- x

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF**
**GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**


# EXHIBIT C



Gucci- Esque Pave CZ Accented Horsebit Sterling Silver Bracelet                    Page 1 of 2



FREE GROUND SHIPPING

WE SHIP INTERNATIONALLY

**HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY    S**

 

**800.585.0020**

**Mon-Fri 9am-6pm EST**

[          ] Search

**FEATURED ITEMS**

New Arrivals
Best Sellers
Turquoise Jewelry
Judith Leiber Inspired Bags NEW!

**COLLECTIONS**

Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**

Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale

**MATERIALS**

Sterling Silver & CZ

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON

Home > Equestrian Jewelry: Imitation Hermes, Tiffany Inspired, Gucci -esque Sterling Silver & CZ HorseShoe
Gucci- Esque Pave CZ Accented Horsebit Sterling Silver Bracelet

Gucci- Esque Pave CZ Accented Horsebit Sterling Silver Bracelet

| | |
|---|---|
| Availability: | Out of Stock |
| Order Now & Ships: | |
| Item #: | PK-3S-656-ASH |
| List Price: | $269.99 |
| Our Price: | $139.99 |

[ADD TO SHOPPING BAG]

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25.

OTHER VIEWS:



Click to enlarge

Gift box available at checkout



Click to enlarge

**DESCRIPTION**

A sophisticated piece people will take note of! Made of .925 sterling silver and with rhodium overlay, the links of this bracelet are accented with glamorous pave CZs. Glamour comes to mind when wearing this delicate piece similar to a Gucci imitation, so spend less and still stand out in the crowd. This bracelet features back-to-back horseshoe- link rings joined together with beautiful pave links. True designers look at a fraction of the price, hurry and get one today!

**Measures:**   7.5 in length



EXHIBIT
PK's 125
3/18/08

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

Overstock Jeweler

HAPPY VALENTINE'S DAY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Bridal Jewelry - Complete List > Gucci -esque and Hermes Inspired Cubic Zirconia Horsebit Equestrian Tennis Bracelet

Gucci -esque and Hermes Inspired Cubic Zirconia Horsebit Equestrian Tennis Bracelet

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | WH-SB0850 |
| List Price: | $199.99 |
| Our Price: | $109.99 |

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:

800.586.0020
Mon-Fri 9am-5pm EST

Search

Live Chat Click Here

VALENTINE FEATURED ITEMS
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

Our Bestsellers



Tiffany Style Diamond Cubic Zirconia Stud Earrings Sterling Silver Select Carat Size!
$29.99

Matching Items



Hermes and Gucci -esque Inspired Pave Equestrian Horsebit Sterling Silver Earrings
$99.99



Hermes Inspired Equestrian Running Stallion Pin
$59.99

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Shop by Price**

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



We Ship
Internationally
$25 Flat Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on
myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
⭐⭐⭐
based on reviews. more...

Free GROUND Shipping

Click to enlarge

Click to enlarge

**DESCRIPTION:**

Made of .925 sterling silver, this sophisticated Gucci -esque Hermes inspired is designed in a well known equestrian style. Featuring a set of horsebit links that are connected by pave diamond CZ links, the bracelet is secured with a clasp to ensure security. You'll feel like the real thing in this Gucci -esque Hermes inspired piece, even if the bracelet isn't really a knockoff. A perfect gift for equestrian lover. FREE ground shipping on this item.

| | |
|---|---|
| Measures: | Length is 8". Width is .5". |
| Weight: | 20 grams |
| Material: | .925 Sterling Silver diamond CZ |
| Category: | silver, tennis bracelet, Gucci inspired, Hermes inspired, women, equestrian, pave, diamond cz |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer

**CUSTOMER REVIEWS!**

I love their jewelry. Always beautiful and always what the picture looks like. I've received many compliments on every piece I've bought from them.

This Item includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed Items:



**Hermes Inspired Pave CZ Horseshoe Equestrian Dangling Earrings**
$79.99

**Tiffany Style Inspired CZ Pave Horseshoe Ring**
$26.99



**Tiffany Inspired Pave CZ Horseshoe Earrings**
$29.99

Copyright HMA

## The Gucci Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Gucci Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA-1-375-802 | 133292j85008000 | PK-3S-656-ASH WH-SB0850 |