UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

          Plaintiffs/Counter-Defendants,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

          Defendants/Counter-Plaintiffs.

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

          Plaintiffs,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

          Defendants.

------------------------------------------------------------ x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF
GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT D



gold, length 42cm

gold, length 80mm

GUCCI00184



# Overstock Jeweler

## HAPPY VALENTINE'S DAY

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Designer Inspired Jewelry > Hermes and Gucci -esque Inspired Pave Equestrian Horsebit Sterling Silver Ring

## Hermes and Gucci -esque Inspired Pave Equestrian Horsebit Sterling Silver Ring

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | PK-4777 |
| List Price: | $134.99 |
| Our Price: | $44.99 |

Choose Ring Size: 6 ▼

Ring Sizing Chart

Add to Shopping Bag 🛍

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Int. Shipping is $25. more info



OTHER VIEWS:

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

[ Search ]

## 800.586.0020
Mon-Fri 9am-5pm EST



Live Chat
Click Here

**VALENTINE FEATURED ITEMS**

Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

## COLLECTIONS

Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

## CATEGORIES

Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

SAVE 10% TODAY
Click Here for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG 🛒

### Our Bestsellers

**Tiffany Style Diamond Cubic Zirconia Stud Earrings Sterling Silver Select Carat Size!**
$29.99

### Matching Items

**Hermes and Gucci -esque Inspired Pave Equestrian Horsebit Sterling Silver Earrings**
$89.99

**Gucci- Esque Inspired Sterling Silver Diamond CZ Pave Agentina Horsebit Bracelet**
$109.99

Copyright HMA

Skull Jewelry

## DEPARTMENTS

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

## MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



We Ship
Internationally
925 Flat Rate

## SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML

Check us out on!
myspace.com

## SERVICE YOU CAN TRUST

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆☆☆
based on reviews. more...

Free GROUND Shipping

Click to enlarge

Click to enlarge

### DESCRIPTION:

Set in 925 sterling silver, this sophisticated ring is inspired by both the Gucci -esque and Hermes Equestrian Collection. Featuring a horse-bit design encrusted with sparkling paved diamond CZ. The entire piece is rhodium plated to prevent tarnishing and to give the look of platinum. This ring is not a Hermes or Gucci copy, but still manages to stunningly capture the designer's original intent. Perfect gifts for equestrian lover. This item comes with free ground shipping on orders over $99.

| | |
|---|---|
| Measures: | Ring measures 1/2" in width |
| Weight: | 4 grams |
| Material: | 925 Sterling Silver/Cubic Zirconia |
| Category: | Gucci Hermes Equestrian Sterling Silver Cubic Zirconia Ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

I was pleased with the purchase. The items were exactly as described and at a good price. Delivery was quick and efficient.

### This Item Includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items




Tiffany Style Inspired CZ
Paved Horseshoe Ring
$25.99

Hermes and Gucci -esque
Inspired Pave Equestrian
Horsebit Sterling Silver
Bangle
$15.99



Gucci -esque Inspired
Stainless Steel Horsebit
Timepiece Fashion Watch
$44.99

Copyright HMA



FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

Overstock Jeweler

HAPPY VALENTINE'S DAY

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE. 10% OFF ENTIRE STOCK. USE COUPON: VDAY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

Shopping Bag

Designer Inspired Jewelry > Gucci-esque Inspired Sterling Silver Horseshoe Ring

Gucci-esque Inspired Sterling Silver Horseshoe Ring

800.686.0020
Mon-Fri 9am-5pm CST

Search

Live Chat — Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

OTHER VIEWS:





Availability: In Stock
Order Now & Ships: Thurs, Feb 7
Item #: PK-74390596
List Price: $99.99
Our Price: $34.99
Choose size: 6
Ring Sizing Chart

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Int. Shipping is $25. more info

Our Best sellers



Harry Winston Inspired
Round Bezel Solitaire Stud
Sterling Silver Select Carat
Size
$29.99

Matching Items

Gucci-esque and Hermes
Inspired Sterling Silver
Horseshoe Bangle
$49.99

Tiffany Style Inspired CZ
Pavé Horseshoe Ring
$24.99




EXHIBIT
PF's 123
3/18/08

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



We Ship
Internationally
$25 Flat-Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML

**SERVICE YOU CAN TRUST**


Check us out on
myspace.com

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆☆☆
based on reviews. more...

Free GROUND Shipping

---



Click to enlarge

**DESCRIPTION:**

This beautiful Gucci inspired equestrian design ring is made of solid .925 sterling silver. Featuring the a well-known horsebit motif, it is rhodium plated to prevent tarnishing. This ring has a beautiful polished look that works well for everyday wear or for a night out in the town. Quality materials are used to create a beautiful piece, even if it's not an identical Gucci reproduction. For a great bargain, you can be an effortless trendsetter.

| | |
|---|---|
| Measures: | Centerpiece measures approx: 12mm Hx 15mm W |
| Weight: | 4 grams |
| Material: | .925 Sterling Silver |
| Category: | silver, everyday ring, gucci inspired, women, equestrian |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

I was very happy with my experience with Overstock Jewelry. I called to speak to someone at customer service. After two rings someone picked up. A human not a computer! She knew about the item I was inquiring about within seconds of me mentioning the item. The shipping was super super fast! The quality of the merchandise was very good and price was very fair. The item I received was almost like the picture on the site but better. They even sent me a coupon for my next purchase! I will be shopping at Overstock again. Why pay high prices when you can pay a fraction of the cost for great replica merchandise. Thanks Overstock- Kaye S

**This item includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**

---

Hermes Inspired Pave CZ
Horseshoe Equestrian
Dangling Earrings
$25.99

Gucci -esque & Hermes
Inspired Sterling Silver
Equestrian Charm Bracelet
$18.99



Hermes and Gucci -esque
Inspired Pave Equestrian
Horsebit Sterling Silver
Earrings
$19.99



Copyright HMA

## The Gucci Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Gucci Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA-1-375-802 | 1394548540906 | PK-4777 |
| | | PK-74390596 |