UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

------------------------------------------------------------ x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF
GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT E



# Overstock Jeweler

**HAPPY VALENTINE'S DAY**

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   GIFT REGISTRY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

HOME    [Search]

800.586.0020
Mon-Fri 9am-6pm EST



Live Chat - click Here

**VALENTINE FEATURED ITEMS**
- Heart Shaped Jewelry
- Final Clearance Sale
- New Arrivals
- Best Sellers
- Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

**CATEGORIES**
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Designer Inspired Jewelry > Hermes and Gucci -esque Inspired Pave Equestrian Horsebit Sterling Silver Earrings

Hermes and Gucci -esque Inspired Pave Equestrian Horsebit Sterling Silver Earrings





OTHER VIEWS:

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | |
| Item #: | PK-K-75 |
| List Price: | $214.99 |
| Our Price: | $89.99 |

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

**Our Bestsellers**



David Yurman Albion Inspired Cushion Cut Diamond CZ Earrings
MORE COLORS!
$44.99

**Matching Items**

Tiffany-esque Style Diamond CZ Horseshoe Pendant Necklace
$34.99

Gucci-Esque Inspired Sterling Silver Diamond CZ Pave Accented Horsebit Bracelet
$139.99

Copyright HMA

Skull Jewelry

### DEPARTMENTS

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

### MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry


We Ship Internationally
$25 Flat Rate

### SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog
XML

Check us out on myspace.com

### SERVICE YOU CAN TRUST

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆☆
based on reviews. more...

Free GROUND Shipping

---


**Tiffany Style Inspired CZ Pavé Horseshoe Ring**
$26.99


**Hermes Inspired Equestrian Running Stallion Pin**
$59.99


**Hermes Inspired Equestrian Keychain Sterling Silver**
$84.99

---

Click to enlarge

**DESCRIPTION:**

Set in .925 sterling silver, these sophisticated earrings are inspired by both Gucci and Hermes' well known equestrian design. Featuring two sparkling paved diamond CZ horse-bits with flip-back closure. The entire pieces are rhodium plated to prevent tarnish and to give the look of platinum. Different from a Gucci or Hermes look a like, these horsebit earrings are made with the highest quality materials. Perfect gifts for equestrian lover. FOR PIERCED EARS ONLY.

| | |
|---|---|
| Measures: | 1" H x 3/4" W |
| Weight: | 8 grams |
| Material: | .925 Sterling Silver diamond CZ |
| Category: | silver earrings |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

Tiffany Jewelry Replicas was great! I placed my order easily and just a few days later the package was on my doorstep. I did not have to place any calls to customer service inquiring about my purchase they were very efficient!

**This item includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**

Copyright HMA

**The Gucci Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Gucci Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA-1-375-802 | 141464J85409066 | PK-K-75 |