UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT F






FREE GROUND SHIPPING

WE SHIP INTERNATIONALLY

SAVE 10% TODAY

NO RISK INVOLVED

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | MY ACCOUNT | YOUR SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

Search

FEATURED




- Father's Day
- New Arrivals
- Best Sellers
- Turquoise Jewelry
- Clearance Sale

COLLECTIONS

- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

CATEGORIES

- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK. FREE GIFT BOX! ▶ USE COUPON CODE: FD20

Home » Hermes and Gucci- Esque Pave CZ Equestrian Horsebit Mother Of Pearl Sterling Silver Earrings-2

## Hermes and Gucci- Esque Pave CZ Equestrian Horsebit Mother Of Pearl Sterling Silver Earrings-2

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Mon, Jun 9 |
| Item #: | 925-e-6303 |
| Our Price: | $55.99 |

Add to Shopping Bag

**New Flat Shipping Rates:**

FREE GROUND Shipping on orders over **$60**

US Ground Shipping is **$6.95**

Expedited Shipping Available

Intl. Shipping is **$25**. more info

OTHER VIEWS:

Our Bestsellers



**David Yurman Albion Inspired Cushion Cut Double Cable Ring MORE COLORS!**
**$49.99**

Matching Items

**Hermes Inspired Equestrian Keychain Sterling Silver**
**$84.99**

Copyright HMA

Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements
Skull Jewelry

DEPARTMENTS

Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms

MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog
XML




SERVICE YOU CAN TRUST

Risk Free 30 Day returns

Our Customers have ranked us
based on services. more...








DESCRIPTION:

A dream personified, these Gucci and Hermes inspired classic earrings are set in .925 sterling silver and feature paved diamond CZ horse-bits with flip-back closure and a brilliant mother of pearl. The entire piece is rhodium plated to prevent tarnish. You'll feel like the real thing in these Gucci-esque eassings, even if the earrings are not Gucci knock-offs. These earrings bring sophistication and style to any woman and are the perfect gift for the equestrian lover in your life.

| | |
|---|---|
| **Measures:** | 2" in length |
| **Weight:** | 2 grams |
| **Material:** | .925 Sterling Silver Rhodium Plated CZ Pave Mother Of Pearl |
| **Category:** | earring silver pearl pave |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

This Item Includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Gift box wrap may be ordered for an additional fee at checkout.



**Hermes Inspired Jewelry Collection Inspired Equestrian Sterling Silver Horse Pendant**
**$34.99**

**Hermes Styled Equestrian Proud Horse Sterling Silver Pendant**
**$39.99**

FREE GROUND SHIPPING

WE SHIP INTERNATIONALLY

SAVE 15% TODAY

NO RISK INVOLVED




HOME NECKLACES & PENDANTS EARRINGS BRACELETS RINGS WATCHES MY ACCOUNT YOUR SHOPPING BAG

800.586.0020
Mon-Fri: 9am-6pm EST

Search

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK. FREE GIFT BOX! ▶ USE COUPON CODE: FD20

Home » Hermes and Gucci- Esque Pave CZ Equestrian Horsebit Mother Of Pearl Sterling Silver Pendant

FEATURED

Help is Offline
Leave Message

- Father's Day
- New Arrivals
- Best Sellers
- Turquoise Jewelry
- Clearance Sale

COLLECTIONS

- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

CATEGORIES

- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains

## Hermes and Gucci- Esque Pave CZ Equestrian Horsebit Mother Of Pearl Sterling Silver Pendant

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Mon, Jun 9 |
| Item #: | PK-ee-ASH |
| Our Price: | $49.99 |

Necklace Sizing Chart

Add to Shopping Bag

**New Flat Shipping Rates:**

FREE GROUND Shipping
on orders over $60
US Ground Shipping is $6.95
Expedited Shipping Available
Intl. Shipping is $25. more info

OTHER VIEWS:

Our Bestsellers

**Mikimoto & Co. Jewelry Inspired South Sea Shell White Pearl Bracelet 12MM**
**$59.99**

Matching Items

**Hermes Styled Equestrian Proud Horse Sterling Silver Pendant**
**$39.99**

Copyright HMA

Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements
Skull Jewelry

DEPARTMENTS

Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms

MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog







SERVICE YOU CAN TRUST

Risk Free 30 Day returns

Our Customers have ranked us
based on services. more...



DESCRIPTION:

A truly magnificant piese, this Gucci and Hermes inspired classic pendant is set in .925 sterling silver and features paved diamond CZ horse-bits with flip-back closure and a brilliant mother of pearl. The entire piece is rhodium plated to prevent tarnish. You'll feel like the real thing in this Gucci- Esque pendant, even if the pendant itself is not a Gucci knock-off. These necklace will bring sophistication and style to any woman. The perfect gift for the equestrian lover in your life.

**Measures:** pendant is 2" in length chain is 16" in length

**Weight:** 4 grams

**Material:** .925 Sterling Silver Pearl CZ Cubic Zirconia

**Category:** Hermes Inspired Gucci Inspired pendant necklace equestrian jewelry sterling silver pearl pave cz women horse horsebit

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

This Item Includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Gift box wrap may be ordered for an additional fee at checkout.



**Hermes Inspired Jewelry Collection Inspired Equestrian Sterling Silver Horse Pendant**
**$34.99**





**Hermes Inspired Equestrian Keychain Sterling Silver**
**$84.99**



Copyright HMA

**The Gucci Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Gucci Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA-1-375-802 | 170843J85408065 | 925-e-6303 |
| | | PK-ee-ASH |