UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

       Plaintiffs/Counter-Defendants,

   - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

       Defendants/Counter-Plaintiffs.

------------------------------------------------------------- x
------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

       Plaintiffs,

   - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

       Defendants.

------------------------------------------------------------- x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF
GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT G



# Overstock Jeweler

| HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | S |

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON

[Search]

**FEATURED ITEMS**
New Arrivals
Best Sellers
Turquoise Jewelry
Judith Leiber Inspired Bags NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

**DEPARTMENTS**
Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale

**MATERIALS**
Sterling Silver & CZ

Home > Celebrity Jewelry: Look Like A Hollywood Star Wear Our Oscar Red Carpet Style Jewelry! Fake Fas
Gucci -esque Inspired Link Marina Bracelet 150 Gauge

Gucci-esque Inspired Link Marina Bracelet 150 Gauge

| Availability: | In Stock |
| Order Now & Ships: | Fri, Jul 27 |
| Item #: | SS-73850683 |
| List Price: | $159.99 |
| Our Price: | $54.99 |
| Choose length: | 7 inch |

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25.

**OTHER VIEWS:**


Click to enlarge


Gift box available at checkout
Click to enlarge

**DESCRIPTION:**

This sophisticated Marina link bracelet is inspired by Gucci's well known designs. Made of .925 sterling silver and buffed for high shine. A lobster clasp secures the bracelet for easy fastening and security. Great as a present or to wear everyday!

| Measures: | Fits a 7.5" or 8" wrist; 150 gauge |
| Weight: | 14 grams |
| Material: | .925 Sterling Silver |
| Category: | silver bracelet |

All measurements are approximate. Designer mentioned does not make this item. Please read our


EXHIBIT
Plf's 128
3/18/08

http://overstockjeweler.com/mejeguinmabr.html                                                  7/26/2007

## The Gucci Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Gucci Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA-1-395-947 | 160360J84008106 | SS-73850683 |