UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN            :    Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                             :    (Action No. 1)
                                          :
      Plaintiffs/Counter-Defendants,     :
                                          :
    - against -                          :
                                          :
ELENA CASTANEDA and EJEWELER LLC          :
d/b/a OVERSTOCKJEWELER.COM,               :
                                          :
      Defendants/Counter-Plaintiffs.     :
                                          :
-------------------------------------------------------------- x
-------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH    :    Civil Action No. 07-7862 (SAS)(HP)
AMERICA, INC., CARTIER INTERNATIONAL,     :    (Action No. 2)
N.V., CARTIER CREATION STUDIO, S.A., VAN  :
CLEEF & ARPELS S.A., VAN CLEEF &          :
ARPELS, INC., VAN CLEEF & ARPELS          :
DISTRIBUTION, INC., GUCCI AMERICA, INC.,  :
and BULGARI S.p.A.,                       :
                                          :
    Plaintiffs,                          :
                                          :
    - against -                          :
                                          :
ELENA CASTANEDA and EJEWELER LLC          :
d/b/a OVERSTOCKJEWELER.COM,               :
                                          :
    Defendants.                          :
-------------------------------------------------------------- x

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF
GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**


# EXHIBIT I



GUCCI00110

# Overstock Jeweler

## HAPPY VALENTINE'S DAY

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
90 Day Moneyback Guarantee

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY    SHOPPING BAG

800.586.0020
Mon-Fri 9am-5pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS

FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY



Live Chat
Click Here

**VALENTINE FEATURED ITEMS**

Heart Shaped Jewelry
Final Clearance Sale

New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clever Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

Home > Celebrity Jewelry Look Like A Hollywood Star Wear Our Oscar Red Carpet Style Jewelry! Fake Fashion Jewels  > Gucci -esque Marina Inspired Men's 150 Gauge Necklace

**Gucci -esque Marina Inspired Men's 150 Gauge Necklace**

OTHER VIEWS:

Availability:    In Stock
Order Now &    Thurs, Feb 7
Ships:
Item #:    SSTR-INRN150G
List Price:    $199.99

Our Price:    $89.99

Necklace Sizing Chart

Add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Int'l Shipping is $25. more info

## Our Bestsellers

Tiffany Inspired Sterling
Silver Diamond CZ Bubble
Ring
$29.99

## Matching Items

Gucci-esque Marina
Inspired 150 Gauge Link
Bracelet
$64.99

Cartier- esque Inspired
Men's Jewelry Stainless
Steel Wide Double Rows
Screw Off Love Ring
$34.99



EXHIBIT
JP's 129
3/18/08

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

Internationally

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog



Check us out on
myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆☆
based on reviews. more...

Free GROUND Shipping

Click to enlarge

Click to enlarge

**DESCRIPTION:**

This sophisticated Gucci Marina inspired link necklace is made of .925 sterling silver and buffed for high shine. A lobster clasp secures the necklace for easy fastening and security. Although not a precise Gucci copy, this necklace is perfect for all those who love to be in style. Great as a amazing present for that special man in your life or to wear everyday!

| | |
|---|---|
| Measures: | Length is 20" and 150 Gauge |
| Weight: | 30 grams |
| Material: | .925 Sterling Silver |
| Category: | silver, necklace, man, Gucci inspired |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

I was so excited to find the styles of Tiffany replica jewelry at an affordable price. I also was surprised at the speed with which my order was processed and my package delivered. It was a wonderful buying experience and I will definitely use this service again in the future........

**This item includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!





Gucci-esque Inspired
Stainless Steel Crystal
Equestrian Hobnail Leather
Band Watch



Ralph Lauren Inspired
Sterling Silver Coat of Arms
Cuff Links



Designer Inspired Men's
Sterling Silver Dollar Sign
Ring

Copyright HMA

## The Gucci Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Gucci Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA-1-395-947 |  1548731385008000 |  SSTR-NMRN150G |