UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

------------------------------------------------------------ x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

------------------------------------------------------------ x

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF JONATHAN MOSS, ESQ. IN SUPPORT OF
GUCCI AMERICA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT J



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 02, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,234,272 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *March 23, 1999*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

YIELKA BROWN
Certifying Officer

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,234,272
Registered Mar. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-30-1996; IN COMMERCE 9-0-1996.
OWNER OF U.S. REG. NO. 2,042,805.

SER. NO. 75-456,924, FILED 3-25-1998.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

Page 1 of 3

# Overstock Jeweler

HAPPY VALENTINE'S DAY

EARRINGS | BRACELETS | NECKLACES | RINGS | WATCHES | GIFT REGISTRY

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS**
**FREE GIFT BOX. FREE GIFT MESSAGE – 10% OFF ENTIRE STOCK. USE COUPON: VDAY**

GUCCI-ESQUE > Gucci-style Inspired Stainless Steel Greek Key Men's Bangle Bracelet

Gucci-style Inspired Stainless Steel Greek Key Men's Bangle Bracelet

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | sch-ed16 |
| List Price: | $39.99 |
| Our Price: | $29.99 |

Add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:



FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

**800.586.0020**
Mon-Fri 9am-7pm EST

Live Chat - Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

SAVE 10% TODAY
Click for email special

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

Our Bestsellers

**Tiffany Inspired Pave Diamond CZ Wedding Band**
$29.99

Matching Items

**Designer Inspired Men's Classic Sterling Silver Rotating Band Ring**
$19.99

**Bulgari Inspired Classic Large Round Stainless Steel Mens Watch**
$99.99



EXHIBIT
Alt's 100
3/13/08

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆☆
based on reviews. more...

Free GROUND Shipping


Click to enlarge


Click to enlarge

**DESCRIPTION:**

This Gucci –style Inspired Men's Bangle Bracelet is made entirely of stainless steel for an elegant look and feel. Showcasing a Greek Key design throughout, this men's jewelry item fits an 8 inch wrist and has significant weight. It features a classic interlocking clasp to enhance maximum functionality. While not an exact Gucci knockoff, this stainless steel bracelet maintains the sleek appearance of the designer's original intent at a fraction of the cost! A perfect Father's Day gift idea, and an essential accessory that's become one of the trendiest items of the season!

| | |
|---|---|
| Measures: | Fits an 8" Wrist |
| Weight: | 22 grams |
| Material: | stainless steel |
| Category: | bangles gucci inspired men stainless steel circle |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

Designer items are out of reach for so many and some auction sites have items that are misrepresented. Overstock advertises exactly what they provide. The only surprises are good ones - fast service, very nice products, excellent pricing. I plan to order a lot more items.

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!



Tiffany Style Inspired Round Block Cufflinks

Tiffany Inspired Men's Jewelry Paperclip Money Clip

Tiffany Inspired Atlas Sterling Silver Dog Tag Pendant

## The Gucci Design Mark & The Overstock Jeweler Infringing Product

| U.S. Trademark Registration No. | Gucci Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| 2,234,272 | [Gucci "G" design mark] | [hoop earring image] sch-edf16 |