UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------------ x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT A

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGI **VA 771-476**


EFFECTIVE DATE OF REGISTRATION

**FEB  02  1999**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼
Bracelet   B06195

NATURE OF THIS WORK ▼ See Instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a**  NAME OF AUTHOR ▼
David Yurman

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3 a**  Year in Which Creation of This Work Was Completed
1995   ◀ Year   This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 20   Year ▶ 1995
USA   ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Yurman Studio, Inc.
501 Madison Avenue
New York, NY 10022

APPLICATION RECEIVED
FEB 02 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 02 1999

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment from David Yurman

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

|  | FORM VA |
|---|---|
| EXAMINED BY **Vg** | |
| CHECKED BY | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6** a b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joseph N. Zarro, Esq.
Sidley & Austin
875 Third Avenue
New York, New York  10022

Area code and daytime telephone number ▶ (212) 906-2367      Fax number ▶ (212) 906-2021
Email ▶

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Yurman Studio, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joseph N. Zarro                                         Date ▶ 1-28-99
Handwritten signature (X) ▼
☞ X  *Joseph N. Zarro*

**8**

| Mail certificate to: | Name ▼ ~~Joseph N. Zarro~~  *Xuan-Thao N. Nguyen | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | ~~Sidley & Austin~~ *PRYOR CASHMAN SHERMAN & FLYNN | |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ *410 Park Ave. ~~875 Third Avenue~~ | 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | City/State/ZIP ▼ *N.Y., N.Y. 10022-4441 ~~New York, New York 10022~~ | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection



**B06195**

**VA 771-476**

David Yurman Replica Sterling Silver 2-Row Rope Bracelet                                                                Page 1 of 2

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TOD
Click for email speci

NO RISK INVOLV
30-Day Moneyback Guaran

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY    SHOPPING BAG

**800.586.0020**
Mon-Fri 8am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

David Yurman Jewelry Inspired Replicas Collection > David Yurman Inspired Replica Sterling Silver 2-Row Rope Bracelet

### David Yurman Inspired Replica Sterling Silver 2-Row Rope Bracelet

**FEATURED ITEMS**
Valentine's Day Jewelry
Clearance Sale
New Arrivals
Best Sellers
Celebrity Jewelry

**COLLECTIONS**
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

**DEPARTMENTS**
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | Zan-B614-2 |
| List Price: | $389.99 |
| **Our Price:** | **$159.99** |

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25**. more info

**OTHER VIEWS:**


Click to enlarge


Click to enlarge

**DESCRIPTION:**
This is inspired by David Yurman from the Classic Cable Collection. It has a double 5mm cable made of solid 925 sterling silver and opens with a spring hinge for a great fit. FREE ground shipping on this item.

| | |
|---|---|
| **Measures:** | Cable diameter is 5mm. Outer circumference of bracelet is 8.5 inches. |
| **Weight:** | Weight is 36 grams. |
| **Material:** | .925 Sterling Silver Mexican |
| **Category:** | silver bracelet |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

This is one of the best on-line merchants I have ever dealt with. They give personalized service ... respond quickly to emails ... have a good selection that is very reasonably priced ... and sell quality items that are really good knock offs of designer jewelry. I've bought from them several times and

**Our Bestsellers**



Cartier -esque Jewelry Inspired Knock Off Stainless Steel Screw Mot Love Ring
$29.99

**Matching Items**



David Yurman Inspired Imitation Link Cable Necklace
$229.99



David Yurman Inspired Sol Sterling Silver Huggie Earrings
$59.99



David Yurman Inspired Jewelry 2-Row Rope Sterling Silver Metro Ring
$49.99



David Yurman Inspired Bo Link Chain Necklace
$19.99



Inspired By David Yurman Jewelry Imitation Cushior Gemstone Pendant MORE

**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 771-476 | B06195 | Zan-B614-2 |