UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
YURMAN STUDIO, INC. and YURMAN        : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                         : (Action No. 1)
                                      :
            Plaintiffs/Counter-Defendants, :
                                      :
      - against -                     :
                                      :
ELENA CASTANEDA and EJEWELER LLC      :
d/b/a OVERSTOCKJEWELER.COM,           :
                                      :
            Defendants/Counter-Plaintiffs. :
                                      :
---------------------------------------------------------------- x
---------------------------------------------------------------- x
                                      :
CARTIER, a division of RICHEMONT NORTH :
AMERICA, INC., CARTIER INTERNATIONAL, : Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF &      :
ARPELS, INC., VAN CLEEF & ARPELS      :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A.,                   :
                                      :
            Plaintiffs,               :
                                      :
      - against -                     :
                                      :
ELENA CASTANEDA and EJEWELER LLC      :
d/b/a OVERSTOCKJEWELER.COM,           :
                                      :
            Defendants.               :
                                      :
---------------------------------------------------------------- x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-024-276**

EFFECTIVE DATE OF REGISTRATION

Aug 21 2000

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Pave Collection Enhancer D06384

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
David Yurman

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ New York

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed
1997
◀ Year in all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 13   Year ▶ 1997
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Yurman Design Inc.
50 Madison Avenue
New York, NY 10022

APPLICATION RECEIVED
AUG 21 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 21 2000
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment from David Yurman

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
               • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | OW | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Joseph Ramirez/Yurman Design Inc.
501 Madison Avenue
New York, NY  10022

Area code and daytime telephone number ▶ (212) 896-1550    Fax number ▶ (212) 593-1597
Email ▶ jramirez@davidyurman.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Yurman Design Inc.__
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Joseph Ramirez                                                  Date ▶ July 28, 2000

Handwritten signature (X) ▼
X _____

**9**
| Certificate will be mailed in window envelope to this address: | Name ▼ Yurman Design Inc. / Joseph Ramirez |
| --- | --- |
| | Number/Street/Apt ▼ 501 Madison Avenue |
| | City/State/ZIP ▼ New York, NY  10022 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999
⊕ PRINTED ON RECYCLED PAPER
☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879



**D06384**

**VA 1-024-276**

# Overstock Jeweler

FREE GROUND SHIPPING USA orders over $60
WE SHIP INTERNATIONALLY See shipping policy

SAVE 10% TOD Click for email speci
NO RISK INVOLV 30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

Sterling Silver & CZ Necklaces & Pendants > David Yurman Jewelry Inspired Knockoff Pave CZ Albion Pendant

### David Yurman Jewelry Inspired Knockoff Pave CZ Albion Pendant

**FEATURED ITEMS**
Valentine's Day Jewelry
Clearance Sale
New Arrivals
Best Sellers
Celebrity Jewelry

**COLLECTIONS**
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

**DEPARTMENTS**
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: BSB-PCZALB
List Price: $149.99
**Our Price: $54.99**

Necklace Sizing Chart

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25**. more info



OTHER VIEWS:



Click to enlarge

**DESCRIPTION:**
Set in silver and pave-encrusted with CZs, this David Yurman designer inspired pendant features the world-renowned cable design and 10kt. gold vermeil detailing around the outside edges. CHAIN IS NOT INCLUDED.

| | |
|---|---|
| **Measures:** | .75" H x .75" W |
| **Weight:** | 12 grams |
| **Material:** | .925 Sterling Silver CZ Gold Vermeil |
| **Category:** | silver cubic zirconia pendant |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**
Earrings are beautiful! Looks to be much more expensive than what I paid. I received items very

**Our Bestsellers**



**Mikimoto & Co. Inspired South Sea Shell Pearl Earrings MORE COLORS**
$29.99

**Matching Items**



**David Yurman Inspired Replica Pave Albion Ring**
$39.99



**Inspired By David Yurman Jewelry Knockoff Pave CZ Albion Earrings**
$59.99



**David Yurman Inspired Gold Plated Box Link Chain Necklace**
$19.99

**David Yurman Silver Ice Crossover Inspired Imitatio Sterling Silver Circle Pendant**
$49.99

**David Yurman Inspired Knockoff Sterling Silver 14**



**FREE GROUND SHIPPING**
USA orders over $60

**WE SHIP INTERNATIONALLY**
See shipping policy

**SAVE 10% TOD**
Click for email speci

**NO RISK INVOLV**
30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $



New Arrivals Page 3 > David Yurman Jewelry Inspired Reproduction Pave CZ Rectangular Cable Pendant

### David Yurman Jewelry Inspired Reproduction Pave CZ Rectangular Cable Pendant

**FEATURED ITEMS**
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

**COLLECTIONS**
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

**CATEGORIES**
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

**DEPARTMENTS**
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

**MATERIALS**
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry





Click to enlarge

| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | DY2882 |
| List Price: | $74.99 |
| **Our Price:** | **$54.99** |

**Necklace Sizing Chart**

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25**. more info

OTHER VIEWS:

**DESCRIPTION:**
Set in silver and pave-encrusted with CZs, this David Yurman designer inspired rectangular pendant features the world-renowned cable design and 10kt. gold vermeil detailing around the outside edges. CHAIN IS NOT INCLUDED.

| | |
|---|---|
| **Measures:** | 1 1/2" H x 3/4" W |
| **Weight:** | 12 grams |
| **Material:** | .925 Sterling Silver 14K Gold Vermeil Cubic Zirconia |
| **Category:** | silver pendant |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

I purchased two beautiful earrings for my upcoming wedding because I couldn't decide which I like

**Our Bestsellers**



Cartier-esque Inspired Tw Tone Stainless Steel Screw Motif Love Bangle
$49.99

**Matching Items**



David Yurman Inspired 3m Sterling Silver Cable w/ 14 Gold Necklace
$199.99



David Yurman Inspired Replica Pave Albion Ring
$39.99



David Yurman Inspired Jewelry Replica Knockoff Pave CZ Rectangular Albic Earrings
$59.99



David Yurman Jewelry Inspired Lookalike Rectangular CZ Pendant with Double Chains MORE COLORS!
$139.99

# Overstock Jeweler

**FREE GROUND SHIPPING** USA orders over $60
**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TOD** Click for email speci
**NO RISK INVOLV** 30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

Sterling Silver & CZ Earrings > Inspired By David Yurman Jewelry Knockoff Pave CZ Albion Earrings

## Inspired By David Yurman Jewelry Knockoff Pave CZ Albion Earrings

Search

### FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | BSB-EPALB |
| List Price: | $169.99 |
| **Our Price:** | **$59.99** |

Add to Shopping Bag

**New Flat Shipping Rates:**
**FREE GROUND Shipping** on orders over **$60**
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

**Our Bestsellers**


**Tiffany Inspired Jewelry Baguette Diamond CZ Woven Band Ring**
$39.99

**Matching Items**


**David Yurman Jewelry Inspired Knockoff Pave CZ Albion Pendant**
$54.99


**David Yurman Jewelry Reproduction CZ Pave Albion Ring**
$44.99

**OTHER VIEWS:**



Click to enlarge          Click to enlarge

**David Yurman Inspired Go and Silver Oval Link Chair Necklace**
$110.99

### DESCRIPTION:
These silver earrings are made in the likeness of David Yurman and feature world famous cable design. Gold vermeil detailing finishes the edges, and the center is pave-set with real cubic zirconia stones. For pierced ears only.

**SALE! Tiffany Inspired Imitation Two-Tone Round Link Ring**
$19.99

| | |
|---|---|
| **Measures:** | 5/8" H x 5/8" W |
| **Weight:** | 6 grams |
| **Material:** | Silver Gold Vermeil CZ Cubic Zirconia |
| **Category:** | silver cubic zirconia earring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**Tiffany Inspired Copy**

### CUSTOMER REVIEWS:
I was pleased with the purchase. The items were exactly as described and at a good price. Delivery

http://overstockjeweler.com/dayucahaeawc.html                                      2/15/2007



**FREE GROUND SHIPPING** USA orders over $60

**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TO[...]** Click for email speci[...]

**NO RISK INVOLV[...]** 30-Day Moneyback Guaran[...]

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020** Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $[...]

Bridal Jewelry - Complete List > David Yurman Jewelry Reproduction CZ Pave Albion Ring

### David Yurman Jewelry Reproduction CZ Pave Albion Ring

**FEATURED ITEMS**
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

**COLLECTIONS**
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

**CATEGORIES**
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

**DEPARTMENTS**
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

**MATERIALS**
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry




Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: G-SCR3157T
List Price: $139.99
**Our Price: $44.99**
Choose size: 6
Ring Sizing Chart
[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is $25. more info

OTHER VIEWS:



Click to enlarge

**DESCRIPTION:**

Made of silver, this David Yurman Jewelers faux jewelry ring features the famous cable design and is edged with 10K gold vermeil detailing. Pave-encrusted with real cubic zirconia stones, the entire ring is rhodium-plated to provide the look of real diamonds and white gold. Now you, too, can have the look of Hollywood jewelry designers but without the celebrity pricing.

| | |
|---|---|
| Measures: | 3/4" H x 3/4" W |
| Weight: | 14 grams |
| Material: | Silver Gold Vermeil CZ Cubic Zirconia |
| Category: | silver cz ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

**Our Bestsellers**



Tiffany Inspired Paloma Picasso Loving Heart Pendant
$29.99

**Matching Items**



David Yurman Jewelry Inspired Knockoff Pave C[...] Albion Pendant
$54.99



Inspired By David Yurman Jewelry Knockoff Pave C[...] Albion Earrings
$59.99



David Yurman Silver Ice Inspired Copy Albion Pendant & Earrings Set
$89.99



David Yurman Inspired Replica Pave Diamond C[...] Ball Multi Box Link Necklac[...]
$99.99



David Yurman Inspired 14[...] Gold & Sterling Silver Two[...] Tone Carved Heart Pin
$99.99



| HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG |

**800.586.0020**
Mon-Fri 9am-6pm EST

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $**



**FEATURED ITEMS**
Valentine's Day Jewelry
Clearance Sale
New Arrivals
Best Sellers
Celebrity Jewelry

**COLLECTIONS**
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

**DEPARTMENTS**
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

David Yurman Jewelry Inspired Replicas Collection > David Yurman Inspired Jewelry Replica Knockoff Pave CZ Rectangular Albion Earrings

### David Yurman Inspired Jewelry Replica Knockoff Pave CZ Rectangular Albion Earrings



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Fri, Feb 16 |
| Item #: | BSB-3702 |
| List Price: | $149.99 |
| **Our Price:** | **$59.99** |

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

**OTHER VIEWS:**



Click to enlarge

**DESCRIPTION:**

These rectangular silver earrings are made in the likeness of David Yurman and features the world famous cable design. Gold vermeil detailing lines the edges, and the center is pave-set with real cubic zirconia stones. For pierced ears only.

| | |
|---|---|
| **Measures:** | 1/2" in width & 5/8" in height |
| **Weight:** | 8 grams |
| **Material:** | .925 Sterling Silver 14K Gold Vermeil CZ Cubic Zirconia |
| **Category:** | silver earrings |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**Our Bestsellers**


SALE! Tiffany Inspired Replica Sterling Silver Jewelry Heart Link Lariat Necklace
$39.99

**Matching Items**


David Yurman Inspired Replica Pave Albion Ring
$39.99


David Yurman Jewelry Inspired Reproduction Pave CZ Rectangular Cable Pendant
$54.99


David Yurman Silver Ice Inspired Copy Albion Pendant & Earrings Set
$89.99

David Yurman Inspired Two Tone Crossover Silver Ice Cross Pendant
$39.99

## The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-024-276 | D06384 | BSB-PCZALB<br>DY2882 |



**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | BSB-EPALB |
| | | G-SCR3157T |
| | | BSB-3702 |