UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
YURMAN STUDIO, INC. and YURMAN  : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC., : (Action No. 1)
:
Plaintiffs/Counter-Defendants, :
:
- against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
Defendants/Counter-Plaintiffs. :
:
-------------------------------------------------------------- x
-------------------------------------------------------------- x
:
CARTIER, a division of RICHEMONT NORTH :
AMERICA, INC., CARTIER INTERNATIONAL, : Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF & :
ARPELS, INC., VAN CLEEF & ARPELS :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A., :
:
Plaintiffs, :
:
- against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
Defendants. :
:
-------------------------------------------------------------- x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 1-024-278**



EFFECTIVE DATE OF REGISTRATION

Aug 21 2000
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Albion Collection Necklace N06261

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
David Yurman

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ New York

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3** Year in Which Creation of This Work Was Completed
1997
◀ Year   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 24   Year ▶ 1997
◀ Nation

**4** COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Yurman Design Inc.
501 Madison Avenue
New York, NY 10022

APPLICATION RECEIVED
AUG 21 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 21 2000

FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment from David Yurman

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY  DW | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                            Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Joseph Ramirez/Yurman Design Inc.
501 Madison Avenue
New York, NY  10022

b

Area code and daytime telephone number ▶ ( 212 ) 896-1550       Fax number ▶ ( 212 ) 593-1597
Email ▶ jramirez@davidyurman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Yurman Design Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joseph Ramirez                                                Date ▶ July 28, 2000

Handwritten signature (X) ▼
X  /s/ J. Ramirez

| Certificate will be mailed in window envelope to this address: | Name ▼  Yurman Design Inc / Joseph Ramirez |
|---|---|
| | Number/Street/Apt ▼  501 Madison Avenue |
| | City/State/ZIP ▼  New York, NY 10022 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV June 1999                    ⓒ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



**N06261**

**VA 1-024-278**

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email signup

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-5pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

Search: david yurman

**FEATURED ITEMS**
Valentine's Day Jewelry
Clearance Sale
New Arrivals
Best Sellers
Celebrity Jewelry

**COLLECTIONS**
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

**DEPARTMENTS**
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Faux Jewelry > David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS!

## David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS!



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Fri, Feb 16 |
| Item #: | BSB-Palb |
| List Price: | $224.99 |
| **Our Price:** | **$74.99** |

Choose color:  Blue Topaz

Necklace Sizing Chart

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

### Our Bestsellers


**David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS**
$74.99

### Matching Items


**Inspired By David Yurman Jewelry Inspired Carved Albion Earrings MORE COLORS!**
$74.99


**David Yurman Noblesse Inspired Copy Emerald-Cut Colored CZ Cable Ring MORE COLORS!**
$39.99


**David Yurman Inspired Imitation Carved Jewel Dome Cable Bangle Sterling Silver MORE COLORS!**
$274.99


**Inspired By David Yurman Jewelry Imitation Carved Cable Albion Pendant and Earrings Set MORE COLORS!**
$119.99

**OTHER VIEWS:**


Click to enlarge


Click to enlarge


Click to enlarge

### DESCRIPTION:

This pendant is a replica of the famous David Yurman Albion design. Made of solid .925 sterling silver with gold vermeil details outlining the edges. CZ Gemstone is available in color of your choice. This pendant is heavyweight and will be a perfect complement for your albion jewelry collection. CHAIN IS NOT INCLUDED.

| | |
|---|---|
| Measures: | 3/4" H x 3/4" W |
| Weight: | 12 grams |

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for your coupon

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME | NECKLACES | PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 8am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $60

[Search]

### FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

David Yurman Jewelry Inspired Replicas Collection > David Yurman Jewelry Inspired Knockoff Turquoise Albion Pendant and Earrings Set

## David Yurman Jewelry Inspired Knockoff Turquoise Albion Pendant and Earrings Set



| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | BSB-S1200T |
| List Price: | $249.99 |
| **Our Price:** | **$139.99** |

**Necklace Sizing Chart**

[Add to Shopping Bag]

**New Flat Shipping Rates:**
**FREE GROUND Shipping**
on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is $25. more info

**OTHER VIEWS:**



Click to enlarge

**DESCRIPTION:**

These beautiful earrings and pendant set are made in a David Yurman Albion Collection design. They are made of .925 sterling silver and rhodium plated to resist tarnish and provide a high shine. The cables are embedded with an open square of turquoise tone and detailed with gold vermeil finish outlining the edges. CHAIN IS NOT INCLUDED and is sold separately. We recommend to pair it with big chains such as David Yurman Inspired Box Link Chain. Earrings are for pierced ears only. FREE ground shipping on this item.

| | |
|---|---|
| **Measures:** | Earrings measure 16mm high and 16mm wide. Pendant measures 19mm by 19mm. Bail is 12mm. |
| **Weight:** | Weight is 22 grams. |
| **Material:** | .925 Sterling Silver Turquoise |
| **Category:** | silver earring pendant |

**Our Bestsellers**



**Mikimoto & Co. Inspired South Sea Shell Pearl Earrings MORE COLORS!**
$29.99

**Matching Items**



**David Yurman Inspired Box Link Chain Necklace**
$19.99



**David Yurman Inspired Replica Sterling Silver Cab Bangle w/ Onyx or Turquoise Tip**
$149.99

**David Yurman Jewelry Inspired Turquoise Noblesse Ring**
$49.99



**Designer Inspired Rectangular Serpentined Sterling Silver Turquoise Earrings**
$39.99



FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See Shipping policy

SAVE 10% TOO
Click for details

NO RISK INVOLV
30 Day Moneyback Guara

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 8am-8pm EST

[Search]

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Faux Jewelry > Inspired By David Yurman Jewelry Inspired Carved Albion Earrings MORE COLORS!

### FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

## Inspired By David Yurman Jewelry Inspired Carved Albion Earrings MORE COLORS!



Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: PK-DYtopazE
List Price: $224.99

**Our Price: $74.99**

Choose stone color: [Champagne ▼]

[Add to Shopping Bag]

**New Flat Shipping Rates:**
**FREE GROUND Shipping**
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

**OTHER VIEWS:**



Click to enlarge      Click to enlarge

### DESCRIPTION:

Set in solid .925 sterling silver, these blue topaz cubic zirconia stones are set in a David Yurman-inspired cushion setting. Stone is cut for maximum brilliance and solid sterling silver setting features delicate gold vermeil detailing on the sides. Picture shown is in Champagne color.

| | |
|---|---|
| **Measures:** | Earrings measure 3/4" high and 3/4" wide. |
| **Weight:** | Weight is 12 grams. |
| **Material:** | .925 Sterling Silver Gemstone |

**Our Bestsellers**



**Tiffany Inspired Copy Diamond CZ Horseshoe Pendant Necklace**
$32.99

**Matching Items**



**David Yurman Inspired Imitation Carved Jewel Dome Cable Bangle Sterling Silver MORE COLORS!**
$274.99



**David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS**
$74.99



**SALE! David Yurman Noblesse Inspired Oval Diamond CZ Cable Ring MORE COLORS!**
$35.99

**David Yurman Albion Inspired Replica Cushion Cut Double Cable Ring MORE COLORS!**
$49.99

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for promo code

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 8am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $60

Home > Turquoise Jewelry: Multi Strand Turquoise Necklaces, Chunky Turquoise Beads, Sterling Silver Jewelry > David Yurman Jewelry Inspired Sterling Silver Turquoise Albion Ring

### David Yurman Jewelry Inspired Sterling Silver Turquoise Albion Ring

**FEATURED ITEMS**
Valentine's Day Jewelry
Clearance Sale
New Arrivals
Best Sellers
Celebrity Jewelry

**COLLECTIONS**
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

**DEPARTMENTS**
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Fri, Feb 16 |
| Item #: | DY-7014 |
| List Price: | $199.99 |
| Our Price: | $79.99 |

Choose size: 6

Ring Sizing Chart

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

**Our Bestsellers**



**Tiffany Inspired Copy Diamond CZ Horseshoe Pendant Necklace**
$32.99

**Matching Items**



**David Yurman Jewelry Inspired Knockoff Turquoise Albion Pendant and Earrings Set**
$139.99



**Genuine Turquoise Multi Strands Coral Necklace with Sterling Silver Horned Clasp**
$259.99



**David Yurman Inspired Trillion Onyx or Turquoise Cable Bangle**
$179.99



**Genuine Turquoise Three Strands Coral Lariat Necklace**
$114.99

OTHER VIEWS:



Click to enlarge

**DESCRIPTION:**

This is a beautiful imitation of the David Yurman Albion Collection design. It is made of .925 sterling silver and rhodium plated to resist tarnishing which also provides a high shine. The cables are embedded with an open square of turquoise tone and detailed with gold vermeil finish outlining the edges. Matching pendant and earrings are available!

| | |
|---|---|
| **Measures:** | Face of ring measures 3/4" in height & 1" in width |
| **Weight:** | 14 grams |
| **Material:** | .925 Sterling Silver 14K Gold Vermeil Gemstone |
| **Category:** | silver ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.



FREE GROUND SHIPPING
USA orders over $15

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TOD
Click for details

NO RISK INVOLV
30-Day Money Back Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

800.586.0020
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

 Search

**FEATURED ITEMS**
Valentine's Day Jewelry
Clearance Sale
New Arrivals
Best Sellers
Celebrity Jewelry

**COLLECTIONS**
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

**DEPARTMENTS**
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

David Yurman Inspired Earrings: Sterling Silver, Multi Colored Gemstones, Cushion Cut Diamond CZ, Albion Earrings, Cable Pearls > Inspired By David Yurman Jewelry Imitation Carved Cable Albion Pendant and Earrings Set MORE COLORS!

Inspired By David Yurman Jewelry Imitation Carved Cable Albion Pendant and Earrings Set MORE COLORS!

Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: BSB-Salbcable
List Price: $299.99

**Our Price: $119.99**

Choose stone color: [ Blue Topaz ▼ ]

Necklace Sizing Chart

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

OTHER VIEWS:

Click to enlarge       Click to enlarge       Click to enlarge

**Our Bestsellers**

**Tiffany Inspired Jewelry Copy Pave Palm Tree Pendant**
$29.99

**Matching Items**



**SALE! David Yurman Noblesse Inspired Oval Diamond CZ Cable Ring MORE COLORS!**
$35.00



**David Yurman Noblesse Inspired Copy Emerald-Cu Colored CZ Cable Ring MORE COLORS!**
$39.99



**David Yurman Inspired Bo Link Chain Necklace**
$19.99



**David Yurman Inspired Imitation Carved Jewel Dome Cable Bangle Sterlin Silver MORE COLORS!**
$274.99

DESCRIPTION:

These beautiful earrings and pendant set are made in a David Yurman Albion Collection design. They are made of .925 sterling silver and rhodium plated to resist tarnish and provide a high shine. The cables are embedded with a gorgeous gemstone and detailed with gold vermeil finish outlining the edges. CHAIN IS NOT INCLUDED and is sold separately. We recommend to pair it with big chains such as David Yurman Inspired Box Link Chain. Earrings are for pierced ears only. FREE ground shipping on this item.

Measures: Earrings measures 16mm in height and 16mm in width. Pendant measures 19mm x 19mm.td>

http://overstockjeweler.com/dayujeimgeal.html                                    2/15/2007



## The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-024-278 | N06261 | BSB-Palb |
| | | BSB-S1200T |
| | | PK-DYtopazE |

**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | DY-7014 |
| | | BSB-Salbcable |