UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
YURMAN STUDIO, INC. and YURMAN                                 :   Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                                                  :   (Action No. 1)
                                                               :
          Plaintiffs/Counter-Defendants,                       :
                                                               :
     - against -                                               :
                                                               :
ELENA CASTANEDA and EJEWELER LLC                               :
d/b/a OVERSTOCKJEWELER.COM,                                    :
                                                               :
          Defendants/Counter-Plaintiffs.                       :
                                                               :
-------------------------------------------------------------- x
-------------------------------------------------------------- x
                                                               :
CARTIER, a division of RICHEMONT NORTH                         :
AMERICA, INC., CARTIER INTERNATIONAL,                          :   Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN                       :   (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF &                               :
ARPELS, INC., VAN CLEEF & ARPELS                               :
DISTRIBUTION, INC., GUCCI AMERICA, INC.,                       :
and BULGARI S.p.A.,                                            :
                                                               :
          Plaintiffs,                                          :
                                                               :
     - against -                                               :
                                                               :
ELENA CASTANEDA and EJEWELER LLC                               :
d/b/a OVERSTOCKJEWELER.COM,                                    :
                                                               :
          Defendants.                                          :
                                                               :
-------------------------------------------------------------- x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE **VA 1-024-220**

EFFECTIVE DATE OF REGISTRATION

Aug 21 2000
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Hampton Collection Enhancer D06377

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a**

**NAME OF AUTHOR ▼**
David Yurman

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ New York

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3 a**

**Year in Which Creation of This Work Was Completed**
1998    ◀ Year    This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ August    Day ▶ 13    Year ▶ 1998    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Yurman Design Inc.
501 Madison Avenue
New York, NY 10022

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment from David Yurman

APPLICATION RECEIVED
AUG 21 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 21 2000

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY DW | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Joseph Ramirez/Yurman Design Inc.
501 Madison Avenue
New York, NY 10022

Area code and daytime telephone number ▶ (212) 896-1550    Fax number ▶ (212) 593-1597
Email ▶ jramirez@davidyurman.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of __Yurman Design Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joseph Ramirez    Date ▶ July 28, 2000

Handwritten signature (X) ▼
X _____

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Yurman Design Inc. / Joseph Ramirez
Number/Street/Apt ▼
501 Madison Avenue
City/State/ZIP ▼
New York, NY 10022

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000    ⓖ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454—879/71
WEB REV: June 1999



D06377

# David Yurman Inspired Cable Designed Pearl Drop Earrings

**FREE GROUND SHIPPING**
USA orders over $60

**WE SHIP INTERNATIONALLY**
See shipping policy

## Overstock Jeweler

**SAVE 10% TODAY**
Click for email specials

**NO RISK INVOLVED**
30-Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

[Search]

### FEATURED ITEMS
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

### COLLECTIONS
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

### DEPARTMENTS
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

### MATERIALS
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry

Home > David Yurman Inspired Cable Designed Pearl Drop Earrings

**David Yurman Inspired Cable Designed Pearl Drop Earrings**



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | |
| Item #: | TF4121 |
| List Price: | $129.99 |
| **Our Price:** | **$39.99** |

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

**OTHER VIEWS:**

Click to enlarge

**DESCRIPTION:**
These are beautiful David Yurman inspired cabled pearl earrings. They have two pearls approximately 1mm in diameter each. This is the perfect opportunity to have the same style at a fraction of the cost. These earrings match perfectly with all silver and pearl jewelry. For pierced ears only.

| | |
|---|---|
| **Measures:** | Pearls measure 1mm in width |
| **Weight:** | 4 grams total weight |
| **Material:** | .925 Sterling Silver Pearl |
| **Category:** | silver bracelet |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### Our Bestsellers

**Chanel-esque Inspired Diamond CZ Encrusted Sterling Silver Hoop Earrings**
$49.99

### Matching Items



**Bulgari Jewelry Inspired Lucea Multi Strands Pearl and Cubic Zirconia Sterling Silver Necklace**
$99.99



**Mikimoto Inspired Style Bridal Cubic Zirconia Pearl Engagement Ring w/ Channel Set CZs**
$34.99



**David Yurman Inspired Pearl and Oval Link Chain Bracelet**
$69.99

**David Yurman Inspired Gold and Silver Oval Link with Pearl Chain Necklace**
$119.99

## The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-024-280 |   D06377 | TF4121 |