UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
YURMAN STUDIO, INC. and YURMAN         :   Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                          :   (Action No. 1)
                                       :
       Plaintiffs/Counter-Defendants, :
                                       :
   - against -                        :
                                       :
ELENA CASTANEDA and EJEWELER LLC       :
d/b/a OVERSTOCKJEWELER.COM,            :
                                       :
       Defendants/Counter-Plaintiffs.  :
                                       :
------------------------------------------------------------- x
------------------------------------------------------------- x
:
CARTIER, a division of RICHEMONT NORTH :
AMERICA, INC., CARTIER INTERNATIONAL,  :   Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF &       :
ARPELS, INC., VAN CLEEF & ARPELS       :
DISTRIBUTION, INC., GUCCI AMERICA, INC.,:
and BULGARI S.p.A.,                    :
                                       :
       Plaintiffs,                     :
                                       :
   - against -                        :
                                       :
ELENA CASTANEDA and EJEWELER LLC       :
d/b/a OVERSTOCKJEWELER.COM,            :
                                       :
       Defendants.                     :
                                       :
------------------------------------------------------------- x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG: **VA 1-024-281**

EFFECTIVE DATE OF REGISTRATION

Aug 21 2000
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Hampton Collection Necklace N06379

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

a  NAME OF AUTHOR ▼
David Yurman

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ U.S.A.
    { Domiciled in ▶ New York

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed
1998 ◀ Year   This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 29   Year ▶ 1998
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Yurman Design Inc.
501 Madison Avenue
New York, NY 10022

Transfer If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment from David Yurman

APPLICATION RECEIVED
AUG 21 2000

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 21 2000

FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

| EXAMINED BY | DW | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a
See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                             Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b

Joseph Ramirez/Yurman Design Inc.
501 Madison Avenue
New York, NY 10022

Area code and daytime telephone number ▶ (212) 896-1550        Fax number ▶ (212) 593-1597
Email ▶ jramirez@davidyurman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Yurman Design Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Joseph Ramirez                                                Date ▶ July 28, 2000

Handwritten signature (X) ▼
X _____[signature]_____

| Certificate will be mailed in window envelope to this address: | Name ▼ Yurman Design Inc. / Joseph Ramirez |
|---|---|
| | Number/Street/Apt ▼ 501 Madison Avenue |
| | City/State/ZIP ▼ New York, NY 10022 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—10
WEB REV: June 1999                  ⓖ PRINTED ON RECYCLED PAPER                       ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



N06379

VA 1-024-281

# Overstock Jeweler

**FREE GROUND SHIPPING** USA orders over $60
**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TODAY** Click for email special
**NO RISK INVOLVED** 30-Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $**

David Yurman Jewelry Inspired Replicas Collection > David Yurman Inspired 3mm Cable Gemstone w/ 14K Yellow Gold Necklace MORE COLORS!

## David Yurman Inspired 3mm Cable Gemstone w/ 14K Yellow Gold Necklace MORE COLORS!

### FEATURED ITEMS
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

### COLLECTIONS
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

### DEPARTMENTS
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

### MATERIALS
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry



Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: Zan-N375ZGS
List Price: $1,100.00

**Our Price: $499.99**

Choose stone color: [ Peridot ▼ ]

**Necklace Sizing Chart**

[Add to Shopping Bag]

**New Flat Shipping Rates:**
**FREE GROUND Shipping** on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

**OTHER VIEWS:**



Click to enlarge       Click to enlarge

**DESCRIPTION:**

This necklace is inspired by the famous David Yurman cable design. Made of solid .925 sterling silver cable and featuring gemstones in alternate with 14K Gold links detailing along the small 3mm cable. This lightweight necklace is perfect for everyday wear. Matching bracelet is available. FREE ground shipping on this item.

| | |
|---|---|
| **Measures:** | Cable diameter is 3 mm. Necklace is 16 inches long. |
| **Weight:** | 22 grams |
| **Material:** | .925 Sterling Silver Mexico Gemstone 14K Gold |
| **Category:** | silver gemstone Gold necklace |

All measurements are approximate. Designer mentioned does not make this item. Please read our

### Our Bestsellers



**David Yurman Inspired Cable X CZ Ring**
$39.99

### Matching Items



**David Yurman Inspired 3m Cable Gemstone w/ 14K Gold Bracelet MORE COLORS!**
$349.99



**David Yurman Inspired Jewel-tip Cable Ring w/ 14 Gold MORE COLORS!**
$174.99



**David Yurman Inspired Cushion Cut Gemstone Earrings MORE COLORS!**
$89.99



**David Yurman Albion Inspired Replica Cushion Cut Double Cable Ring MORE COLORS!**
$49.99



# Overstock Jeweler

**FREE GROUND SHIPPING** USA orders over $60
**WE SHIP INTERNATIONALLY** See shipping policy.

**SAVE 10% TOD** Click for email speci
**NO RISK INVOLV** 30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

 Search

Home > Gold Jewelry - 14K & 18K, CZ's, Designer Replica Rings, Earrings, Necklaces, Bracelets, Chains, Cufflinks, > David Yurman Inspired 3mm Sterling Silver Cable w/ 14K Gold Necklace

### FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

## David Yurman Inspired 3mm Sterling Silver Cable w/ 14K Gold Necklace



| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | Zan-N375GFS |
| List Price: | $434.99 |
| **Our Price:** | **$199.99** |

**Necklace Sizing Chart**

Add to Shopping Bag

**New Flat Shipping Rates:**
**FREE GROUND Shipping** on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25**. more info

**OTHER VIEWS:**

Click to enlarge

### DESCRIPTION:
This necklace is inspired by the famous David Yurman cable design. The 3mm cable necklace is made of .925 sterling silver and detailed with 14K Gold links along it. This lightweight necklace is a perfect piece of jewelry that will complement your outfit. Simple and elegant. Matching bracelet is available. FREE ground shipping on this item.

| | |
|---|---|
| **Measures:** | Cable diameter is 3 mm. Necklace is 16" |
| **Weight:** | 28 grams |
| **Material:** | .925 Sterling Silver 14K Gold |
| **Category:** | silver gold necklace |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### Our Bestsellers


**SALE! Tiffany Inspired Replica Sterling Silver Jewelry Heart Link Lariat Necklace**
$39.99

### Matching Items


**David Yurman Inspired 3m Sterling Silver Cable w/ 14 Gold Bracelet**
$159.99


**David Yurman Inspired Replica 14K Gold Carved Cable Sterling Silver Hugg Earrings**
$249.99


**David Yurman Inspired Replica Sterling Silver 8m Metro Bracelet w/ 18K Gol**
$554.99


**David Yurman Inspired Copy Thoroughbred Cable Band Ring**
$39.99

# Overstock Jeweler

FREE GROUND SHIPPING  
USA orders over $60

WE SHIP INTERNATIONALLY  
See shipping policy

SAVE 10% TOD  
Click for email speci

NO RISK INVOLV  
30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

800.586.0020  
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

Search

Home > Gold Jewelry - 14K & 18K, CZ's, Designer Replica Rings, Earrings, Necklaces, Bracelets, Chains, Cufflinks, > David Yurman Inspired 3mm Sterling Silver Cable w/ 14K Gold Bracelet

**FEATURED ITEMS**
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

**COLLECTIONS**
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

**CATEGORIES**
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

**DEPARTMENTS**
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

**MATERIALS**
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry

### David Yurman Inspired 3mm Sterling Silver Cable w/ 14K Gold Bracelet



| | |
|---|---|
| Availability: | In Stock |
| Estimated Shipping Date: | SPECIAL ORDER. Please allow 1-2 weeks for shipping. Credit card is charged when order is placed. |
| Item #: | Zan-B375GFS |
| List Price: | $349.99 |
| **Our Price:** | **$159.99** |

Add to Shopping Bag

**New Flat Shipping Rates:**  
FREE GROUND Shipping on orders over $60  
USA East Coast Ground $4.50  
USA Mid West Ground $5.50  
USA West Coast Ground $6.75  
Intl. Shipping is $25. more info

OTHER VIEWS:



Click to enlarge

**DESCRIPTION:**

This bracelet is inspired by the famous David Yurman cable design. The 3mm cable bracelet is made of .925 sterling silver and detailed with 14K Gold links along it. This lightweight bracelet is a perfect piece of jewelry that will complement your outfit. Simple and elegant. FREE ground shipping on this item.

| Measures: | Cable diameter is 3 mm. Bracelet is 7.5" |
|---|---|
| Weight: | 14 grams |
| Material: | .925 Sterling Silver Mexican 14K Gold |
| Category: | silver gold bracelet |

**Our Bestsellers**



Heidi Klum Inspired Pave Diamond Cz Four Leaf Clover Sterling Silver Pendant with Black Silk Cord  
$49.99

**Matching Items**



David Yurman Inspired Imitation 5mm Ornate Jew Tip Cable Bangle w/ 14K Gold MORE COLORS!  
$199.99

David Yurman Inspired 3m Sterling Silver Cable w/ 14 Gold Necklace  
$199.99



David Yurman Inspired Replica 14K Gold Carved Cable Sterling Silver Hugg Earrings  
$249.99



David Yurman Inspired Capri Cookie Earrings Gemstone, Sterling & 18K Gold MORE COLORS!  
$159.99

David Yurman Inspired 3mm Cable Gemstone w/ 14K Gold Bracelet MORE COLORS!



**FREE GROUND SHIPPING**
USA orders over $60

**WE SHIP INTERNATIONALLY**
See shipping policy

**SAVE 10% TOD**
Click for email speci

**NO RISK INVOLV**
30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

[Search]

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

David Yurman Jewelry Inspired Replicas Collection > David Yurman Inspired 3mm Cable Gemstone w/ 14K Gold Bracelet MORE COLORS!

### FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

**David Yurman Inspired 3mm Cable Gemstone w/ 14K Gold Bracelet MORE COLORS!**



Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: Zan-B375ZGS
List Price: $900.00

**Our Price: $349.99**

Choose stone color: [Peridot ▼]

[Add to Shopping Bag]

**New Flat Shipping Rates:**
**FREE GROUND Shipping**
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

**OTHER VIEWS:**

Click to enlarge

**DESCRIPTION:**
This bracelet is inspired by the famous David Yurman cable design. Made of solid .925 sterling silver cable and gemstones in alternate with 14K Gold links detailing along the small cable. This lightweight bracelet is perfect for everyday wear. FREE ground shipping on this item.

| | |
|---|---|
| Measures: | Cable diameter is 3 mm. Bracelet is 7.5" |
| Weight: | 10 grams |
| Material: | .925 Sterling Silver Gemstone 14K Gold |

**Our Bestsellers**

 

**Inspired By David Yurman Jewelry Inspired Carved Albion Earrings MORE COLORS!**
$74.99

**Matching Items**



**David Yurman Inspired 3m Cable Gemstone w/ 14K Yellow Gold Necklace MOR COLORS!**
$499.99



**David Yurman Inspired Jewel-tip Cable Ring w/ 14 Gold MORE COLORS!**
$174.99



**David Yurman Jewelry Inspired Knockoff Renaissance Diamond CZ Pendant MORE COLORS!**
$54.99



**David Yurman Inspired Peridot Gemstone and 14 Gold Leaf Teardrop Earring MORE COLORS!**
$149.99

**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**



**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | Zan-B375GFS |
| | | Zan-B375ZGS |

**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
|  |  | Zan-B375GL |