UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

------------------------------------------------------------ x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT H

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM VA
For a Visual Arts
UNIT
REG  VA 1-116-155

EFFECTIVE DATE OF REGISTRATION
AUG 28 2001

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  
TITLE OF THIS WORK ▼ "ALBION" COLLECTION  
NATURE OF THIS WORK ▼ See Instructions — JEWELRY DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2 a**  
NAME OF AUTHOR ▼ DAVID YURMAN  
DATES OF BIRTH AND DEATH  
Year Born ▼ 1942   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes  ☒ No  
Author's Nationality or Domicile — Name of Country — Citizen of ▶ UNITED STATES — Domiciled in ▶  
Was This Author's Contribution to the Work  
Anonymous? ☐ Yes ☒ No  
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions  
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing  
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text  
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

**b**  
NAME OF AUTHOR ▼  
DATES OF BIRTH AND DEATH  Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No  
Author's Nationality or Domicile — Citizen of ▶ ___ Domiciled in ▶ ___  
Was This Author's Contribution to the Work  
Anonymous? ☐ Yes ☐ No  
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions  
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing  
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text  
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**  
Year in Which Creation of This Work Was Completed: 2001 ◀ Year In all cases.  
Date and Nation of First Publication of This Particular Work  
Month ▶ MARCH  Day ▶ 23  Year ▶ 2001  ◀ Nation

**4**  
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼  
YURMAN STUDIOS, INC.  
501 MADISON AVENUE  
NEW YORK, NY 10022

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼  
ASSIGNMENT

APPLICATION RECEIVED  AUG 28 2001  
ONE DEPOSIT RECEIVED  
TWO DEPOSITS RECEIVED  AUG 28 2001  
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE  
Page 1 of 2 pages

EXAMINED BY ✓/GG

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b

JOSEPH RAMIREZ C/O YURMAN DESIGN INC.
501 MADISON AVENUE
NEW YORK, NY 10022

Area code and daytime telephone number ▶ (212) 896-1550          Fax number ▶ (212) 644-3816
Email ▶ jramirez@davidyurman.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  YURMAN STUDIOS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JOSEPH RAMIREZ                                                      Date ▶ AUGUST 22, 2001

Handwritten signature (X) ▼
X _Ramirez_

| Certificate will be mailed in window envelope to this address: | Name ▼ JOSEPH RAMIREZ C/O YURMAN DESIGN INC. |
| --- | --- |
| | Number/Street/Apt ▼ 501 MADISON AVENUE |
| | City/State/ZIP ▼ NEW YORK, NY 10022 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000         ♻ PRINTED ON RECYCLED PAPER            ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999



**E06574**

**VA 1-116-155**

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TOD
Click for email speci

NO RISK INVOLV
30-Day Moneyback Guaran

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   GIFT REGISTRY   SHOPPING BAG

800.586.0020
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

 Search

**FEATURED ITEMS**
Valentine's Day Jewelry
Clearance Sale
New Arrivals
Best Sellers
Celebrity Jewelry

**COLLECTIONS**
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

**DEPARTMENTS**
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

Sterling Silver Jewelry Replicas - Cubic Zirconium > Faux David Yurman Jewelry Tiger Eye Albion Cubic Zirconia Sterling Silver Earrings

## Faux David Yurman Jewelry Tiger Eye Albion Cubic Zirconia Sterling Silver Earrings



| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | PK-D_36 |
| List Price: | $159.99 |
| **Our Price:** | **$44.99** |

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

**OTHER VIEWS:**



Click to enlarge

**DESCRIPTION:**
Set in solid .925 sterling silver, these sensational earrings are inspired by David Yurman's well known cable design. Featuring brilliant tiger eye stones as centerpieces and carved cable accents around the sides. The outlinings are decorated with sparkling Cubic Zirconium stones ahnd 14K Gold vermeil detailing. These earrings are also rhodium plated to resist tarnish and to give the look of platinum. These will be a perfect gift to keep your loved ones happy!

| | |
|---|---|
| **Measures:** | 6/8" H x 6/8" W |
| **Weight:** | 10 grams |
| **Material:** | .925 Sterling Silver 14K Gold Vermeil Cubic Zirconia |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**Our Bestsellers**



Tiffany Inspired Copy Eternal Cross Pendant Sterling Silver
$24.99

**Matching Items**



David Yurman Jewelry Inspired Lookalike Rectangular CZ Pendant with Double Chains MORE COLORS!
$139.99



Judith Ripka Inspired Jewelry Oval CZ Sterling Silver Link Bracelet MORE COLORS!
$104.99



David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS
$74.99



David Yurman Inspired Bo Link Chain Necklace
$19.99

http://overstockjeweler.com/fadayujetiey.html                2/15/2007



**FREE GROUND SHIPPING**
USA orders over $60

**WE SHIP INTERNATIONALLY**
See shipping policy

**SAVE 10% TOD**
Click for email spec

**NO RISK INVOLV**
30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

 Search

Sterling Silver Jewelry Replicas - Cubic Zirconium > David Yurman Jewelry Inspired Lookalike Rectangular CZ Pendant with Double Chains MORE COLORS!

### FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

**David Yurman Jewelry Inspired Lookalike Rectangular CZ Pendant with Double Chains MORE COLORS!**



Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: AF-PDY2C
List Price: $299.99

**Our Price: $139.99**

Choose stone color: Blue Topaz

**Necklace Sizing Chart**

**Add to Shopping Bag**

**New Flat Shipping Rates:**
**FREE GROUND Shipping**
on orders over **$60**
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

### Our Bestsellers



**David Yurman Inspired Cable X CZ Ring**
$39.99

### Matching Items



**Judith Ripka Inspired Jewelry Oval CZ Sterling Silver Link Bracelet MORE COLORS!**
$104.99



**Inspired By David Yurman Jewelry Inspired Carved Albion Earrings MORE COLORS!**
$74.99

**David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS**
$74.99

**David Yurman Noblesse Inspired Copy Emerald-C Colored CZ Cable Ring MORE COLORS!**
$39.99

**OTHER VIEWS:**

  

Click to enlarge · Click to enlarge · Click to enlarge

**DESCRIPTION:**
This gorgeous David Yurman lookalike jewelry is made of .925 sterling silver and rhodium plated to resist tarnish and provide high shine. The rectangular CZ pendant is multi-faceted and therefore it captures and reflects light from multi angles for ultimate sparkles. Gold vermeil details outlining the edges and small CZ stones pave-set all around the piece for added elegance. The pendant is held by a double chain and secured with a lobster claw clasp. FREE ground shipping on this item.

**Measures:** Pendant measures 1.25" H x .5" W. Chain is 16".
**Weight:** 36 grams
**Material:** .925 Sterling Silver 14K Gold Vermeil CZ Cubic Zirconia

**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**



| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-116-155 | E06574 | PK-D_36 / AF-PDY2C |