**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

           Plaintiffs/Counter-Defendants,

          - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

           Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------- x
------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

          Plaintiffs,

          - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

          Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------- x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF**
**YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT I

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America




**FORM VA**
For a Work of the Visual Arts

**VA 1-282-478**

**EFFECTIVE DATE OF REGISTRATION**

**NOV 06 2003**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
CROSSOVER COLLECTION 2003

NATURE OF THIS WORK ▼ See Instructions
JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

a  NAME OF AUTHOR ▼
DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼  1942      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  U.S.A.
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
{ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed    2003
This information must be given  Year in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  JANUARY  Day  25  Year  2003
U.S.A.    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK NY 10013

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*BY ASSIGNMENT

APPLICATION RECEIVED
**NOV - 6 2003**

ONE DEPOSIT RECEIVED
**NOV - 6 2003**

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of  2  pages

EXAMINED BY **Vg**

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

\*Amended by C.O. via FAX rec'd by Louis Ederer dated 11/12/2004 filed in UB.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK, NY 10013

Area code and daytime telephone number (212) 896-1550          Fax number (212-) 223-0196

Email soloesq@aol.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  YURMAN STUDIOS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SUSAN SPAGNA          Date 28 Oct 2003

Handwritten signature (X) ▼

X _Susan Spagna_

Certificate will be mailed in window envelope to this address:

Name ▼ Susan Spagna, Esq

Number/Street/Apt ▼ 24 Vestry

City/State/ZIP ▼ New York, NY 10013

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2000-461-113/20,021

Rev: June 2002—20,000   Web Rev: June 2002  ● Printed on recycled paper



**B06773D**

**VA 1-282-478**

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TOL
Click for email speci

NO RISK INVOLV
30-Day Moneyback Guaran

# Overstock Jeweler

**800.586.0020**
Mon-Fri 9am-6pm EST



HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY    SHOPPING BAG

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $**

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Faux Jewelry > David Yurman Inspired Crossover Cable CZ Earrings

## FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

## COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

## CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

## DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

## MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

### David Yurman Inspired Crossover Cable CZ Earrings



| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | BSB-E73847769 |
| List Price: | $114.99 |

**Our Price:    $49.99**

Add to Shopping Bag

**New Flat Shipping Rates:**
**FREE GROUND Shipping**
on orders over **$60**
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

**OTHER VIEWS:**



Click to enlarge



Click to enlarge

**DESCRIPTION:**

These earrings are imitation of David Yurman's famous Silver Ice Crossover design. Set in white gold plating and featuring 2-tone crossed hoops. One hoop is paved set with diamond CZ and accented with gold vermail and crossed with carved cable hoop. The original piece retails for hundreds of dollars and now you can get the same designer's look for fraction of the cost.

| | |
|---|---|
| **Measures:** | hoop diameter measures 1.5" |
| **Weight:** | 16 grams |
| **Material:** | Gold Plated Alloy CZ |
| **Category:** | Earrings Hoops David Yurman Gold Plated CZ Cable |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

**Our Bestsellers**



**David Yurman Inspired Box Link Chain Necklace**
$19.99

**Matching Items**



**David Yurman Silver Ice Crossover Inspired Imitatic Sterling Silver Circle Pendant**
$49.99



**David Yurman Silver Ice Collection Inspired Two Tone Pave CZ Band Ring**
$39.99



**David Yurman Inspired Tw Tone Crossover Silver Ice Cross Pendant**
$39.99



**Judith Ripka Jewelry Inspired Pave Heart Two Tone Romance Pendant**
$89.99



**Inspired By David Yurma**

## The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-282-478 |  B06773D |  BSB-E73847769 |