UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

------------------------------------------------------------ x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-282-481**



EFFECTIVE DATE OF REGISTRATION

**NOV 06 2003**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**Title of This Work ▼**
MADISON CHAIN COLLECTION 2003

**NATURE OF THIS WORK ▼** See Instructions
JEWELRY DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

### 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  **NAME OF AUTHOR ▼**
DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   U.S.A.
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

### 3

**a**  Year in Which Creation of This Work Was Completed
2003
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month *JULY   Day *27   Year 2003
U.S.A.   Nation

### 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK NY 10013

APPLICATION RECEIVED
**NOV - 6 2003**
ONE DEPOSIT RECEIVED
**NOV - 6 2003**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
*BY ASSIGNMENT

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

*Amended by C.O. via FAX rec'd from Louis Ederer dated 11/12/02004 filed in UB.

EXAMINED BY V.G.
CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET; NEW YORK, NY 10013

Area code and daytime telephone number  (212) 896-1550       Fax number  (212) 223-0196
Email  soloesq@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  YURMAN STUDIOS INC.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SUSAN SPAGNA                                     Date  28 Oct 2003

Handwritten signature (X) ▼
X  Susan Spagna

Certificate will be mailed in window envelope to this address:
Name ▼  Susan Spagna, Esq.
Number/Street/Apt ▼  24 Vestry
City/State/ZIP ▼  New York, NY 10013

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ● Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



R06871

VA 1-282-481

David Yurman Replica Madison Link Rings

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TOD
Click for email speci

NO RISK INVOLV
30-Day Moneyback Guaran

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   GIFT REGISTRY   SHOPPING BA

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

[Search]

David Yurman Jewelry Inspired Replicas Collection > David Yurman Inspired Replica Madison Link Ring

### FEATURED ITEMS
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale Jewelry

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry


We Ship Internationally
$25 Flat Rate

### SHOPPING SERVICES

**David Yurman Inspired Replica Madison Link Ring**



Availability: **In Stock**
Order Now & Ships: **Mon, Feb 19**
Item #: PK-DYmadisonr
List Price: $129.99
**Our Price: $34.99**

Choose size: 6

Ring Sizing Chart

[Add to Shopping Bag]

**New Flat Shipping Rates:**
**FREE GROUND Shipping**
on orders over **$60**
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

OTHER VIEWS:

Click to enlarge

**DESCRIPTION:**
Made in the likeness of David Yurman, this sterling silver ring features a madison link design and cable detailing on each side. Each side of the face is finished with gold vermeil and the entire ring is rhodium plated to resist tarnishing.

| | |
|---|---|
| **Measures:** | Ring measures 1/2" high and 3/4" wide. |
| **Weight:** | Weight is 8 grams. |
| **Material:** | .925 Sterling Silver 14K Gold Vermeil |
| **Category:** | silver ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**
I love their jewelry. Always beautiful and always what the picture looks like. I've received many compliments on every piece I've bought from them.

Our Bestsellers

**Tiffany Inspired Jewelry Replica Pave Letter Pendants**
$24.99

Matching Items


**David Yurman Inspired Circle Clasp Double Cable Bangle**
$149.99


**David Yurman Inspired Replica Huggie Earring Sterling Silver**
$49.99

**David Yurman Inspired 3m Sterling Silver Cable w/ 14 Gold Bracelet**
$159.99

**David Yurman Inspired 3m Sterling Silver Cable w/ 14 Gold Necklace**
$199.99


**David Yurman Inspired 14 Gold & Sterling Silver Two Tone Carved Heart Pin**
$99.99

http://overstockjeweler.com/dayuremaliri.html

2/16/2007

**The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-282-481 | R06871 | PK-DYmadisonr |