UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

       Plaintiffs/Counter-Defendants,

       - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

       Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------------- x
------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

       Plaintiffs,

       - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

       Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------------- x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-384-012

OCT 28 2005

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼: **LINKED RENAISSANCE COLLECTION 2005**
NATURE OF THIS WORK ▼ See Instructions: **JEWELRY DESIGN**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2** NAME OF AUTHOR ▼
a **DAVID YURMAN**
DATES OF BIRTH AND DEATH
Year Born ▼ **1942**   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No
Author's Nationality or Domicile
Name of Country: Citizen of **U.S.A.** OR Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼
b
Dates of Birth and Death
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No
Author's Nationality or Domicile
Name of Country: Citizen of _____ OR Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed **2005** Year in all cases.
b Date and Nation of First Publication of This Particular Work
Month **MARCH** Day **31** Year **2005**
Nation **U.S.A.**

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK, NY 10013**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**ASSIGNMENT: from DAVID YURMAN**

APPLICATION RECEIVED
OCT 28 2005
ONE DEPOSIT RECEIVED
OCT 28 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM VA

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK, NY 10013

Area code and daytime telephone number (212) 896-1550      Fax number (212) 223-0196
Email

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of YURMAN STUDIOS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan Spagna      Date 10/24/05

Handwritten signature (X) ▼
X Susan Spagna

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
Susan Spagna, Esq.
Number/Street/Apt ▼
24 Vestry Street
City/State/ZIP ▼
New York, NY 10013

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊛ Printed on recycled paper      U.S. Government Printing Office: 2003-496-605/60,029



**D07344D**

**VA 1-384-012**

# Overstock Jeweler

**FREE GROUND SHIPPING** USA orders over $60
**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TOD** Click for email speci
**NO RISK INVOLV** 30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

**800.586.0020**
Mon-Fri 9am-6pm EST

### FEATURED ITEMS
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

### COLLECTIONS
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

### DEPARTMENTS
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

### MATERIALS
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry

David Yurman Jewelry Inspired Replicas Collection > David Yurman Jewelry Inspired Knockoff Renaissance Diamond CZ Pendant MORE COLORS!

## David Yurman Jewelry Inspired Knockoff Renaissance Diamond CZ Pendant MORE COLORS!



| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Feb 16** |
| Item #: | BSB-P-SE-7010 |
| List Price: | $169.99 |
| **Our Price:** | **$54.99** |

Choose stone color: Champagne ▼

**Necklace Sizing Chart**

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

### OTHER VIEWS:


Click to enlarge


Click to enlarge


Click to enlarge

### DESCRIPTION:

This pendant is an imitation of David Yurman's famous Linked Renaissance Collection. Set in .925 sterling silver and featuring a linked cable design with multi-facet Diamond CZ stones detailing. Fabulous and breathtaking. The original piece retails for thousand of dollars and now you can get it for fraction of the cost. A celebrity style with a bargain price. CHAIN IS NOT INCLUDED. We recommend a Box Link Chain for this pendant.

| | |
|---|---|
| **Measures:** | 1.5" H x 1.5" W |
| **Weight:** | 16 grams |
| **Material:** | .925 sterling silver CZ Cubic Zirconia |

### Our Bestsellers



**David Yurman Inspired Sterling Silver Chain Necklace**
$19.99

### Matching Items



**Cartier-esque Inspired Jewelry Diamond CZ Maillo Bracelet**
$89.99



**David Yurman Inspired Bo Link Chain Necklace**
$19.99



**Cartier-esque Inspired Pasha Round Onyx Quilte CZ Ring**
$64.99



**David Yurman Inspired Jewelry Copy Renaissanc Diamond CZ Cable Ring MORE COLORS!**
$64.99



## The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-384-012 | D07344D (now D07313D) | BSB-P-SE-7010 |