UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YURMAN STUDIO, INC. and YURMAN : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC., : (Action No. 1)
:
       Plaintiffs/Counter-Defendants, :
:
       - against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
       Defendants/Counter-Plaintiffs. :
:
------------------------------------------------------------ x
------------------------------------------------------------ x
:
CARTIER, a division of RICHEMONT NORTH :
AMERICA, INC., CARTIER INTERNATIONAL, : Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF & :
ARPELS, INC., VAN CLEEF & ARPELS :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A., :
:
       Plaintiffs, :
:
       - against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
       Defendants. :
:
------------------------------------------------------------ x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT L

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI **VA 1-390-915**

EFFE. July 26 2005

**1. Title of This Work ▼**
PEARL COLLECTION I  2005

**Nature of This Work ▼**
JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2.a NAME OF AUTHOR ▼**
DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1942   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Citizen of  USA
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2 Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

**3.a** Year in Which Creation of This Work Was Completed  2004

**b** Date and Nation of First Publication of This Particular Work
Month May  Day 29  Year 2004
U.S.A.  Nation

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
YURMAN STUDIO INC
24 VESTRY STREET
NEW YORK NY 10013

APPLICATION RECEIVED APR 24 2006 7-26-05
ONE DEPOSIT RECEIVED APR 24 2006 7-26-05
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
ASSIGNMENT from DAVID YURMAN

YURMAN0046

| EXAMINED BY  DW | FORM VA |
| --- | --- |
| CHECKED BY | |
| ☒ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ _____  Account Number ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ
YURMAN STUDIO INC
24 VESTRY STREET   NEW YORK, NY 10013

Area code and daytime telephone number ( 212 ) 896-1550   Fax number ( 212 ) 223 0196
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  YURMAN STUDIO INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SUSAN SPAGNA                                         Date  April 17, 2006

Handwritten signature (X) ▼
X  *Susan Spagna*

**8**

| Certificate will be mailed in window envelope to this address | Name ▼  SUSAN SPAGNA, ESQ |
| --- | --- |
| | Number/Street/Apt ▼  24 VESTRY STRRET |
| | City/State/ZIP ▼  NEW YORK, NY 10013 |

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev August 2003—30,000  Web Rev June 2002   ♻ Printed on recycled paper         YURMAN0047         U S Government Printing Office 2003-496-605/60 029

Pearl Collection I - 2005



N07056D

# Overstock Jeweler

**FREE GROUND SHIPPING** USA orders over $60
**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TOD** Click for email spec
**NO RISK INVOLV** 30-Day Moneyback Guaran

HOME  NECKLACES & PENDANTS  EARRINGS  BRACELETS  RINGS  WATCHES  GIFT REGISTRY  SHOPPING BAG

**800.586.0020** Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

Sterling Silver Jewelry Replicas - Cubic Zirconium > David Yurman Inspired Grey Pearl Oval Chain Cable Bracelet

## David Yurman Inspired Grey Pearl Oval Chain Cable Bracelet



**Our Bestsellers**

### FEATURED ITEMS
- New Arrivals
- Best Sellers
- Celebrity Jewelry

### COLLECTIONS
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

### DEPARTMENTS
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- **Clearance Sale Jewelry**

### MATERIALS
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry


We Ship Internationally $25 Flat Rate

**SHOPPING SERVICES**

| | |
|---|---|
| Availability: | **Out of Stock** |
| Order Now & Ships: | **Mon, Feb 19** |
| Item #: | PK-74812751 |
| List Price: | $179.99 |

**Our Price: $69.99**
This item is currently out of stock

**New Flat Shipping Rates:**
**FREE GROUND Shipping** on orders over **$60**
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25**. more info

**OTHER VIEWS:**



Click to enlarge

**DESCRIPTION:**
This exotic bracelet is made based on David Yurman designs. The solid .925 sterling silver cable links are interspersed with grey pearl links and the bracelet is closed with a sterling silver lobster clasp.

| | |
|---|---|
| **Measures:** | Adjustable length. Will fit 7" or 8" wrist |
| **Weight:** | 14 grams |
| **Material:** | .925 Sterling Silver Pearl |
| **Category:** | silver pearl bracelet |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.


**Michele Timepiece Replica Square Deco Stainless Steel Fashion Watch**
$49.99

**Matching Items**


**Mikimoto Inspired Style Bridal Cubic Zirconia Pear Engagement Ring w/ Channel Set CZs**
$34.99

**Mikimoto & Co. Inspired South Sea Shell Pearl Earrings MORE COLORS**
$29.99

**Bulgari Jewelry Inspired Lucea Multi Strands Pear and Cubic Zirconia Sterlin Silver Necklace**
$99.99

**Tiffany Inspired Jewelry Pearls & Leaf Circle Pin**
$39.99

## The Yurman Copyrighted Designs & The Overstock Jeweler Infringing Products

| U.S. Copyright Reg. No. | Yurman Item / Deposit Material & Item No. | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-390-915 | N07056D | PK-74812751 |