UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

-------------------------------------------------------------- x
-------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

-------------------------------------------------------------- x

**DECLARATION OF DAVID YURMAN IN SUPPORT OF
YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT M

<400>



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 02, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: D371,314
ISSUE DATE: July 02, 1996

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

VIELKA BROWN
Certifying Officer

US00D371314S

# United States Patent [19]
## Yurman

[11] Patent Number: **Des. 371,314**
[45] Date of Patent: ∗∗ **Jul. 2, 1996**

[54] **WATCH BRACELET**

[75] Inventor: David Yurman, New York, N.Y.

[73] Assignee: Yurman Design Inc., New York, N.Y.

[∗∗] Term: 14 Years

[21] Appl. No.: 31,074

[22] Filed: **Nov. 17, 1994**

[52] U.S. Cl. ............................................................. D11/3
[58] Field of Search ............................... D11/1–29, 93, D11/94, 34–39; 63/111, 2, 3, 15–15.8; 10/30–32

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 119,192 | 2/1940 | Welling | D11/5 |
| D. 123,109 | 10/1940 | Garfinkle | D11/5 |
| D. 128,297 | 7/1941 | Healy | D11/5 |
| 310,011 | 12/1884 | Adams | D11/4 |
| D. 354,696 | 1/1995 | Avakian | D11/4 |

OTHER PUBLICATIONS

Natures Jewelry Summer/Fall 1990 Catalog Item lower right of p. 43.
Lewis & Robert Jewelry Catalog Item upper right of p. 17.

*Primary Examiner*—Ralf Seifert
*Attorney, Agent, or Firm*—Gottlieb, Rackman & Reisman

[57] **CLAIM**

The ornamental design for a watch bracelet, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a bracelet showing my new design;

FIG. 2 is a top plan view;

FIG. 3 is a side elevational view;

FIG. 4 is a front elevational view; and,

FIG. 5 is a bottom plan view.

The broken line showing of a watch and connecting links is for illustrative purposes only and form no part of the claimed design.

1 Claim, 3 Drawing Sheets



Copy provided by USPTO from the PIRS Image Database on 05/30/2008

U.S. Patent         Jul. 2, 1996         Sheet 1 of 3         Des. 371,314



FIG.1

Copy provided by USPTO from the PIRS Image Database on 05/30/2008

FIG. 2



FIG. 3



Copy provided by USPTO from the PIRS Image Database on 05/30/2008

FIG.4





FIG.5

Copy provided by USPTO from the PIRS Image Database on 05/30/2008

# Overstock Jeweler

**FREE GROUND SHIPPING**
USA orders over $60

**WE SHIP INTERNATIONALLY**
See shipping policy

**SAVE 10% TODAY**
Click for email specials

**NO RISK INVOLVED**
30 Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

[Search]

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $**

Home > Designer Inspired Watches: Gucci, Roda, Chopard, Mueller Imitations, Michele Timepiece, Ladie's, Men's Watch > David Yurman Timepiece Inspired Two Tone Cable Stainless Steel Fashion Watch

### FEATURED ITEMS
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

### COLLECTIONS
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

### DEPARTMENTS
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

### MATERIALS
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry

## David Yurman Timepiece Inspired Two Tone Cable Stainless Steel Fashion Watch



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Fri, Feb 16 |
| Item #: | MK-DY2T |
| List Price: | $99.99 |
| **Our Price:** | **$39.99** |

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

**OTHER VIEWS:**

Click to enlarge

### DESCRIPTION:
Inspired by David Yurman, this stainless steel fashion watch is featuring the designer's famous cable design and the square face of the timepiece is accentuated with gold plating and onyx stone. Simple and attractive piece of accessory that will complement your other collection. Perfect for everyday wear or for special occasion.

| | |
|---|---|
| **Measures:** | Face of watch' width is 2cm. Band width is 8mm. |
| **Weight:** | 50 grams |
| **Material:** | Stainless Steel Gold Vermeil |
| **Category:** | Stainless Steel watch |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

## Our Bestsellers


**Roberto Coin Inspired Lookalike Sterling Silver Diamond CZ Skull and Crossbones Pendant**
$29.99

## Matching Items


**David Yurman Inspired Two Tone Cable Cross Pendant**
$149.99


**David Yurman Silver Ice Collection Inspired Two Tone Pave CZ Band Ring**
$39.99


**David Yurman Inspired 14k Gold & Sterling Silver Two Tone Carved Heart Pin**
$99.99


**David Yurman Inspired Cable Designed Pearl Drop Earrings**
$39.99



http://overstockjeweler.com/dayuintwotoc1.html

2/15/2007

**The Yurman Design Patent & The Overstock Jeweler Infringing Product**

| U.S. Patent No. | Claim | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|---|
| D371,314 | The ornamental design for a watch bracelet, as shown and described | | MK-DY2t |