UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

        Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

-------------------------------------------------------------- x
-------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

        Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

-------------------------------------------------------------- x

**DECLARATION OF COSTANZO RAPONE IN SUPPORT OF BULGARI S.p.A.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT A



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 04, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D338,629*
ISSUE DATE: *August 24, 1993*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



US00D338629S

# United States Patent [19]
## Bulgari

[11] Patent Number: **Des. 338,629**
[45] Date of Patent: ** **Aug. 24, 1993**

[54] **FINGER RING**

[75] Inventor: Paolo Bulgari, Rome, Italy

[73] Assignee: Partecipazioni Bulgari S.p.A., Rome, Italy

[**] Term: 14 Years

[21] Appl. No.: 629,358

[22] Filed: Dec. 18, 1990

[30] **Foreign Application Priority Data**

Jul. 3, 1990 [WO] World Int. Prop. O. ... DM/017.067

[52] U.S. Cl. ........................ D11/34; D11/5; D11/29

[58] Field of Search .................. D11/1–20, D11/23, 26–39, 80; 63/1.1–3, 5.2–11, 15–15.8

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 159,636 | 8/1950 | Katz | D11/4 |
| D. 190,753 | 6/1961 | Bräuchi | D11/5 |
| D. 201,150 | 5/1965 | Rodriguez et al. | D11/25 |
| D. 237,816 | 11/1975 | Bulgari | D11/5 |
| D. 257,015 | 9/1980 | Barr | D11/4 |
| 283,574 | 8/1883 | Cottle | D11/27 |

OTHER PUBLICATIONS

Goldschmiede Zeitung Jun. 1985, lower right p. 32.

*Primary Examiner*—A. Hugo Word
*Assistant Examiner*—R. Seifert
*Attorney, Agent, or Firm*—Barnes, Kisselle, Raisch, Choate, Whittemore & Hulbert

[57] **CLAIM**

The ornamental design for a finger ring, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a finger ring showing my new design;
FIG. 2 is a top plan view;
FIG. 3 is a side elevational view;
FIG. 4 is a front elevational view;
FIG. 5 is an elevational view of the side opposite that shown in FIG. 3;
FIG. 6 is a bottom plan view; and,
FIG. 7 is a rear elevational view.
The broken line showing of gems is for illustrative purposes only and forms no part of the claimed design.



U.S. Patent        Aug. 24, 1993        Des. 338,629

FIG.1



FIG.2



FIG.3   FIG.4   FIG.5

  



FIG.6   FIG.7

Copy provided by USPTO from the PIRS Image Database on 06/02/2008

# Overstock Jeweler

**HAPPY VALENTINE'S DAY**




FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

Search

800.586.0020
Mon-Fri 9am-9pm CST

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Bulgari (Bvlgari) Inspired Jewelry > Bulgari Spiga Collection Inspired Diamond CZ Pave Two Row Wrap Sterling Silver Ring

## Bulgari Spiga Collection Inspired Diamond CZ Pave Two Row Wrap Sterling Silver Ring



OTHER VIEWS:

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | AF-2148 |
| List Price: | $159.99 |
| **Our Price:** | **$54.99** |
| Choose Ring Size: | 6 |

Ring Sizing Chart

**Add to Shopping Bag**

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

### Our Bestsellers



**Tiffany Inspired Sterling Silver Bead Earrings**
$24.99

Matching Items



**David Yurman Inspired Sterling Silver Wheat 180 Gauge Chain Bracelet**
$99.99

**Men's David Yurman Inspired Sterling Silver Wheat Chain Necklace**
$139.99

### VALENTINE FEATURED ITEMS
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements



EXHIBIT
PLS 145
3/18/08

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry


We Ship Internationally
See Flat Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML Check us out on myspace.com.

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆
based on reviews. more...

Free GROUND Shipping



Click to enlarge


Click to enlarge

**DESCRIPTION:**

Inspired by Bulgari's Spiga wheat collection, this astounding ring is set with multi pave diamond czs. Made out of .925 sterling silver, this ring double wraps around your finger for that sophisticated look. Designed with the finest quality in mind, this piece is not a Bulgari imitation. It is an amazing complement to a classic dress for a special occasion. This item comes with FREE domestic ground shipping on orders over $60.

| | |
|---|---|
| Measures: | Ring width measures 1/2" |
| Weight: | 12 grams |
| Material: | .925 Sterling Silver Cubic Zirconia |
| Category: | everyday rings, Bulgari inspired, bvlgari inspired, Sterling Silver, Cubic Zirconia diamond, cz diamond Pave, women |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

Extremely fast shipping! Item looks great on me! 10% next purchase (for new customers) coupon included was a nice bonus as well.

This item includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items




Copyright HMA


| U.S. Patent No. | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|
| D338,629 | | AF-2148 |