**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

|  |  |
|---|---|
| YURMAN STUDIO, INC. and YURMAN DESIGN, INC., : | Civil Action No. 07-1241 (SAS)(HP) (Action No. 1) |

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

               Plaintiffs/Counter-Defendants,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

               Defendants/Counter-Plaintiffs.

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

               Plaintiffs,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

               Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------------ x

**DECLARATION OF COSTANZO RAPONE IN SUPPORT OF BULGARI S.p.A.'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**


# EXHIBIT B



D 170281b

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 02, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D434,688*
ISSUE DATE: *December 05, 2000*

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

VIELKA BROWN

Certifying Officer



US00D434688S

# United States Patent [19]

## Bulgari

[11] **Patent Number:** **Des. 434,688**

[45] **Date of Patent:** ** **Dec. 5, 2000**

[54] **RING**

[75] Inventor: **Paolo Bulgari**, Rome, Italy

[73] Assignee: **Bulgari S.p.A.**, Rome, Italy

[**] Term: **14 Years**

[21] Appl. No.: **29/106,523**

[22] Filed: **Jun. 16, 1999**

[30]     **Foreign Application Priority Data**

Feb. 19, 1999  [XH]   Hague Agreement .......... DM/046 913

[51] LOC (7) Cl. ............................................. **11-01**

[52] U.S. Cl. ................................................. **D11/26**

[58] Field of Search ........................... D11/26–39; 63/3,
        63/15, 15.1–15.4, 15.45, 15.7–15.8, 26–28,
                                29.1–29.2, 30–32

[56]           **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 102,167 | 12/1936 | Kousin | D11/39 |
| D. 148,392 | 1/1948 | Sabol | D11/26 |
| D. 149,784 | 6/1948 | Anderson | D11/26 |
| D. 177,230 | 3/1956 | Grant | D11/26 |
| D. 199,537 | 11/1964 | Sklar | D11/39 |
| 218,128 | 8/1879 | Mersereau | 63/15 |
| 221,728 | 11/1879 | Halsey | 63/15.4 |
| D. 228,408 | 9/1973 | Mechanic | D11/38 |
| D. 230,625 | 3/1974 | Mechanic | D11/26 |
| 234,093 | 11/1880 | Untermeyer | 63/15.7 |
| D. 257,022 | 9/1980 | Barr | D11/35 |
| D. 270,722 | 9/1983 | Bulgari | D11/35 |
| D. 285,292 | 8/1986 | Bulgari | D11/37 |
| 404,093 | 5/1889 | Knight | 63/15 |
| 1,533,441 | 4/1925 | Melling | 63/15.8 |
| 3,071,940 | 1/1963 | Schneider | 63/15 |
| 5,228,316 | 7/1993 | Meyrowitz | 63/15.4 |

*Primary Examiner*—Cathy Anne MacCormac
*Attorney, Agent, or Firm*—Reising, Ethington, Barnes, Kisselle, Learman & McCulloch, PC

[57]           **CLAIM**

The ornamental design for a ring, substantially, as shown and described.

### DESCRIPTION

FIG. 1 shows a front view of a ring in the elongated position;
FIG. 2 shows a left side view of same in the elongated position;
FIG. 3 shows a rear view of same in the elongated position;
FIG. 4 shows a right side view in the elongated position, this view being the same as the one illustrated in FIG. 2;
FIG. 5 shows a top view of same;
FIG. 6 shows a bottom view of same;
FIG. 7 shows a perspective view of same; and,
FIG. 8 shows a front view of same in the non-extended position.

**1 Claim, 1 Drawing Sheet**







Copy provided by USPTO from the PIRS Image Database on 05/30/2008

**U.S. Patent**          Dec. 5, 2000          **Des. 434,688**



FIG. 4



FIG. 8



FIG. 3



FIG. 7



FIG. 2



FIG. 6

FIG. 1

FIG. 5

Copy provided by USPTO from the PIRS Image Database on 05/30/2008

# Overstock Jeweler

**HAPPY VALENTINE'S DAY**

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

800.586.0020
Mon-Fri 9am-5pm EST

Search

Live Chat — Click Here

**COLLECTIONS**

VALENTINE FEATURED ITEMS
Heart Shaped Jewelry
Final Clearance Sale

New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE. 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Inspired Jewelry > Bulgari Bzero1 Inspired Sterling Silver Ring with Pave CZ Diamonds

## Bulgari Bzero1 Inspired Sterling Silver Ring with Pave CZ Diamonds



OTHER VIEWS:

Availability:        In Stock
Order Now &          Thurs, Feb 7
Ships:
Item #:              R-Bzero1
List Price:          $179.99
Our Price:           $59.99
Choose ring size:    [6 ▼]

Ring Sizing Chart

**Add to Shopping Bag**

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

Our Bestsellers

**Tiffany Style Inspired
Diamond CZ Pave
Alphabet Letter Pendants**
$24.99

Matching Items

**Bulgari Inspired Classic
Large Round Stainless Steel
Mens Watch**
$59.99

**Bulgari Barrel Collection
Inspired Unique Necklace**
$49.99

EXHIBIT

DEPARTMENTS

Skull Jewelry
Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

We Ship Internationally
$20 Flat Rate

SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

SERVICE YOU CAN TRUST!

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆☆
based on reviews. more...

Free GROUND Shipping



Click to enlarge

Click to enlarge

**DESCRIPTION:**

This beautiful Bulgari Bzero1 style Inspired ring is made with .925 sterling silver and is designed with pave diamond czs. Also rhodium plated to prevent tarnishing while buffed for a high shine, this large and heavyweight ring can be worn by both men and women. While this ring isn't a faux Bulgari BZero1 ring, it evokes the same understated elegance and is a perfect match with other Bzero1 pieces. We also have an amazing matching pendant and earrings.

**Measures:**  Ring width is 1/2" and diameter is 3/4".

**Weight:**  12 grams

**Material:**  .925 Sterling Silver CZ Cubic Zirconia

**Category:**  Ring, Bulgari inspired, bvlgari inspired, Mens, Womans, Sterling silver, cubic zirconia diamond,pave, everyday rings, jewelry, bzero1 collection, bzero1 ring, circle

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

This is one of the best on-line merchants I have ever dealt with. They give personalized service ... respond quickly to emails ... have a good selection that is very reasonably priced ... and sell quality items that are really good knock offs of designer jewelry. I've bought from them several times and will continue to do so.- Maggie on Long Island, New York

**This item includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**





**Bulgari Inspired Sterling Silver CZ Diamond Pave Hoop Earrings**

**Bulgari Astrale Inspired Diamond Cubic Zirconium Pave Bracelet**





**Bulgari Astrale-Esque Diamond Cubic Pave Zirconium Pendant**

Copyright HMA

| U.S. Patent No. | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|
| D434,688 |  | <br>R-Bzero1 |