UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
YURMAN STUDIO, INC. and YURMAN           : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                            : (Action No. 1)
:
      Plaintiffs/Counter-Defendants,    :
:
    - against -                              :
:
ELENA CASTANEDA and EJEWELER LLC         :
d/b/a OVERSTOCKJEWELER.COM,              :
:
      Defendants/Counter-Plaintiffs.    :
:
------------------------------------------------------------- x
------------------------------------------------------------- x
:
CARTIER, a division of RICHEMONT NORTH   :
AMERICA, INC., CARTIER INTERNATIONAL,    : Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF &         :
ARPELS, INC., VAN CLEEF & ARPELS         :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A.,                      :
:
      Plaintiffs,                       :
:
    - against -                              :
:
ELENA CASTANEDA and EJEWELER LLC         :
d/b/a OVERSTOCKJEWELER.COM,              :
:
      Defendants.                       :
:
------------------------------------------------------------- x

**DECLARATION OF COSTANZO RAPONE IN SUPPORT OF BULGARI S.p.A.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT C



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 02, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D545,716*
ISSUE DATE: *July 03, 2007*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

YIELKA BROWN
Certifying Officer



US00D545716S

| (12) | United States Design Patent | (10) Patent No.: | US D545,716 S |
|---|---|---|---|
| | Bulgari | (45) Date of Patent: ** | Jul. 3, 2007 |

(54) **EARRING**

(75) Inventor: **Paolo Bulgari**, Rome (IT)

(73) Assignee: **Bulgari SpA**, Lungotevere Marzio, Rome

(**) Term: **14 Years**

(21) Appl. No.: **29/172,609**

(22) Filed: **Dec. 12, 2002**

**Related U.S. Application Data**

(63) Continuation of application No. 29/141,479, filed on May 4, 2001, now abandoned.

(51) **LOC (8) Cl.** .................................................. 11-01
(52) **U.S. Cl.** ...................................................... **D11/40**
(58) **Field of Classification Search** ............... D11/3–5, D11/40–49, 51–53, 55–56, 60, 63–70, 75–78, D11/90–91; 63/12–13, 32, 20–28, 14.1–14.2, 63/14.8
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D292,560 S  *  11/1987  Di Maria et al. ............ D11/42
D390,802 S  *   2/1998  Bulgari ........................ D11/42
D450,615 S  *  11/2001  Ambar ......................... D11/76
D472,497 S  *   4/2003  Bonnet ........................ D11/40
D481,646 S  *  11/2003  Bonifacio .................... D11/40

* cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—John Windmuller
(74) *Attorney, Agent, or Firm*—Reising, Ethington, Barnes, Kisselle PC

(57) **CLAIM**

The ornamental design for an earring, as shown.

**DESCRIPTION**

FIG. **1** is a front elevational view of an earing showing my new design;

FIG. **2** is a left side elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a right side elevational view thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a top perspective view thereof.

**1 Claim, 1 Drawing Sheet**




Copy provided by USPTO from the PIRS Image Database on 05/30/2008

U.S. Patent　　　　　　　　　Jul. 3, 2007　　　　　　　　US D545,716 S



FIG. 4



FIG. 3



FIG. 2



FIG. 6



FIG. 1



FIG. 5

Copy provided by USPTO from the PIRS Image Database on 05/30/2008

# Overstock Jeweler

### HAPPY VALENTINE'S DAY

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

[search]

800.586.0020
Mon-Fri 9am-5pm CST

Live Chat - Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

EARRINGS  BRACELETS  RINGS  WATCHES  GIFT REGISTRY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Bulgari (Bvlgari) Inspired Jewelry > Bulgari Inspired Sterling Silver CZ Diamond Pave Hoop Earrings

## Bulgari Inspired Sterling Silver CZ Diamond Pave Hoop Earrings

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | BulgariE |
| List Price: | $112.99 |
| Our Price: | $34.99 |
| Choose color: | Silver |

[Add to Shopping Bag]

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:

### Our Bestsellers

SALE! David Yurman Noblesse Inspired Oval CZ Cable Ring MORE COLORS!
$35.99

Matching Items

Bulgari Barrel Collection Inspired Unique Necklace
$41.99

Bulgari Bzero1 Inspired Sterling Silver Ring with Pave CZ Diamonds
$35.99

EXHIBIT
PC's 147
3/18/08

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆
based on reviews. more...

Free GROUND Shipping

---

Click to enlarge

Click to enlarge

Click to enlarge

**DESCRIPTION:**

These stunning .925 Sterling Silver, half loop diamond cz earrings are inspired by Bulgari's Bzero1 collection. The loops are secured by unique interlocking closures and feature two rows of pave-set cubic zirconium diamonds. Vastly different from a Bulgari knockoff, these earrings provide a similar simple elegance for a fraction of the cost. A classy addition to the little black dress, it provides a magical touch to your wardrobe.

| | |
|---|---|
| Measures: | 9/16" H x 3/8" W |
| Weight: | 6 grams |
| Material: | .925 Sterling Silver Cubic Zirconia |
| Category: | bulgari bvlgari inspired hoop earrings sterling silver diamond cz pave women |

**CUSTOMER REVIEWS:**

I was so excited to find the styles of Tiffany replica jewelry at an affordable price. I also was surprised at the speed with which my order was processed and my package delivered. It was a wonderful buying experience and I will definitely use this service again in the future......

**This item includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**

---

**Bulgari Astrale Style Inspired Cubic Zirconium/ Sterling Silver Bangle Bracelet**

**Tiffany Inspired Sterling Silver Diamond CZ Voile Circle Pin**

**Michele Replica Inspired Stainless Steel Square Deco Timepiece Fashion Watch**
$49.99



| Bulgari Parentesi | Bulgari Inspired | Bulgari Spiga | Bulgari Inspired | **Bulgari Barrel Collection Inspired** |

Copyright HMA

| U.S. Patent No. | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|
| D545,716 | | BulgariE |