UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC., : (Action No. 1)
:
      Plaintiffs/Counter-Defendants, :
:
    - against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
      Defendants/Counter-Plaintiffs. :

---------------------------------------------------------- x
---------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH :
AMERICA, INC., CARTIER INTERNATIONAL, : Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF & :
ARPELS, INC., VAN CLEEF & ARPELS :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A., :
:
      Plaintiffs, :
:
    - against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
      Defendants. :

---------------------------------------------------------- x

**DECLARATION OF COSTANZO RAPONE IN SUPPORT OF BULGARI S.p.A.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT D

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
YURMAN STUDIO, INC.,

            Plaintiff/Counter-Defendant,      Case No.
                                              07-1241
     - against -                              (SAS/HP)

ELENA CASTANEDA and EJEWELER LLC d/b/a
OVERSTOCKJEWELER.COM,

            Defendants/Counter-Plaintiffs,

     - against -

YURMAN DESIGN, INC.,

            Third-Party Defendant.
------------------------------------------x

                    March 18, 2008
                    10:00 a.m.


                    399 Park Avenue
                    New York, New York 10022-4690


     CONTINUED DEPOSITION of ELENA CASTANEDA
                    VOLUME 3


COURT REPORTER:     Suzanne F. Moore, RPR, CRR
```

```
                    ELENA CASTANEDA
 1
 2        Q     Anything else?
 3        A     No.
 4        Q     Is this particular marine link
 5   similar to what you've seen in thousands of
 6   other brands as well?
 7        A     It is.
 8        Q     Any particular reason why you
 9   didn't name this item after another brand
10   besides Gucci?
11        A     No.
12        Q     And just to be clear, as you
13   sit here today, you can't think of any other
14   brands that use the marine --
15        A     I'm not going to off the top of
16   my head be guessing.
17        Q     Okay.  But you do know that
18   Gucci uses a marine link, correct?
19        A     Yes.
20        Q     Now I'd like to show you some
21   items that are referred to by another brand
22   name.
23              MR. EDERER:  Let's mark for
24         identification as Deposition Exhibit
25         130 a three page document printed off
```

```
1                    ELENA CASTANEDA
2        the OverstockJeweler website.
3                (The above described document was
4        marked Plaintiffs' Exhibit 130 for
5        identification, as of this date.)
6            Q     Showing you what's been marked
7   as Exhibit 130, Ms. Castaneda, do you have
8   that in front of you?
9            A     I do.
10           Q     Do you recognize the item that
11  appears in that exhibit?
12           A     I do.
13           Q     Is that an item that is being
14  sold on your website today?
15           A     It is.
16           Q     Has it been sold on your
17  website for a period of time?
18           A     I don't know what period of
19  time, but probably.
20           Q     Okay.  This item is headed
21  "Bulgari B01 inspired sterling silver ring
22  with pave CZ diamonds."  Do you see that?
23           A     I do.
24           Q     What is the reference in here
25  to B01?
```

```
                    ELENA CASTANEDA
 1
 2       A      It's referring to a Bulgari
 3  design.
 4       Q      Do you know what Bulgari design
 5  in particular it refers to?
 6       A      One similar to this.
 7            MR. EDERER:  Well, why don't I
 8       mark for identification, because I may
 9       use this in the course of the
10       examination, a document that I believe
11       was attached to the Complaint in this
12       litigation?
13            Is that correct?  No, that's not
14       correct.
15            Why don't I do this.  I'll
16       represent for the record that I'm
17       marking for identification a chart that
18       we prepared which has an
19       OverstockJeweler item, and what we are
20       claiming is the infringed Bulgari item,
21       just for ease of reference, so I'll be
22       able to show this to the witness.
23            (The above described document was
24       marked Plaintiffs' Exhibit 131 for
25       identification, as of this date.)
```

```
 1                    ELENA CASTANEDA
 2         Q      Showing you what's been marked
 3   as Exhibit 131, I'll represent to you,
 4   Ms. Castaneda, that this is a chart that we
 5   put together, and it contains a photograph of
 6   an OverstockJeweler item as to which we have
 7   made a claim in this case and a photograph of
 8   a Bulgari item that is the subject of a
 9   Bulgari copyright registration that we claim
10   has been infringed by the Overstock item.
11                Do you understand that?
12         A      I do.
13         Q      Now, if you go to the second
14   page of this exhibit, you'll see on the
15   right-hand side in the middle a photograph of
16   the same item that we were just looking at in
17   Exhibit 130.  Do you see that?
18         A      I do.
19         Q      Then on the left of that you
20   see a Bulgari item that we claim has been
21   infringed.  Do you see that?
22         A      Um-hum.
23         Q      Is that the B01 Bulgari item
24   that you just referred to in your testimony?
25         A      Yes.
```

```
 1                    ELENA CASTANEDA
 2         Q      And prior to the time that you
 3   published Exhibit 130 on your website, were
 4   you familiar with the Bulgari B01 item?
 5         A      I've seen ads for it.
 6         Q      In what way is your item, the
 7   Bulgari B01 inspired ring, in what way has it
 8   been inspired by the Bulgari B01 piece?
 9         A      It's similar in shape.
10         Q      Anything else?
11         A      Really it's just similar,
12   similar shape.
13         Q      Are there any other design
14   elements besides shape that you can point to
15   that make it similar?
16         A      I mean, it's not the same
17   material, because it's gold and diamonds, but
18   shape.
19         Q      And based on the shape of your
20   item, that caused you to identify your item as
21   a B01 inspired ring, is that correct?
22         A      Um-hum.
23         Q      Now, if you look at the
24   description of your item that appears on the
25   second page of Exhibit 130, I'm referring to
```