UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| YURMAN STUDIO, INC. and YURMAN DESIGN, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> - against - <br><br> ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, <br><br> Defendants/Counter-Plaintiffs. | Civil Action No. 07-1241 (SAS)(HP) <br> (Action No. 1) |

------------------------------------------------------------ x
------------------------------------------------------------ x

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A., <br><br> Plaintiffs, <br><br> - against - <br><br> ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, <br><br> Defendants. | Civil Action No. 07-7862 (SAS)(HP) <br> (Action No. 2) |

------------------------------------------------------------ x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT A



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 02, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,372,423* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 26, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *November 26, 2005*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *CARTIER INTERNATIONAL N.V.*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

VIELKA BROWN
Certifying Officer

Int. Cl.: **14**

Prior U.S. Cl.: **28**

Reg. No. 1,372,423

## United States Patent and Trademark Office
Registered Nov. 26, 1985

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER, INCORPORATED (DELAWARE CORPORATION)
653 FIFTH AVENUE
NEW YORK, NY 10022

FOR: BRACELETS, IN CLASS 14 (U.S. CL. 28).
FIRST USE 5-0-1970; IN COMMERCE 5-0-1970.
OWNER OF U.S. REG. NO. 1,078,675.
THE MARK CONSISTS OF THE OVERALL CONFIGURATION OF A BRACELET HAVING A SERIES OF SIMULATED SCREWS WHICH ENCIRCLE THE GOODS AND TWO REAL SCREWS WHICH APPEAR AT THE POINTS ON THE BRACELET WHERE IT MAY BE OPENED.
SEC. 2(F).

SER. NO. 495,582, FILED 8-20-1984.

MARK TRAPHAGEN, EXAMINING ATTORNEY

# Overstock Jeweler

**HAPPY VALENTINE'S DAY**

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS. FREE GIFT BOX. FREE GIFT MESSAGE – 10% OFF ENTIRE STOCK. USE COUPON: VDAY**
*Offer expires Feb 14*

Home > Heart Shaped Jewelry in Sterling Silver, Gold Vermeil, Diamond CZs, Tiffany Knockoffs, Cheap Romantic Gift > Cartier-esque Inspired 14K Gold Love Screw Motif Bangle Bracelet

## Cartier-esque Inspired 14K Gold Love Screw Motif Bangle Bracelet



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | IND-BL505 |
| List Price: | $3,499.99 |
| Our Price: | $1,492.99 |

[Add to Shopping Bag]

**FREE GROUND SHIPPING:** On all USA Orders via ground
Intl. Shipping is $25. *more info*

OTHER VIEWS:



FREE GROUND SHIPPING on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

[Search]

800.586.0020
Mon-Fri 9am-6pm EST

Live Chat - Click Here

### VALENTINE FEATURED ITEMS
- Heart Shaped Jewelry
- Final Clearance Sale
- New Arrivals
- Best Sellers
- Judith Leiber Inspired Purse **NEW!**

### COLLECTIONS
- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

## Our Bestsellers


**SALE! Tiffany Inspired Sterling Silver Elsa Peretti Elongated Teardrop Earring**
$26.99

### Matching Items




**Cartier-esque Inspired Gold Vermeil Sterling Silver Screw Motif Love Ring**
$89.99


**Tiffany Inspired Bubble Diamond and 14K Gold Earrings**
$199.99


PLAINTIFF'S EXHIBIT 56
21810K Fh

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



We Ship Internationally
$25 Flat Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
★★★★★
based on reviews. more...

Free GROUND Shipping

---

Click to enlarge

Click to enlarge

 
Cartier-esque Inspired Diamond and 14K Yellow Gold Twist Half Hoop Earrings
$310.99

 
Tiffany Inspired Frank Gehry Polished Teardrop 14K Gold Ring
$255.99

Hermes or Cartier-esque Inspired Two Tone Sterling Silver Horseshoe Equestrian Moneyclip with Screw Motifs
$109.99

Click to enlarge

**DESCRIPTION:**

Absolutely breathtaking, this Cartier Screw Motif Inspired Bangle Bracelet is made of stunning 14K gold. This piece is adorned with a revolutionary screw design throughout its band with an actual screw clasp. Capable of fitting an 7.5"-8" wrist, this bangle combines significant weight with a comfortable wearing feel. You'll feel like the real thing in this Cartier replica bracelet, even if the bracelet itself isn't really a Cartier knockoff. A treat for lovers of modern jewelry design, this bangle bracelet makes an elegant and beautiful declaration of promises to the one you love.

| | |
|---|---|
| Measures: | 7.75" in length x 5mm in width |
| Weight: | 24 grams |
| Material: | 14KGold 14 K Gold |
| Category: | bangle bracelet, cartier inspired, women, gold, screw, circle |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

Just like to say that I was really impressed how easy it was to order jewelry & the delivery time. Someone had sent me an email to view some of the jewelry. Great job!

This Item Includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently Viewed Items

Copyright HMA

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| 1,372,423 | [bracelet design drawing] | [bracelet photo] IND-BL505 |