UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| YURMAN STUDIO, INC. and YURMAN DESIGN, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> - against - <br><br> ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, <br><br> Defendants/Counter-Plaintiffs. | Civil Action No. 07-1241 (SAS)(HP) <br> (Action No. 1) |

------------------------------------------------------------ x
------------------------------------------------------------ x

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A., <br><br> Plaintiffs, <br><br> - against - <br><br> ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, <br><br> Defendants. | Civil Action No. 07-7862 (SAS)(HP) <br> (Action No. 2) |

------------------------------------------------------------ x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT B



1702836

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 02, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,322,769 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *February 29, 2000*
SECTION 8 & 15
AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED
LESS GOODS
SAID RECORDS SHOW TITLE TO BE IN:
   *CARTIER INTERNATIONAL N.V.*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

MIELKA BROWN
Certifying Officer

Int. Cl.: 14
Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,322,769

United States Patent and Trademark Office    Registered Feb. 29, 2000
Amended    OG Date Jan. 28, 2003

## TRADEMARK
## PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETH-ERLD ANTILLES CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLD ANTILLES
 OWNER OF NETHERLANDS REG. NO. 589215, DATED 1-4-1996.
 THE LINING IN THE DRAWING IS FOR SHADING PURPOSES ONLY.
 THE MARK CONSISTS OF THE CONFIGURATION OF TWO CURVED AND ROUND EDGED TRACKS POSITIONED PARALLEL ON THE LATERAL SIDE OF A WATCH CASE. THE DOTTED LINE IS NOT PART OF THE MARK BUT IS INTENDED TO SHOW THE POSITION OF THE TRACKS.

 FOR: WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
 SER. NO. 75-319,619, FILED 7-7-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 28, 2003.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,322,769

**United States Patent and Trademark Office**  Registered Feb. 29, 2000

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHERLD ANTILLES CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLD ANTILLES

FOR: WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF NETHERLANDS REG. NO. 589215, DATED 1-4-1996, EXPIRES 1-4-2006.

THE LINING IN THE DRAWING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE CONFIGURATION OF A JEWELRY CLASP. THE DOTTED LINE IS NOT PART OF THE MARK BUT IS INTENDED TO SHOW THE POSITION OF THE CLASP.

SER. NO. 75-319,619, FILED 7-7-1997.

ANDREW A. ROPPEL, EXAMINING ATTORNEY

# Overstock Jeweler
## FATHER'S DAY SALE

FREE GROUND SHIPPING
on all USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   YOUR SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY, FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK, FREE GIFT BOX! ► USE COUPON CODE: FD20
Offer valid from May 27-Jun 15

800.586.0020
Mon–Fri 9am–6pm EST

Search

FEATURED

Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

Home » Designer Inspired Jewelry » Cartier Inspired Jewelry » Cartier-esque Inspired Timepiece Fine Stainless Steel Tank Watch

## Cartier-esque Inspired Timepiece Fine Stainless Steel Tank Watch



Availability: In Stock
Order Now & Ships: **Mon, Jun 2**
Item #: MK-GM27378429Z
Our Price: $149.99

 Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
US Ground Shipping is **$6.95**
Expedited Shipping Available
Intl. Shipping is **$25**. more info

OTHER VIEWS:


### Our Bestsellers

Tiffany Jewelry Inspired Large Eternal Circle Pendant with Black Silk Cord
$39.99

### Matching Items


Tiffany Style Inspired Sterling Silver Bar Earrings
$29.99

Copyright HMA

**Cufflinks**
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements
Skull Jewelry

**DEPARTMENTS**
Watches NEW
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

**SHOPPING SERVICES**
Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog



**SERVICE YOU CAN TRUST**
Risk Free 30 Day returns

Our Customers have ranked us
☆☆☆☆☆
based on services. more...



Gift box available at checkout

⊕ enlarge

**DESCRIPTION:**
This fine watch was inspired by Cartier design from Tank collection. Featuring a stainless steel timepiece with square shaped face and the band is finished with brushed matte touch. Although not 100 percent Cartier you still get 100 percent of the look and feel. The designer's original piece retails for thousands of dollars. Now you can get a luxurious designer replica watch that will not cost you a fortune. FREE ground shipping on this item.

| | |
|---|---|
| Measures: | Face of watch is 3cm W x 4cm H. Band width is 2cm. |
| Weight: | 90 grams |
| Material: | stainless steel |
| Category: | Cartier inspired stainless steel watch |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**This item includes:**
- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Gift box wrap may be ordered for an additional fee at checkout.



Tiffany Inspired 1837 Sterling Silver Square Stackable Bangle
$39.99

Tiffany Elsa Peretti Inspired Wave Three Row Sterling Silver Ring
$29.99

Tiffany Inspired Sterling Silver Diagonal Cuff
$49.99



Copyright HMA

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| 2,322,769 | | MK-GM273784292 |