UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

----------------------------------------------------------- x
----------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

----------------------------------------------------------- x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT C

1702836

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 02, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,436,100* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *March 20, 2001*
*SECTION 8 & 15*
*LESS GOODS*
SAID RECORDS SHOW TITLE TO BE IN:
  *CARTIER INTERNATIONAL N.V.*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

VIELKA BROWN
Certifying Officer

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,436,100
Registered Mar. 20, 2001

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHERLANDS CORPORATION)
HERENGRACHT 436 B.P.
AMSTERDAM, NETHERLANDS

FOR: CHRONOMETERS, WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 897004, FILED 7-7-1997, REG. NO. 897004, DATED 7-7-1997, EXPIRES 7-7-2007.

THE MARK CONSISTS OF TWO SETS OF EQUIDISTANT PERPENDICULAR LINES WHICH FORM A TIC TAC TOE PATTERN AND THIS THREE-DIMENSIONAL GRILLE PATTERN OVERLAYS THE FACE OF A WATCH TO THE EDGES OF THE BEZEL OF THE WATCH.

SEC. 2(F).

SER. NO. 75-405,591, FILED 12-15-1997.

RADHIKA RAJU, EXAMINING ATTORNEY



# Overstock Jeweler

**HAPPY VALENTINE'S DAY**

| HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY |

ORDERS USUALLY SHIP SAME BUSINESS DAY, FREE GROUND SHIPPING ON ALL USA ORDERS

FREE GIFT BOX, FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK, USE COUPON: VDAY

Home > Necklaces and Pendants: Sterling Silver, Cubic Zirconium, 14k Gold, Lariats, Fleur-de-lis, South Sea Shell Pearls > Cartier-esque Inspired Pasha Quilted Turquoise Sterling Silver Circle Pendant

### Cartier-esque Inspired Pasha Quilted Turquoise Sterling Silver Circle Pendant





| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | SF-91663201 |
| List Price: | $119.99 |
| **Our Price:** | **$49.99** |

Choose length of chain: 16 inch ▼

Necklace Sizing Chart

add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:



SAVE 10% TODAY
Click for detail special

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

**Our Bestsellers**

Cartier-esque Inspired Jewelry Stainless Steel Screw Motif Love Ring
$29.99

**Matching Items**

Cartier-esque Inspired Pasha Round Onyx Quilted CZ Ring
$46.99

Designer Inspired Sterling Silver Turquoise Rectangular Serpentined Earrings
$38.99

---

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

800.586.0020
Mon-Fri 9am-6pm EST


Live Chat - Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

PLAINTIFF'S EXHIBIT

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry


We Ship Internationally
$25 Flat Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML   Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
⭐⭐⭐⭐
based on reviews. more...

Free GROUND Shipping

---




Click to enlarge


Cartier-esque Inspired Pasha Round Mother of Pearl Quilted Pave Earrings
$34.99


Chopard Inspired Sterling Silver Happy Diamond CZ Pave Round Disc Ring
$54.99


Cartier-esque Inspired Screw Motif Love Collection Octagonal Stainless Steel Watch
$69.99

**DESCRIPTION:**

This Cartier-esque Inspired Pasha Collection pendant is set in .925 Sterling Silver. Backed by a genuine turquoise stone, this pendant has a simple yet stylish look. Perfect for either classy or trendy outfits. Not an identical Cartier reproduction, this Pasha styled pendant is strikingly similar to the real thing. This stunning pendant features quilted detailing. Comes with a 16" or 18" sterling silver chain.

| | |
|---|---|
| Measures: | 1" in diameter |
| Weight: | 6 grams |
| Material: | .925 Sterling Silver Turquoise |
| Category: | pendant cartier inspired turquoise sterling silver circle women |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

Just like to say that I was really impressed how easy it was to order jewelry & the delivery time. Someone had sent me an email to view some of the jewelry. Great Job!

**This Item Includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently Viewed Items**









Copyright HMA 

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

# Overstock Jeweler

HAPPY VALENTINE'S DAY

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Designer Inspired Jewelry > Cartier-esque Inspired Pasha Round Onyx Quilted CZ Ring

## Cartier-esque Inspired Pasha Round Onyx Quilted CZ Ring

Search

**800.586.0020**
Mon-Fri 9am-6pm EST

Live Chat - Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | PK-0819 |
| List Price: | $199.99 |
| **Our Price:** | **$64.99** |

Choose Size: 6

Ring Sizing Chart

Add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:

Our Bestsellers

Designer Inspired Diamond CZ Encrusted Sterling Silver Hoop Earrings
$49.99

Matching Items

Van Cleef and Arpels Inspired Sterling Silver Butterfly Pendant With Black Silk Cord
$39.99

Cartier-esque Inspired Pasha Round Mother of Pearl Quilted Pave Earrings
$34.99

PLAINTIFF'S EXHIBIT 77

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry


We Ship Internationally
$25 Flat Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆☆
based on reviews.. more...

Free GROUND Shipping



Click to enlarge

**DESCRIPTION:**

This Cartier-esque Inspired Pasha Collection ring is set in white gold plating with quilted CZ and black onyx detailing. It is also rhodium plated to add a beautiful long lasting shine and to avoid tarnishing! You'll feel like the real thing in this Cartier inspired earrings, even if the ring isn't really Cartier. Perfect piece to complement your little black dress!

| | |
|---|---|
| Measures: | 7/8" in diameter, 1/4" in depth HxWxD |
| Weight: | 8 grams |
| Material: | White gold plated alloy CZ Cubic Zirconia onyx |
| Category: | silver ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

I was very happy with my experience with Overstock Jewelry. I called to speak to someone at customer service. After two rings someone picked up. A human not a computer! She knew about the item I was inquiring about within seconds of me mentioning the item. The shipping was super super fast! The quality of the merchandise was very good and price was very fair. The item I received was almost like the picture on the site but better. They even send me a coupon for my next purchase! I will be shopping at Overstock again. Why pay high prices when you can pay a fraction of the cost for great replica merchandise. Thanks Overstock- Kaye S

This item includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items



Designer Inspired Stainless Steel Black Enamel Quilted Cufflinks
$54.99



Cartier-esque Inspired Jewelry Diamond CZ Maillon Bracelet
$89.99



Designer Inspired Diamond CZ Pave Pearl Bumble Bee Pin Brooch
$44.99







Copyright HMA

Cartier-esque Jewelry Inspired Pasha Quilted Open Circle Sterling Silver Pendant          Page 1 of 2



# Overstock Jeweler

FREE GROUND SHIPPING
WE SHIP INTERNATIONALLY
See shipping policy

**HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY    S**

800.586.0020
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON

Designer Inspired Jewelry > Cartier-esque Jewelry Inspired Pasha Quilted Open Circle Sterling Silver Penda

### FEATURED ITEMS
- New Arrivals
- Best Sellers
- Turquoise Jewelry
- Judith Leiber Inspired Bags NEW!

### COLLECTIONS
- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

### DEPARTMENTS
- Watches
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale

### MATERIALS
- Sterling Silver & CZ

Cartier-esque Jewelry Inspired Pasha Quilted Open Circle Sterling Silver Pendant

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Wed, Jul 25 |
| Item #: | PK-5778 |
| List Price: | $99.99 |
| Our Price: | $34.99 |

Choose chain length: 16 inch

Necklace Sizing Chart

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

OTHER VIEWS:

Click to enlarge        Click to enlarge

**DESCRIPTION:**
This Cartier-esque Replica Pasha Collection pendant is set in .925 Sterling Silver. Simple yet elegant design, this pendant features the stunning quilted detailing set in a perfect little circle. Perfect to wear with any seasonal style. Comes with a 16" or 18" sterling silver chain!

| | |
|---|---|
| Measures: | Pendant measures 1" in diameter |
| Weight: | 4 grams |
| Material: | .925 Sterling Silver |
| Category: | pendant cartier esque silver circle |

All measurements are approximate. Designer mentioned does not make this item. Please read our

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| 2,436,100 | [grid design] | SF-91663201 <br> PK-0819 <br> PK-5778 |