UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

      Plaintiffs/Counter-Defendants,

  - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

      Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

-------------------------------------------------------------- x
-------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

      Plaintiffs,

  - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

      Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

-------------------------------------------------------------- x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT D



1702836

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 02, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,162,410* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *October 24, 2006*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

VIELKA BROWN
Certifying Officer

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 3,162,410**

## United States Patent and Trademark Office

Registered Oct. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL N.V. (NETHERLD
   ANTILLES LTD LIAB CO)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

   FOR: JEWELRY, NAMELY, BRACELETS,
WATCHES, RINGS, CHARMS, EARRINGS, DOG
TAG TYPE PENDANTS; CUFF LINKS; BELT BUCK-
LES MADE OF PRECIOUS METAL , IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

   FIRST USE 12-31-1970; IN COMMERCE 12-31-1970.

THE MARK CONSISTS OF A CONFIGURATION
OF A SIMULATED HEAD OF A SCREW THAT IS
EMBEDDED IN THE GOODS.

SEC. 2(F).

SER. NO. 78-759,047, FILED 11-22-2005.

NORA BUCHANAN WILL, EXAMINING ATTOR-
NEY

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

# Overstock Jeweler
### HAPPY VALENTINE'S DAY

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY
offer expires Feb 14!

Designer Inspired Jewelry > Cartier-esque Inspired Gold Vermeil Sterling Silver Screw Motif Love Ring

## Cartier- esque Inspired Gold Vermeil Sterling Silver Screw Motif Love Ring

800.586.0020
Mon-Fri 9am-5pm EST



Live Chat
Click Here

VALENTINE FEATURED ITEMS
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

Availability:    In Stock

Order Now &
Ships:    Thurs, Feb 7

Item #:    PK-item774

List Price:    $79.99

Our Price:    $33.99

Choose size:  6

Bag Sizing Chart

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground

Intl. Shipping is $25. more info

OTHER VIEWS:

Our Bestsellers

Tiffany -esque Style
Diamond CZ Horseshoe
Pendant Necklace
$34.99

Matching Items

Tiffany Inspired Round Cut
Gold Vermeil Diamond CZ
with Four Prong Settings
Tennis Bracelet
$44.99

David Yurman Albion
Inspired Square Carved
Cable Gold Vermeil CZ
Omega Clip Earrings
$55.99

PLAINTIFF'S EXHIBIT

Copyright HMA

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| 3,162,410 | | IND-BL505 |
| | | BS-CSRG203 |
| | | scrwtag-88228822 |

**The Cartier Design Marks & The Overstock Jeweler Infringing Products**

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | SF-273870925 |
| | | PK-item774 |
| | | G-STR0097V4-C01 |

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | PK-74398473 |
| | | SM-74117551 |
| | | PK-BCTRL3 |

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | PK-BCTRL2 |
| | | PK-CR627 |
| | | G-STRaewitem751 |

**The Cartier Design Marks & The Overstock Jeweler Infringing Products**

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | SLGX-2422 |
| | | WH-4315 |
| | | CA-3883 |

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | 925-D-1543 |
| | | PK-CFCRT |
| | | JC-20K5035 |

**The Cartier Design Marks & The Overstock Jeweler Infringing Products**

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | |  PK-9842 <br><br> SSTR-5341 |