UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| YURMAN STUDIO, INC. and YURMAN DESIGN, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> - against - <br><br> ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, <br><br> Defendants/Counter-Plaintiffs. | Civil Action No. 07-1241 (SAS)(HP) <br> (Action No. 1) |

------------------------------------------------------------- x
------------------------------------------------------------- x

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A., <br><br> Plaintiffs, <br><br> - against - <br><br> ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, <br><br> Defendants. | Civil Action No. 07-7862 (SAS)(HP) <br> (Action No. 2) |

------------------------------------------------------------- x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT E



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 02, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,282,847 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 21, 2007*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

VIELKA BROWN
Certifying Officer

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,282,847**
Registered Aug. 21, 2007

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL N.V. (NETHERLD ANTILLES COMPANY)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: HOROLOGIC AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-15-1996; IN COMMERCE 6-15-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE NUMBERS 1-12 OR THE WATCH HANDS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CONFIGURATION OF A WATCH CASE WITH A SQUARE FACE, THE CASE FRAMING THE WATCH CONSISTS OF THIN HORIZONTAL BRANCARDS AND THICK CONCAVE VERTICAL BRANCARDS, BOTH FORMED OF THE CASE METAL AT EACH CORNER THE VERTICAL BRANCARDS ARE ELONGATED BEYOND THE BOTTOM AND TOP OF THE WATCH CASE, AND END IN INWARDLY ANGLED CORNERS; THE VERTICAL BRANCARDS ARE BEVELED TO SLOPE DOWNWARD LATERALLY FROM THE INSIDE TO THE OUTSIDE (THEY ARE SOMETIMES DECORATED WITH JEWELS); THE ELONGATED BRANCARD CORNERS FRAME THE END LINKS IN THE BRACELET CHAIN OR THE END OF THE WATCH STRAP; ART DECO ROMAN NUMERALS INCLINE CONFORM TO THE ANGLE DIRECTION OF THE WATCH HANDS AT SUCH TIME AS THE HANDS ARE JUXTAPOSED TO THAT NUMERAL; AN OCTAGONAL WINDING CROWN WITH CABOCHON; AND A CHAPTER RING/MINUTE GUIDE ON THE WATCH FACE LOCATED BETWEEN THE CENTER OF THE DIAL AND THE NUMERALS.

SEC. 2(F).

SER. NO. 78-853,203, FILED 4-4-2006.

ERNEST SHOSHO, EXAMINING ATTORNEY

# Overstock Jeweler
## HAPPY VALENTINE'S DAY

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | MATCHES | GIFT REGISTRY

Search

800.586.0020
Mon-Fri 9am-6pm EST

Live Chat – Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Money Back Guarantee

SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE – 10% OFF ENTIRE STOCK. USE COUPON: VDAY
offer expires Feb 14

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Inspired Jewelry > Cartier-esque Inspired Timepiece Ladies Classic Tank Fashion Watch

Cartier-esque Inspired Timepiece Ladies Classic Tank Fashion Watch



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | BRT-WCRTT2 |
| List Price: | $149.99 |
| Our Price: | $49.99 |

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders via ground
Int. Shipping is $25. more info

OTHER VIEWS


**Our Bestsellers**

David Yurman Albion Inspired Cushion Cut Diamond CZ Earrings
MORE COLORS!
$44.99

**Matching Items**

Tiffany Style Inspired Sterling Silver Numerical Atlas Band Ring
$44.99

Tiffany Inspired Atlas Sterling Silver Dog Tag Pendant
$54.99

PLAINTIFF'S EXHIBIT
nibbles

Copyright HMA

Skull Jewelry

### DEPARTMENTS

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

### MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

We Ship Internationally
$25 Flat Rate

### SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML

Check us out on myspace.com

SERVICE YOU CAN TRUST

Risk Free 30 Day returns

Yahoo has ranked us
⭐⭐⭐
based on reviews. more...

Free GROUND Shipping



Click to enlarge



Designer-esque Inspired 925 Sterling Silver Asscher Cut Diamond CZ Stud Earrings
$29.99

Tiffany-esque Style Sterling Silver Wire Bracelet
$70.99



Fred Leighton Inspired Sterling Silver Diamond CZ Pave Bridal Wedding Pin
$59.99

### DESCRIPTION:

This Cartier-esque Inspired Ladies Watch is made of stainless steel back. In an homage to the designer's famed Tank Collection, the band's sleek links are finished in a high polished touch to accent the square-shaped watch face's classic look and Roman numeral dial. This item has significant weight and will fit up to a 9 inch wrist. Different from a Cartier-esque look a like, this sophisticated timepiece is made with the highest quality materials. The magnificent craftsmanship and elegant design of this piece are sure to make counting down the minutes look a lot more fashionable.

| | |
|---|---|
| Measures: | 9" in length x 1.25" in watch face width |
| Weight: | 74 grams |
| Material: | Stainless Steel, brass |
| Category: | watches cartier-esque women stainless steel square |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

Earrings are beautiful! Looks to be much more expensive than what I paid. I received items very quickly. Will be shopping more on this web site!

This Item Includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items

Copyright HMA

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| 3,282,847 | | BRT-WCRTT2 |