UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
YURMAN STUDIO, INC. and YURMAN    : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                     : (Action No. 1)
:
       Plaintiffs/Counter-Defendants, :
:
       - against -                 :
:
ELENA CASTANEDA and EJEWELER LLC  :
d/b/a OVERSTOCKJEWELER.COM,       :
:
       Defendants/Counter-Plaintiffs. :
:
------------------------------------------------------------ x
------------------------------------------------------------ x
:
CARTIER, a division of RICHEMONT NORTH :
AMERICA, INC., CARTIER INTERNATIONAL, : Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF &  :
ARPELS, INC., VAN CLEEF & ARPELS  :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A.,               :
:
       Plaintiffs,                  :
:
       - against -                 :
:
ELENA CASTANEDA and EJEWELER LLC  :
d/b/a OVERSTOCKJEWELER.COM,       :
:
       Defendants.                  :
:
------------------------------------------------------------ x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT G



# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 30, 2008

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *79/037,955*
FILING DATE: *June 30, 2006*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

VIELKA BROWN
Certifying Officer

# REQUEST FOR EXTENSION OF PROTECTION

SERIAL NUMBER: 79037955

FILING DATE: 06/30/2006

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK SECTION | |
| IMAGE | \\TICRS2\EXPORT13\790\379\79037955\xml1\APP0002.JPG |
| COLLECTIVE, CERTIFICATE OR GUARANTEE MARK | NO |
| MARK IN STANDARD CHARACTERS | NO |
| MARK IN COLOR | NO |
| THREE DIMENSIONAL MARK | NO |
| SOUND MARK | NO |
| TM IMAGE: COLOR | Grey Scale |
| IMAGE FILE NAME | \\TICRS2\EXPORT13\790\379\79037955\xml1\APP0002.JPG |
| TYPE (IMAGE TYPE) | JPG |
| HOLDER DETAILS | |
| CLIENT IDENTIFIER | 601118 |
| NOTIFICATION LANGUAGE | ENGLISH |
| NAME | Cartier International N.V., |
| | a holding and trading company |
| | organized and existing under the |
| | laws of the Netherlands Antilles |
| ADDRESS | Scharlooweg 33 |
| | Curaçao |
| COUNTRY | Netherlands Antilles |
| ENTITLEMENT NATIONALITY OF APPLICANT/TRANSFEREE/HOLDER | Netherlands Antilles |
| LEGAL NATURE | A Limited Liability Company |
| LEGAL NATURE: PLACE INCORPORATED | Netherlands Antilles |
| CORRESPONDENCE INDICATOR | YES |
| BASIC GOODS AND SERVICES | |
| VERSION OF NICE CLASSIFICATION USED | 8 |
| NICE CLASSIFICATION | 03 |
| GOODS AND SERVICES | Soaps; perfumery, essential oils, cosmetics, hair lotions. |
| NICE CLASSIFICATION | 09 |
| GOODS AND SERVICES | Eyeglasses, sunglasses, eyeglass frames and cases, magnifying glasses. |

Copy provided by USPTO from the TICRS Image Database on 05/30/2008

| | |
|---|---|
| NICE CLASSIFICATION | 14 |
| GOODS AND SERVICES | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metal for watches and jewellery. |
| NICE CLASSIFICATION | 16 |
| GOODS AND SERVICES | Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerballs, document markers, writing brushes; sealing waxes; pouches, cases and boxes for writing instruments; inks and refills; note paper, writing paper, note pads, memo pads; name cards, envelopes, diaries; calendars; paperweights, erasers, pencil sharpeners, paper knives, pen and pencil holders; paintings, engravings. |
| NICE CLASSIFICATION | 18 |
| GOODS AND SERVICES | Leatherware, namely briefcases, traveling sets (leatherware), vanity cases (not fitted), key cases (leatherware), goods made of leather and imitations of leather (not included in other classes), namely attaché-cases, wallets, handbags, backpacks, travelling bags, wheeled bags, trunks, suitcases, purses (not of precious metal), card cases, pouches; bands of leather, umbrellas, parasols, walking sticks, whips and saddlery. |
| NICE CLASSIFICATION | 25 |
| GOODS AND SERVICES | Clothing, footwear, headgears; belts, scarves, ties. |
| NICE CLASSIFICATION | 34 |
| GOODS AND SERVICES | Tobacco, cigarettes, cigarillos, cigars; cigarette lighters, smokers' articles. |
| PARIS PRIORITY DETAILS | |
| PARIS PRIORITY CODE: | Netherlands Antilles |
| PARIS PRIORITY APPLICATION NUMBER | D-600025 |
| PARIS PRIORITY APPLICATION DATE | 01/13/2006 |
| BASE REGISTRATION DETAILS | |
| BASE REGISTRATION NUMBER | 11851 |
| BASE REGISTRATION DATE | 01/13/2006 |
| REPRESENTATIVE DETAILS | |
| CLIENT IDENTIFIER | 610290 |
| NAME | Richemont Intellectual Property Services |
| ADDRESS | 50, chemin de la Chênaie |
| | CH-1293 Bellevue |
| COUNTRY | Switzerland |
| INTENT TO USE GROUP | |
| CONTRACTING PARTY CODE | United States of America |
| DESIGNATIONS | |
| DESIGNATIONS UNDER THE PROTOCOL | United States of America |
| INTERNATIONAL REGISTRATION DETAILS | |
| INTERNATIONAL REGISTRATION NUMBER | 0922734 |
| INTERNATIONAL REGISTRATION DATE OF MARK | 06/30/2006 |
| INTERNATIONAL REGISTRATION EXPIRY DATE | 06/30/2016 |
| EFFECTIVE DATE OF MODIFICATION | 06/30/2006 |
| NOTIFICATION DATE | 06/07/2007 |

Copy provided by USPTO from the TICRS Image Database on 05/30/2008

| DATE OF RECORDAL IN INTERNATIONAL REGISTER | 05/25/2007 |
|---|---|
| IB DOCUMENT ID | 348115701 |
| OFFICE OF ORIGIN CODE | Netherlands Antilles |
| OFFICE REFERENCE | 79037955 |
| TRANSACTION TYPE VALUES | Initial Designation |
| ORIGINAL LANGUAGE | ENGLISH |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DURATION OF MARK (YEARS) | 10 |
| VIENNA CLASSIFICATION VERSION USED | 5 |
| VIENNA CLASS | 2505 |
| VIENNA CLASS | 2601 |

Copy provided by USPTO from the TICRS Image Database on 05/30/2008



Copy provided by USPTO from the TICRS Image Database on 05/30/2008

## The Cartier Design Marks & The Overstock Jeweler Infringing Products

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| 79037955 (Serial No.) | [Cartier screw-motif trademark image] | [Bracelet image] IND-BL505 |
| | | [Ring image] BS-CSRG203 |
| | | [Bracelet image] SF-273870925 |

**The Cartier Design Marks & The Overstock Jeweler Infringing Products**

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | PK-item774 |
| | | G-STR0097V4-C01 |
| | | PK-74398473 |

**The Cartier Design Marks & The Overstock Jeweler Infringing Products**

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | SM-74117551 |
| | | PK-BCTRL2 |
| | | PK-CR627 |

**The Cartier Design Marks & The Overstock Jeweler Infringing Products**

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | G-STRnewitem751 |
| | | SLGX-2422 |
| | | 925-D-1543 |

**The Cartier Design Marks & The Overstock Jeweler Infringing Products**

| U.S. Trademark Reg. No. | Cartier Trademark | Overstockjeweler.com Item & Item No. |
|---|---|---|
| | | SSTR-5341 |
| | | PK-9842 |