UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
YURMAN STUDIO, INC. and YURMAN           : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                            : (Action No. 1)
                                         :
        Plaintiffs/Counter-Defendants,   :
                                         :
    - against -                         :
                                         :
ELENA CASTANEDA and EJEWELER LLC         :
d/b/a OVERSTOCKJEWELER.COM,              :
                                         :
        Defendants/Counter-Plaintiffs.   :
                                         :
------------------------------------------------------------ x
------------------------------------------------------------ x
                                         :
CARTIER, a division of RICHEMONT NORTH   :
AMERICA, INC., CARTIER INTERNATIONAL,    : Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN : (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF &         :
ARPELS, INC., VAN CLEEF & ARPELS         :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A.,                      :
                                         :
        Plaintiffs,                      :
                                         :
    - against -                         :
                                         :
ELENA CASTANEDA and EJEWELER LLC         :
d/b/a OVERSTOCKJEWELER.COM,              :
                                         :
        Defendants.                      :
                                         :
------------------------------------------------------------ x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# EXHIBIT H



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 04, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D388,332*
ISSUE DATE: *December 30, 1997*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

N. WILLIAMS
Certifying Officer



US00D388332S

## United States Patent [19]
### Perrin et al.

[11] Patent Number: **Des. 388,332**
[45] Date of Patent: ∗∗ **Dec. 30, 1997**

[54] **COMBINED WATCH AND BRACELET**

[75] Inventors: **Alain-Dominique Perrin**, Rueil Malmaison; **Jacques Diltoer**, Villeneuve-la-Garenne, both of France

[73] Assignee: **Cartier Int'l B.V.**, Amsterdam-C, Netherlands

[∗∗] Term: 14 Years

[21] Appl. No.: 50,721

[22] Filed: **Jan. 3, 1996**

[30] **Foreign Application Priority Data**

Jul. 4, 1995 [FR] France ................. 953689

[51] LOC (6) Cl. ............................ 10-02
[52] U.S. Cl. ............................ D10/32; D10/39
[58] Field of Search .............. D10/1–40, 122–132; 368/276–277, 280–282, 285; D11/3–4, 12, 14, 19–25; 63/1.1, 3, 5.1, 11

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| D. 246,575 | 12/1977 | Onodera | D10/30 |
| D. 277,649 | 2/1985 | Glauser | D10/32 |
| D. 294,916 | 3/1988 | Kabaya | D10/30 |
| D. 295,264 | 4/1988 | Takeichi | D10/30 |
| D. 365,994 | 1/1996 | Brennan | D10/32 |

**OTHER PUBLICATIONS**

*European Jeweler.* Feb. 1984 p. 203–Watch.
*Jeweler's Circular. Keystone*–Feb. 1984 p. 83–Watch.
*Jeweler's Circular Keystone*–May 1986 p. 68–Watch at top.
*Jeweler's Circular Keystone*–1986 p. 202–Watches at center.

*Primary Examiner*—Nelson C. Holtje
*Attorney, Agent, or Firm*—Cushman Darby & Cushman Intellectual Property Group of Pillsbury Madison & Sutro LLP

[57] **CLAIM**

The ornamental design for a combined watch and bracelet, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevational view of a combined watch and bracelet showing our new design;
FIG. 2 is a rear elevational view thereof;
FIG. 3 is a right side elevational view thereof, the left side being a mirror image thereof;
FIG. 4 is a bottom plan view thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is a perspective view thereof from the front, top and right side.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**  Dec. 30, 1997  Sheet 1 of 2  **Des. 388,332**



FIG.1   FIG.2



FIG.3



FIG.4



FIG.5

Copy provided by USPTO from the PIRS Image Database on 06/02/2008

**U.S. Patent**  Dec. 30, 1997  Sheet 2 of 2  **Des. 388,332**



FIG.6

Copy provided by USPTO from the PIRS Image Database on 06/02/2008

# Overstock Jeweler

## HAPPY VALENTINE'S DAY

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS. FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Inspired Jewelry > Cartier-esque Inspired Timepiece Ladies Classic Tank Fashion Watch

### Cartier-esque Inspired Timepiece Ladies Classic Tank Fashion Watch

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | BRT-WCRT72 |
| List Price: | $149.99 |
| Our Price: | $49.99 |

Add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders via ground
Intl. Shipping is $25. more info

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

800.586.0020
Mon-Fri 9am-5pm EST



Live Chat - Click Here

### VALENTINE FEATURED ITEMS
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

OTHER VIEWS:

### Our Bestsellers




**David Yurman Albion Inspired Cushion Cut Diamond CZ Earrings**
MORE COLORS!
$44.99

### Matching Items



**Tiffany Style Inspired Sterling Silver Numerical Atlas Band Ring**
$44.99

**Tiffany Inspired Atlas Sterling Silver Dog Tag Pendant**
$84.99

PLAINTIFF'S EXHIBIT 79 2/6/08 ED

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry


We Ship Internationally
$25 Flat Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
based on reviews. more...

Free GROUND Shipping


Click to enlarge


Click to enlarge

### DESCRIPTION:

This Cartier-esque Inspired Ladies Watch is made of stainless steel back. In an homage to the designer's famed Tank Collection, the band's sleek links are finished in a high polished touch to accent the square-shaped watch face's classic look and Roman numeral dial. This item has significant weight and will fit up to a 9 inch wrist. Different from a Cartier-esque look a like, this sophisticated timepiece is made with the highest quality materials. The magnificent craftsmanship and elegant design of this piece are sure to make counting down the minutes look a lot more fashionable.

Measures:   9" in length x 1.25" in watch face width
Weight:     74 grams
Material:   Stainless Steel, brass
Category:   watches cartier-esque women stainless steel square

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

Earrings are beautiful! Looks to be much more expensive than what I paid. I received items very quickly. Will be shopping more on this web site!

This Item Includes:
- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items


Designer-esque Inspired .925 Sterling Silver Asscher Cut Diamond CZ Stud Earrings
$23.99


Tiffany-esque Style Sterling Silver Wire Bracelet
$72.99

Fred Leighton Inspired Sterling Silver Diamond CZ Pave Bridal Wedding Pin
$59.99

Copyright HMA

Case 1:07-cv-07862-SAS    Document 22-9    Filed 06/13/2008    Page 8 of 8

**The Cartier Design Patents & The Overstock Jeweler Infringing Products**

| U.S. Patent No. | Claim | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|---|
| D388,332 | The ornamental design for a combined watch and bracelet, as shown. | | BRT-WCRTT2 |