UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
YURMAN STUDIO, INC. and YURMAN         :   Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC.,                          :   (Action No. 1)
                                       :
       Plaintiffs/Counter-Defendants,  :
                                       :
    - against -                       :
                                       :
ELENA CASTANEDA and EJEWELER LLC       :
d/b/a OVERSTOCKJEWELER.COM,            :
                                       :
       Defendants/Counter-Plaintiffs.  :
                                       :
------------------------------------------------------------- x
------------------------------------------------------------- x
                                       :
CARTIER, a division of RICHEMONT NORTH :
AMERICA, INC., CARTIER INTERNATIONAL,  :   Civil Action No. 07-7862 (SAS)(HP)
N.V., CARTIER CREATION STUDIO, S.A., VAN :  (Action No. 2)
CLEEF & ARPELS S.A., VAN CLEEF &       :
ARPELS, INC., VAN CLEEF & ARPELS       :
DISTRIBUTION, INC., GUCCI AMERICA, INC.,:
and BULGARI S.p.A.,                    :
                                       :
       Plaintiffs,                     :
                                       :
    - against -                       :
                                       :
ELENA CASTANEDA and EJEWELER LLC       :
d/b/a OVERSTOCKJEWELER.COM,            :
                                       :
       Defendants.                     :
                                       :
------------------------------------------------------------- x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT I



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 04, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D424,967*
ISSUE DATE: *May 16, 2000*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



US00D424967S

# United States Patent [19]
## Perrin et al.

[11] Patent Number: **Des. 424,967**
[45] Date of Patent: ** **May 16, 2000**

[54] **RING**

[75] Inventors: **Alain-Dominique Perrin**, London, United Kingdom; **Anne Cabarbaye**, Fontenay-Sous-Bois, France

[73] Assignee: **Cartier International, B.V.**, Amsterdam, Netherlands

[**] Term: **14 Years**

[21] Appl. No.: **29/103,087**

[22] Filed: **Apr. 8, 1999**

[30] Foreign Application Priority Data

Nov. 6, 1998 [FR] France ...................... 98 6432

[51] LOC (7) Cl. .......................................... **11-01**
[52] U.S. Cl. ............................................. **D11/28**
[58] Field of Search ........................... D11/1–5, 26–39; 63/15, 15.1, 15.2, 15.3, 15.4, 15.7, 15.5

[56] **References Cited**

U.S. PATENT DOCUMENTS

D. 53,040   3/1919   Kropé ........................... 63/15
D. 392,585  3/1998   Kohl ............................ D11/26
1,972,128   9/1934   Bobbroff ....................... 63/15
3,606,766   9/1971   Hill ............................ 63/15

OTHER PUBLICATIONS

Goldschmiede –Zeitung May 1968 p. 563 Item upper right side of page.

*Primary Examiner*—Ralf Seifert
*Attorney, Agent, or Firm*—Pillsbury Madison & Sutro LLP

[57] **CLAIM**

The ornamental design for a ring, as shown and described.

**DESCRIPTION**

FIG. 1 is a top view of the ring showing my new design,
FIG. 2 is a bottom view of the ring thereof,
FIG. 3 is a perspective view thereof,
FIG. 4 is a front elevational view thereof,
FIG. 5 is a left elevational view thereof,
FIG. 6 is a right elevational view thereof; and,
FIG. 7 is a rear elevational view thereof.

**1 Claim, 1 Drawing Sheet**



Copy provided by USPTO from the PIRS Image Database on 06/02/2008

**U.S. Patent**   May 16, 2000   **Des. 424,967**



FIG.4



FIG.1



FIG.5



FIG.2



FIG.6



FIG.7



FIG.3

Copy provided by USPTO from the PIRS Image Database on 06/02/2008

# Overst ck Jeweler

## HAPPY VALENTINE'S DAY

EARRINGS  BRACELETS  RINGS  WATCHES  GIFT BOXES

ORDERS USUALLY SHIP SAME BUSINESS DAY, FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX, FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK, USE COUPON: VDAY

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Inspired Jewelry > Cartier-esque Inspired Gold Vermeil/ Diamond CZ/ Sterling Silver Eternal Trinity Triple Band Ring

Cartier-esque Inspired Gold Vermeil/ Diamond CZ/ Sterling Silver Eternal Trinity Triple Band Ring

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SIGN IN OR REGISTER

Search

800.586.0020
Mon-Fri 9am-5pm EST

Live Chat Click Here

VALENTINE FEATURED ITEMS

Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

SAVE 10% TODAY
Click for coupon specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

Availability: In Stock
Order Now & Ships: Thurs. Feb 7
Item #: PK-273786596
List Price: $159.99
Our Price: $54.99
Choose ring size: 5
Ring Sizing Chart

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Int. Shipping is $25. more info

OTHER VIEWS:



Our Bestsellers

Cartier-esque Inspired Jewelry Sterling Silver Trinity Triple Band Ring
$9.99

Matching Items

Tiffany Inspired 14K Gold Vermeil Diamond CZ Pave Heart Collection Pendant Necklace
$39.99

Tiffany Inspired Round Cut Gold Vermeil Diamond CZ with Four Prong Settings Tennis Bracelet
$54.99

PLAINTIFF'S EXHIBIT

Skull Jewelry

**DEPARTMENTS:**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
☆☆☆
based on reviews. more...

Free GROUND Shipping

 Tiffany Style Diamond Cubic Zirconia Stud Earrings Gold Vermeil MORE SIZES!
$8.99

 David Yurman Style Inspired Gold Vermeil and Silver Ellipse Earrings
$30.99

 Cartier-esque Inspired Timepiece Lanieres Fashion Watch
$44.99

Click to enlarge

Click to enlarge

**DESCRIPTION:**

This Cartier inspired ring is made of .925 sterling silver and features two gold vermeil bands that interlock with a pave Diamond CZ band. Made in the rolling ring design, this ring is designed to allow the pave cubic zirconia band to be seen among the solid bands. Rhodium-plated to resist tarnish and emphasize the look of platinum, this piece is made with quality materials at a fraction of the cost. Different from a Cartier look a like, it is strikingly similar to the real thing.

**Measures:** 1.5" H x W x D
**Weight:** 6 grams
**Material:** .925 Sterling Silver 14K Gold Vermeil Diamond CZ
**Category:** gold vermeil, sterling silver, diamond cubic zirconia, twist, cartier inspired, everyday ring, pave, women

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

I was very happy with my experience with Overstock Jewelry. I called to speak to someone at customer service. After two rings someone picked up. A human not a computer! She knew about the item I was inquiring about within seconds of me mentioning the item. The shipping was super super fast! The quality of the merchandise was very good and price was very fair. The item I received was almost like the picture on the site but better. They even send me a coupon for my next purchase! I will be shopping at Overstock again. Why pay high prices when you can pay a fraction of the cost for great replica merchandise. Thanks Overstock - Kaye S

This item includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items

Copyright HMA

# Overstock Jeweler

### HAPPY VALENTINE'S DAY

EARRINGS  BRACELETS  RINGS  WATCHES  GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS. FREE GIFT BOX. FREE GIFT MESSAGE. 10% OFF ENTIRE STOCK, USE COUPON: VDAY

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Inspired Jewelry > Cartier-esque Inspired Jewelry Sterling Silver Trinity Triple Band Ring

## Cartier-esque Inspired Jewelry Sterling Silver Trinity Triple Band Ring



OTHER VIEWS

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | PK-RR3597 |
| List Price: | $104.99 |
| Our Price: | $39.99 |
| Choose size: | 5 ▼ |

Ring Sizing Chart

**Add to Shopping Bag**

**FREE GROUND SHIPPING:**
On all USA Orders via ground
Intl. Shipping is $25. more info

### FREE GROUND SHIPPING
on all USA orders

**WE SHIP INTERNATIONALLY**
See shipping policy

SAVE 10% TODAY
Click for more details

NO RISK INVOLVED
30 day money back Guarantee

  

Search

800.586.0020
Mon-Fri 7am-5pm CST

### Live Chat
Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

### Best Sellers



Cartier-esque Inspired Jewelry Stainless Steel Screw Motif Love Ring
$29.99

### Matching Items



Harry Winston Inspired Double Strands Pave Diamond CZ Sterling Silver Tennis Necklace
$94.99



Tiffany Style Diamond Cubic Zirconia Stud Earrings Sterling Silver Select Carat Size!
$23.99

PLAINTIFF'S EXHIBIT 8   2/8/08 vo
tabbies.

Copyright HMA

Skull Jewelry

**DEPARTMENTS**
Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry



**SHOPPING SERVICES**
Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog



**SERVICE YOU CAN TRUST**
Risk Free 30 Day returns

Yahoo has ranked us
based on reviews. more...

Free GROUND Shipping



Fred Leighton Inspired Past, Present and Future Diamond CZ Tennis Bracelet



Tiffany-esque Style Diamond Cz Heart Sterling Silver Tennis Necklace



Designer Inspired Diamond CZ Pave Pearl Bumble Bee Pin Brooch




Click to enlarge

### DESCRIPTION:

This Cartier -esque inspired ring is made of sterling silver and has triple bands that are interlocked one to another. Made in the rolling ring style, this ring is designed for elegance. All three bands are accented with Diamond CZs that are set every 1 cm. This designer inspired ring is as good as the designer's piece but is priced much more reasonably.

| | |
|---|---|
| Measures: | 1/4" W |
| Weight: | 2 grams |
| Material: | .925 Sterling Silver CZ Cubic Zirconia |
| Category: | silver cubic zirconia ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

Tiffany Jewelry Replicas was great! I placed my order easily and just a few days later the package was on my doorstep. I did not have to place any calls to customer service inquiring about my purchase they were very efficient!

**This item includes:**
- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items




Copyright HMA





Copyright HMA

# Overstock Jeweler

HAPPY VALENTINE'S DAY

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

[Search]

800.586.0020
Mon-Fri 9am-5pm EST



Live Chat — Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE • 10% OFF ENTIRE STOCK. USE COUPON: VDAY
offer expires Feb 14

Sterling Silver And Cubic Zirconium Bracelets > Cartier -esque Inspired Trinity Interlocking Bangle Bracelet

## Cartier -esque Inspired Trinity Interlocking Bangle Bracelet



OTHER VIEWS:


Availability: In stock
Order Now & Ships: Thurs, Feb 7
Item #: pk-v2222
List Price: $209.99
Our Price: **$99.99**

**Add to Shopping Bag**

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

### Our Bestsellers



SALE! Tiffany Style Inspired Sterling Silver Eternal Circle Pendant
**$24.99**

### Matching Items



Cartier- Esque Inspired Multi Color Sterling Silver Trinity Rolling Ring
**$43.99**



Tiffany Style 14K Gold Open Teardrop Pendant with Freshwater Pearl
**$119.99**


PLAINTIFF'S EXHIBIT

Page 1 of 3

Copyright HMA

**The Cartier Design Patents & The Overstock Jeweler Infringing Products**

| U.S. Patent No. | Claim | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|---|
| D424,967 | The ornamental design for a ring, as shown and described. | [ring drawing] | PK-273786596<br><br>PK-RR3597<br><br>PK-Q-33-AY<br><br>PK-V2222 |