**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

               Plaintiffs/Counter-Defendants,

       - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

           Defendants/Counter-Plaintiffs.

----------------------------------------------------------- x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

----------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

           Plaintiffs,

       - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

           Defendants.

----------------------------------------------------------- x

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT J



D 1702838

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**June 02, 2008**

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

U.S. PATENT: *D538,194*
ISSUE DATE: *March 13, 2007*

By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

VIELKA BROWN

**Certifying Officer**

US00D538194S

(12) **United States Design Patent**    (10) Patent No.:    **US D538,194 S**
Hardy    (45) Date of Patent:    ** **Mar. 13, 2007**

(54) **RING**

(75) Inventor: **Theodora Hardy**, Paris (FR)

(73) Assignee: **Cartier Creation Studio SA**, Geneva (CH)

(**) Term: **14 Years**

(21) Appl. No.: **29/254,417**

(22) Filed: **Feb. 23, 2006**

(30)    **Foreign Application Priority Data**

Aug. 29, 2005    (EM) ................................. 000406608-0044

(51) **LOC (8) Cl.** .................................................... **11-01**
(52) **U.S. Cl.** ........................................ **D11/30; D11/34**
(58) **Field of Classification Search** .................. D11/3, D11/26–39; 63/15, 15.1–15.4, 15.45, 15.5, 63/15.6, 15.65, 15.7–15.8, 26–27
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

D118,591 S    *    1/1940    Cohn ........................... D11/32

D170,241 S    *    8/1953    Robbins ...................... D11/27
D248,741 S    *    8/1978    Barr ........................... D11/33
D494,883 S    *    8/2004    Pachachi .................... D11/33

* cited by examiner

*Primary Examiner*—Ian Simmons
*Assistant Examiner*—Melanie Levy
(74) *Attorney, Agent, or Firm*—Kalow & Springut LLP

(57)    **CLAIM**

I claim the ornamental design for a ring, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the ring.
FIG. 2 is a front view of the ring.
FIG. 3 is a rear view of the ring.
FIG. 4 is a right side view of the ring.
FIG. 5 is a left side view of the ring.
FIG. 6 is a top view of the ring; and,
FIG. 7 is a bottom view of the ring.
The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



# Fig. 1



Copy provided by USPTO from the PIRS Image Database on 05/30/2008

U.S. Patent     Mar. 13, 2007     Sheet 2 of 4     US D538,194 S

**Fig. 2**





**Fig. 3**

Copy provided by USPTO from the PIRS Image Database on 05/30/2008

**U.S. Patent**　　　Mar. 13, 2007　　　Sheet 3 of 4　　　US D538,194 S



**Fig. 4**



**Fig. 5**

**U.S. Patent**    Mar. 13, 2007    Sheet 4 of 4    US D538,194 S



**Fig. 6**



**Fig. 7**

Copy provided by USPTO from the PIRS Image Database on 05/30/2008

# Overst?ck Jeweler

FREE GROUND SHIPPING
(US) orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

**HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY    S**

**800.686.0020**

**Mon-Fri 9am-5pm EST**

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON

Designer Inspired Jewelry > Cartier-esque Jewelry Inspired Orchid Diamond CZ Sterling Silver Ring

[Search]

## Cartier-esque Jewelry Inspired Orchid Diamond CZ Sterling Silver Ring

**FEATURED ITEMS**

New Arrivals
Best Sellers
Turquoise Jewelry
Judith Leiber Inspired Bags NEW!

**COLLECTIONS**

Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**

Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Bin

**MATERIALS**

Sterling Silver & CZ







**OTHER VIEWS:**

Gift box available at checkout



Click to enlarge

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Wed, Jul 25 |
| Item #: | PK-RCrt |
| List Price: | $114.99 |

**Our Price    $39.99**

Choose ring size: 6

Ring Sizing Chart

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $5.75
Intl. Shipping is $25. more info

**DESCRIPTION:**

This exotic ring is an imitation of Cartier-esque well known design from the Orchid Collection. Featuring paved Diamond CZ orchid petals that are also detailed with Garnet stones chips at the center and bottom. A double-band supports and balances the ring. The designer original piece retails for thousands of dollars and now you can get the look with a bargain price.

| | |
|---|---|
| **Measures:** | Approximate width is 1". |
| **Weight:** | Weight is 8 grams |
| **Material:** | .925 Sterling Silver/ Cubic Zirconia |
| **Category:** | 050 050silver 050ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

PLAINTIFF'S EXHIBIT 93

## The Cartier Design Patents & The Overstock Jeweler Infringing Products

| U.S. Patent No. | Claim | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|---|
| D538,194 | The ornamental design for a ring, as shown and described. | | <br>PK-RCrt |