UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

        Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

        Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------------ x

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT K



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 04, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D543,130*
ISSUE DATE: *May 22, 2007*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



US00D543130S

(12) **United States Design Patent** (10) Patent No.: **US D543,130 S**
Allin                                     (45) Date of Patent:    ** May 22, 2007

| | | |
|---|---|---|
| (54) | **PENDANT** | |
| (75) | Inventor: | **Miyuki Allin**, Paris (FR) |
| (73) | Assignee: | **Cartier International, B.V.,** Amsterdam (NL) |
| (**) | Term: | **14 Years** |
| (21) | Appl. No.: | 29/240,739 |
| (22) | Filed: | **Oct. 17, 2005** |
| (30) | **Foreign Application Priority Data** | |
| Apr. 22, 2005 (EM) ................................ 000329222-0003 | | |
| (51) | **LOC (8) Cl.** ................................................ **11-01** |
| (52) | **U.S. Cl.** .................................................... **D11/79** |
| (58) | **Field of Classification Search** ................ D11/1–2, D11/7, 40–44, 46–49, 53, 56–57, 59–61, D11/63, 65, 79–83, 86–87, 89–90, 99, 91–92, D11/101, 106, 114–116, 200–201; 63/1.11, 63/18–20; D3/207–211 See application file for complete search history. |
| (56) | **References Cited** |
| | U.S. PATENT DOCUMENTS |
| | D157,581 S   *   3/1950   Frank ........................... D11/81 |

| | | | |
|---|---|---|---|
| D227,295 S | * | 6/1973 | Patterson et al. ............ D11/80 |
| D230,762 S | * | 3/1974 | Patterson et al. ............ D11/80 |
| D245,239 S | * | 8/1977 | Miller ........................ D11/79 |
| D367,151 S | * | 2/1996 | Bonucci ...................... D1/106 |
| D415,446 S | * | 10/1999 | Kattan ......................... D11/43 |
| D417,636 S | * | 12/1999 | Ambar ......................... D11/40 |
| D498,696 S | * | 11/2004 | Hardy .......................... D11/79 |
| D510,539 S | * | 10/2005 | Turner ......................... D11/79 |

* cited by examiner

*Primary Examiner*—Ralf Seifert
(74) *Attorney, Agent, or Firm*—Kalow & Springut LLP

(57)                **CLAIM**

The ornamental design of a pendant, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the pendant.
FIG. 2 is a front view of the pendant.
FIG. 3 is a rear view of the pendant.
FIG. 4 is a bottom view of the pendant.
FIG. 5 is a top view of the pendant.
FIG. 6 is a left side view of the pendant; and,
FIG. 7 is a right side view of the pendant.

**1 Claim, 1 Drawing Sheet**



Copy provided by USPTO from the PIRS Image Database on 06/02/2008

U.S. Patent                    May 22, 2007                    US D543,130 S

Fig. 1



Fig. 2                                        Fig. 3

          

Fig. 4                                        Fig. 5

          

Fig. 6                                        Fig. 7

          

Copy provided by USPTO from the PIRS Image Database on 06/02/2008

# Overstock Jeweler

FREE GROUND SHIPPING

WE SHIP INTERNATIONALLY
See shipping policy

**HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   GIFT REGISTRY   S**

800.586.0020
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON

Designer Inspired Jewelry > Cartier-esque Jewelry Inspired Pasha Quilted Open Circle Sterling Silver Penda

Cartier-esque Jewelry Inspired Pasha Quilted Open Circle Sterling Silver Pendant

**FEATURED ITEMS**
New Arrivals
Best Sellers
Turquoise Jewelry
Judith Leiber Inspired Bags NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

**DEPARTMENTS**
Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale

**MATERIALS**
Sterling Silver & CZ

Availability: In Stock
Order Now & Ships: Wed, Jul 25
Item #: PK-5778
List Price: $99.99
Our Price: $34.99

Choose chain length: 16 inch

Necklace Sizing Chart

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25. more info

OTHER VIEWS:

Click to enlarge          Click to enlarge

PLAINTIFF'S EXHIBIT

**DESCRIPTION:**
This Cartier-esque Replica Pasha Collection pendant is set in .925 Sterling Silver. Simple yet elegant design, this pendant features the stunning quilted detailing set in a perfect little circle. Perfect to wear with any seasonal style. Comes with a 16" or 18" sterling silver chain!

| | |
|---|---|
| Measures: | Pendant measures 1" in diameter |
| Weight: | 4 grams |
| Material: | .925 Sterling Silver |
| Category: | pendant cartier esque silver circle |

All measurements are approximate. Designer mentioned does not make this item. Please read our

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

[Search]

800.586.0020
Mon-Fri 9am-6pm EST

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

*Overstock Jeweler*

HAPPY VALENTINE'S DAY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY
Coupon expires Feb 14

Designer Inspired Jewelry > Cartier-esque Inspired Pasha Round Onyx Quilted CZ Ring

Cartier-esque Inspired Pasha Round Onyx Quilted CZ Ring



OTHER VIEWS:



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | PK-0819 |
| List Price: | $199.99 |
| Our Price: | $64.99 |
| Choose Size: | 6 ▼ |

Ring Sizing Chart

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

Live Chat - Click Here

VALENTINE FEATURED ITEMS
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse   NEW!

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

Our Bestsellers



Designer Inspired Diamond CZ Encrusted Sterling Silver Hoop Earrings
$49.99

Matching Items



Van Cleef and Arpels Inspired Sterling Silver Butterfly Pendant With Black Silk Cord
$39.99



Cartier-esque Inspired Pasha Round Mother of Pearl Quilted Pave Earrings
$34.99

PLAINTIFF'S EXHIBIT

Copyright HMA

Skull Jewelry

### DEPARTMENTS

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

### MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry


We Ship Internationally
$25 Flat Rate

### SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

### SERVICE YOU CAN TRUST

Risk Free 30 Day returns

Yahoo has ranked us
⭐⭐⭐☆
based on reviews. more...

Free GROUND Shipping

---



Click to enlarge

### DESCRIPTION

This Cartier-esque Inspired Pasha Collection ring is set in white gold plating with quilted CZ and black onyx detailing. It is also rhodium plated to add a beautiful long lasting shine and to avoid tarnishing! You'll feel like the real thing in this Cartier inspired earrings, even if the ring isn't really Cartier. Perfect piece to complement your little black dress!

| | |
|---|---|
| Measures: | 7/8" in diameter, 1/4" in depth HxWxD |
| Weight: | 8 grams |
| Material: | White gold plated alloy CZ Cubic Zirconia onyx |
| Category: | silver ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

I was very happy with my experience with Overstock Jewelry. I called to speak to someone at customer service. After two rings someone picked up. A human not a computer! She knew about the item I was inquiring about within seconds of me mentioning the item. The shipping was super super fast! The quality of the merchandise was very good and price was very fair. The item I received was almost like the picture on the site but better. They even send me a coupon for my next purchase! I will be shopping at Overstock again. Why pay high prices when you can pay a fraction of the cost for great replica merchandise. Thanks Overstock- Kaye S

### This item includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

### Recently viewed items



---

Designer Inspired Stainless Steel Black Enamel Quilted Cufflinks
$54.99

Cartier-esque Inspired Jewelry Diamond CZ Maillon Bracelet
$99.99



Designer Inspired Diamond CZ Pave Pearl Bumble Bee Pin Brooch
$44.99

Copyright HMA

**FREE GROUND SHIPPING**
on all USA orders

**WE SHIP INTERNATIONALLY**
See shipping policy

HOME | NECKLACES & PENDANTS

Search

800.586.0020
Mon-Fri 9am-5pm EST



VALENTINE FEATURED ITEMS

Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

# Overstock Jeweler
## HAPPY VALENTINE'S DAY

HOME | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE. 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Home > Necklaces and Pendants: Sterling Silver, Cubic Zirconium, 14k Gold, Lariats, Fleur-de-lis, South Sea Shell Pearls > Cartier-esque Inspired Pasha Quilted Turquoise Sterling Silver Circle Pendant

Cartier-esque Inspired Pasha Quilted Turquoise Sterling Silver Circle Pendant

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | SF-91663201 |
| List Price: | $119.99 |
| Our Price: | $49.99 |

Choose length of chain: 16 inch

Necklace Sizing Chart

Add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders via ground
Intl. Shipping is $25. more info

OTHER VIEWS:

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG




## Our Bestsellers

Cartier-esque Inspired Jewelry Stainless Steel Screw Motif Love Ring
$29.99

### Matching Items

Cartier-esque Inspired Pasha Round Onyx Quilted CZ Ring
$64.99

Designer Inspired Sterling Silver Turquoise Rectangular Serpentined Earrings
$35.99



PLAINTIFF'S EXHIBIT

Copyright HMA

Skull Jewelry

**DEPARTMENTS**
Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

We Ship Internationally $25 Flat Rate

**SHOPPING SERVICES**
Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog
XML

Check us out on myspace.com

**SERVICE YOU CAN TRUST**
Risk Free 30 Day returns

Yahoo has ranked us
based on reviews. more...

Free GROUND Shipping



Click to enlarge

### DESCRIPTION:

This Cartier-esque Inspired Pasha Collection pendant is set in .925 Sterling Silver. Backed by a genuine turquoise stone, this pendant has a simple yet stylish look. Perfect for either classy or trendy outfits. Not an identical Cartier reproduction, this Pasha styled pendant is strikingly similar to the real thing. This stunning pendant features quilted detailing. Comes with a 16" or 18" sterling silver chain.

| | |
|---|---|
| Measures: | 1" in diameter |
| Weight: | 6 grams |
| Material: | .925 Sterling Silver Turquoise |
| Category: | pendant cartier inspired turquoise sterling silver circle women |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

Just like to say that I was really impressed how easy it was to order jewelry & the delivery time. Someone had sent me an email to view some of the jewelry. Great Job!

**This item includes:**
- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items



Cartier-esque Inspired Pasha Round Mother of Pearl Quilted Pave Earrings
$34.99



Chopard Inspired Sterling Silver Happy Diamond CZ Pave Round Disc Ring
$54.99



Cartier-esque Inspired Screw Motif Love Collection Octagonal Stainless Steel Watch
$48.99





  

Copyright HMA

**The Cartier Design Patents & The Overstock Jeweler Infringing Products**

| U.S. Patent No. | Claim | Drawing | Overstockjeweler.com Item & Item No. |
|---|---|---|---|
| D543,130 | The ornamental design of a pendant, as shown and described. | (circular pendant with grid pattern) | SF-91663201<br><br>PK-5778<br><br>PK-0819 |