**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF BHARAT DUBE IN SUPPORT OF THE CARTIER PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT L

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER: VA 1-130-790

EFFECTIVE DATE OF REGISTRATION: AUG 09 2001 (Month / Day / Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼** AGRAFE

**NATURE OF THIS WORK ▼** See instructions: Jewelry Bracelet

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a NAME OF AUTHOR ▼** Cartier International B.V.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☑ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a Year in Which Creation of This Work Was Completed** 2000 ◀ Year. This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work.** Complete this information ONLY if this work has been published. Month ▶ November Day ▶ 1 Year ▶ 2000; France ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Cartier International B.V.
Herengracht 436, BZ 1017 Amsterdam, Netherlands

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED: AUG 09 2001
ONE DEPOSIT RECEIVED: AUG 09 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY VG

CHECKED BY

FORM VA

[X] CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

## 7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

William P. Berridge
OLIFF & BERRIDGE, PLC
P.O. Box 19928, Alexandria, Virginia 22320

Area code and daytime telephone number ▶ ( 703 ) 836-6400 Fax number ▶ ( 703 ) 836-2787

Email ▶ commcenter@oliff.com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Cartier International B.V.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael S. Culver Date ▶ August 9, 2001

Handwritten signature (X) ▼

x [signature]

## 9

**Certificate will be mailed in window envelope to this address:**

Name ▼
William P. Berridge
OLIFF & BERRIDGE, PLC

Number/Street/Apt ▼
P.O. Box 19928

City/State/ZIP ▼
Alexandria, Virginia 22320

YOU MUST
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.




bracelet [illegible] France · USA 01/14/2000

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

# Overstock Jeweler

HAPPY VALENTINE'S DAY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

Search

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS

FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

800.586.0020

Mon-Fri 9am-6pm EST




VALENTINE FEATURED ITEMS

- Heart Shaped Jewelry
- Final Clearance Sale
- New Arrivals
- Best Sellers
- Judith Leiber Inspired Purse NEW!

COLLECTIONS

- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

CATEGORIES

- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

Bridal Jewelry - Complete List > Cartier -esque Inspired Jewelry Diamond Cubic Zirconia Agrafe Bangle Bracelet

## Cartier -esque Inspired Jewelry Diamond Cubic Zirconia Agrafe Bangle Bracelet

Availability: In Stock

Order Now & Ships: Thurs, Feb 7

Item #: DT-LB-G0018-925

List Price: $189.99

Our Price: $94.99

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:

Our Bestsellers

Tiffany -esque Style Diamond CZ Horseshoe Pendant Necklace
$34.99

Matching Items

Van Cleef and Arpel Inspired Sterling Silver Mother Of Pearl Butterfly CZ Pave Ring
$49.99

Roberto Coin Style Inspired Diamond CZ Pave Mini Open Circle Of Life Pendant
$34.99




Copyright HMA

Skull Jewelry

**DEPARTMENTS**

- Watches
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- **Shop by Price**

**MATERIALS**

- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry







**SHOPPING SERVICES**

- Wholesale Silver Jewelry
- Gift Certificates
- Affiliate Program
- Wish List Program
- Ring Size Chart
- Shipping Policy
- Celebrity Jewelry Blog

XML



Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us ★★★★ based on reviews. more...

Free GROUND Shipping



Click to enlarge

**DESCRIPTION:**

Inspired by Cartier's famous Agrafe design, this bracelet is made of .925 sterling silver with rhodium plating to provide the look of platinum. This 'circle and hook' ring is fully pave-set with sparkling diamond Cubic Zirconia stones all around. Simple and elegant. Although not 100 percent Cartier you still get 100 percent of the look and feel. The designer's original piece could retail for thousand of dollars and now you can get the same look for much less. Great value for a bargain price!

| | |
|---|---|
| **Measures:** | will fit an 8" wrist |
| **Weight:** | 16 grams |
| **Material:** | .925 sterling silver Cubic Zirconia |
| **Category:** | bracelet bangle Cartier esque bridal .925 sterling silver cubic zirconia circles |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

I just got my marquise cut tennis bracelet via UPS. I can't believe it came so fast! And it's absolutely stunning, beautiful and perfect. I've sold jewelry in major retail chains and this bracelet could compete with any tennis bracelet out there. It looks so expensive. I'm the most spoiled girl on my block (so my neighbors think!). I can't believe how inexpensive it was, seeing it in person I would have paid twice as much. and STILL felt that I got a bargain. This is a good store, everyone. Feel safe purchasing from them.

**This Item Includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**

**Roberto Coin Inspired Diamond CZ Circle Chandelier Earrings**
$39.99

**Roberto Coin Inspired Diamond CZ Pave Large Open Circle Pendant**
$44.99

**Roberto Coin- Esque Inspired Diamond CZ Sterling Silver Circle Motif Ring**
$54.99

Copyright HMA

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

# Overstock Jeweler

HAPPY VALENTINE'S DAY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

HOME · NECKLACES & PENDANTS · EARRINGS · BRACELETS · RINGS · WATCHES · GIFT REGISTRY · SHOPPING BAG

Search

800.586.0020
Mon-Fri 9am-6pm EST




ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY
offer expires Feb 14th

Sterling Silver & CZ Necklaces & Pendants > Cartier -esque Inspired Pave CZ Heart Clasp Sterling Silver Anchor Link Agrafe Necklace

## Cartier -esque Inspired Pave CZ Heart Clasp Sterling Silver Anchor Link Agrafe Necklace

VALENTINE FEATURED ITEMS

- Heart Shaped Jewelry
- Final Clearance Sale
- New Arrivals
- Best Sellers
- Judith Leiber Inspired Purse NEW!

COLLECTIONS

- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

CATEGORIES

- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | SG-3489-ASH |
| List Price: | $449.99 |
| Our Price: | $174.99 |

Necklace Sizing Chart

Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:

PLAINTIFF'S EXHIBIT
84
2/18/08

Our Bestsellers

David Yurman Albion Inspired Cushion Cut Diamond CZ Earrings MORE COLORS!
$44.99

Matching Items

SALE! Tiffany Inspired Round Cut Diamond CZ Heart Link Tennis Bracelet
$59.99

Tiffany Inspired Sterling Silver Hearts Collection Pave Diamond CZ Earrings
$25.99

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

- Watches
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- **Shop by Price**

**MATERIALS**

- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry






**SHOPPING SERVICES**

- Wholesale Silver Jewelry
- Gift Certificates
- Affiliate Program
- Wish List Program
- Ring Size Chart
- Shipping Policy
- Celebrity Jewelry Blog







**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us ✩✩✩✩ based on reviews. more...

Free GROUND Shipping

Click to enlarge

Click to enlarge

**DESCRIPTION:**

Breathtakingly gorgeous! This stunning Cartier -esque Inspired necklace is the perfect gift to give to that special someone. Show your love and devotion with this lovely Cartier inspired piece. Not an identical Cartier reproduction, this necklace is strikingly similar to the real thing. Anchor link chain alternates between .925 sterling silver and pave encrusted links. A pave encrusted open heart acts as the centerpiece. Hook clasp closure provides extra security, without sacrificing style.

| | |
|---|---|
| **Measures:** | 17" in length |
| **Weight:** | 34 grams |
| **Material:** | .925 Sterling Silver Rhodium Plated Cubic Zirconia CZ |
| **Category:** | necklace charm anchor link Tiffany inspired heart link pave CZ |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

Earrings are beautiful! Looks to be much more expensive than what I paid. I received items very quickly. Will be shopping more on this web site!

**This Item Includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**

**Tiffany Inspired Hearts Collection Diamond CZ Charm Bracelet**
$39.99

**Designer Inspired Sterling Silver Diamond CZ Pave Heart Locket Pendant**
$74.99

**Tiffany -esque Inspired Sterling Silver Raised Playful Starfish with CZ Accents Pendant Necklace**
$49.99

Copyright HMA

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

# Overstock Jeweler

HAPPY VALENTINE'S DAY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

Search

800.586.0020
Mon-Fri 9am-5pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS

FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY

Live Chat
Click Here

VALENTINE FEATURED ITEMS

- Heart Shaped Jewelry
- Final Clearance Sale
- New Arrivals
- Best Sellers
- Judith Leiber Inspired Purse NEW!

COLLECTIONS

- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

CATEGORIES

- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

Designer Inspired Jewelry > Cartier -esque Inspired Jewelry Diamond CZ Agrafe Sterling Silver Ring

## Cartier -esque Inspired Jewelry Diamond CZ Agrafe Sterling Silver Ring

Availability: In Stock
Order Now & Ships: Thurs, Feb 7
Item #: PK-4388897
List Price: $79.99
Our Price: $39.99
Choose size: 6
Ring Sizing Chart
Add to Shopping Bag

FREE GROUND SHIPPING:
On all USA Orders
via ground
Intl. Shipping is $25. more info

OTHER VIEWS:




Our Bestsellers

**Cubic Zirconia Jewelry, Bulgari Inspired Engagement/Wedding Ring Set**
$49.99

Matching Items

**Roberto Coin Style Inspired Diamond CZ Pave Mini Open Circle Of Life Pendant**
$34.99

**Roberto Coin Inspired Diamond Cubic Zirconia Sterling Silver Starfish Pin / Brooch**
$119.99

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

- Watches
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- **Shop by Price**

**MATERIALS**

- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry





**SHOPPING SERVICES**

- Wholesale Silver Jewelry
- Gift Certificates
- Affiliate Program
- Wish List Program
- Ring Size Chart
- Shipping Policy
- Celebrity Jewelry Blog

XML

Check us out on myspace.com



**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us ☆☆☆☆ based on reviews. more...

Free GROUND Shipping



Click to enlarge

Click to enlarge

**DESCRIPTION:**

Inspired by Cartier's famous Agrafe design, this ring is made of .925 sterling silver and rhodium plated to resist tarnish. This 'circle and hook' ring is fully pave-set with sparkling diamond CZ stones all around. Simple and elegant. The designer's original piece could retail for thousand of dollars and now you can get the same look for much less.

| | |
|---|---|
| **Measures:** | circle diameter about 0.5" |
| **Weight:** | 4 grams |
| **Material:** | .925 Sterling Silver diamond CZ |
| **Category:** | silver ring |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**

Extremely fast shipping! Item looks great on me! 10% next purchase [for new customers] coupon included was a nice bonus as well.

**This item includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**




















**Cartier -esque** | **Cartier -esque** | **Cartier -esque** | **Cartier -esque** | **Cartier -esque**

**Roberto Coin Inspired Diamond CZ Circle Chandelier Earrings**
$39.99

**Tiffany Inspired 1837 Sterling Silver Square Stackable Bangles Set of Three**
$249.99

**Chopard Inspired Timepiece Floating Crystals Fine Stainless Steel Watch**
$59.99

Copyright HMA

**The Cartier U.S. Copyrighted Design & The Overstock Jeweler Infringing Products**

| U.S. Copyright Reg. No. | Cartier Item / Deposit Material | Overstockjeweler.com Item & Item No. |
|---|---|---|
| VA 1-130-790 |  | DT-LB-G0018 |
| | | SG-3489-ASH |
| | | PK-4388897 |