UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

    Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

----------------------------------------------------------------- x
----------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

    Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

    Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

----------------------------------------------------------------- x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT A

```
 1                    ELENA CASTANEDA
 2         Q     Can you answer the question?
 3         A     I did not draft this second
 4   paragraph.
 5         Q     Okay.  And you've never seen it
 6   before?
 7         A     Actually, no.  That was added by my
 8   SCO guy.
 9         Q     The who?
10         A     The search operations guy sometimes
11   goes in and adds text.
12         Q     Who is that?
13         A     I call him Martin, but he has an
14   Israeli name.  I would have to look up his actual
15   name.  I call him Martin.
16         Q     Does he live in the City of
17   New York?
18         A     No, he lives in Canada.
19         Q     What does he do for you?
20         A     He just pumps up my website for
21   search to make it more search friendly.
22         Q     And what does that mean?
23         A     Just so that the website is more --
24   found more easily.
25         Q     By whom?
```

ELENA CASTANEDA

A  By customers.

Q  So, for example, if someone wanted to punch in the words "David Yurman," hopefully your website has enough references to David Yurman that your website would pop up during that search?

A  I believe so.  I don't really know how the SCO -- what the criteria is, what makes that happen.

Q  Do you pay this Martin for his services?

A  I do.

Q  Does he bill you for those services?

A  He does.

Q  How often does he do that?

A  Monthly.

Q  How often does he work on your website?

A  He works on it, probably, weekly.

Q  What you're saying is, he puts copy into your website without your knowledge or approval; is that correct?

A  He tells me that he's going to put some copy in, and usually I have one of my writers look it over.  If someone in my office looked this

|    |          |                                              |
|----|----------|----------------------------------------------|
| 1  |          | ELENA CASTANEDA                              |
| 2  |          | MR. EDERER:  Hold on.                        |
| 3  |          | (The above described document was marked Plaintiffs' Exhibit 7 for identification, as of this date.) |
| 6  | Q        | Do you recognize Exhibit 7?                  |
| 7  | A        | I do.                                        |
| 8  | Q        | What is that?                                |
| 9  | A        | That's my Certificate of Incorporation.      |
| 11 | Q        | For Ejeweler LLC?                            |
| 12 | A        | Yes.                                         |
| 13 | Q        | And this document appears to indicate that the company was formed on the 17th day of July 2002, correct? |
| 16 | A        | Yes.                                         |
| 17 | Q        | Does that comport with your recollection?    |
| 19 | A        | Yes, it does.                                |
| 20 | Q        | And how long after that did you start your business? |
| 22 | A        | It probably was up and running by October.   |
| 24 | Q        | October of '02?                              |
| 25 | A        | Yes, a very, very small level.               |

```
 1                    ELENA CASTANEDA
 2        Q      And when you sold that discount
 3   clothing and you bought overstocks, that's all
 4   from the brand owners, correct?
 5        A      Correct.  As the jewelry in the
 6   store we bought from sterling silver manufacturers
 7   that we still buy from today, that we would buy at
 8   a discount and sell it in the store.  Jewelry is
 9   no different than any other vendor.
10        Q      That's what you believe the word
11   "overstock" means to consumers, correct?
12        A      Correct.
13        Q      Let's go on.
14        A      It is additional inventory.  They
15   are not making this stuff for us.  It is excess
16   inventory that's sitting there.
17        Q      It can be any excess inventory sold
18   by anybody?
19        A      Yes.
20        Q      That's what you believe the consumer
21   understands?
22        A      Absolutely.
23        Q      The basis for that is your own
24   experience?
25        A      That's right.
```

ELENA CASTANEDA

1
2  Q    Not from talking to consumers?
3  A    I owned a clothing store. I spoke
4  with clients all the time.
5  Q    What consumer ever said to you they
6  understood the word "overstock", as used by you on
7  your website, means your purchase of items from
8  companies like P & K?
9         MR. ZARIN: You want a name?
10 A.   I don't speak to people on my
11 website. When I owned a clothing store I spoke to
12 people. That was twenty years ago.
13 Q    Who was P & K making overstock items
14 for?
15 A    I have no idea.
16 Q    Let's go to the second paragraph of
17 this page. The first sentence says,
18 "overstockjeweler.com is committed to providing
19 you the best in quality, service and selection of
20 designer inspired jewelry in the world."
21        Do you see that?
22 A    Um-hum.
23 Q    Do you agree or disagree with that
24 statement?
25 A    Since I'm not familiar with this

1        ELENA CASTANEDA
2    Q    Have you ever sent Alice out to buy
3  items specifically so that you could put them up
4  on your website as "David Yurman inspired"?
5    A    Specifically?
6    Q    Yes.
7    A    No.
8    Q    In other words, have you asked
9  Alice, would you go out and get some additional
10 David Yurman inspired items, because they are
11 doing pretty well?
12   A    No.  We go through our reports and
13 see what's selling and we get things that are
14 similar to what's selling, regardless if it's --
15 if we were selling rings, we went out and got more
16 rings.
17   Q    Take me through the buying process.
18        Do you attend trade shows?
19   A    Not so much anymore.
20   Q    How do you go about buying what
21 might turn out to be a Cartier inspired item?
22        Take me through that process.
23        MR. ZARIN:  By "you," you mean?
24   A    Our offices is, we are basically
25 using the ground floor as a stock room, and we

1                    ELENA CASTANEDA

2      walk down and we get orders and we pick up stuff

3      all day long and vendors come up with new stuff

4      and they tell us what's doing well.

5                    I've been a buyer a long time, and

6      I -- I can't read people's minds.  I go by reports

7      and what -- my vendors steer me in the right

8      direction of what's selling.

9              Q      So six months ago or more when you

10     went into a vendor and some vendor told you that

11     this is a "David Yurman inspired" item that's

12     doing pretty well, take me through the process of

13     the actual purchase that you might make.

14             A      We would purchase one piece of it,

15     photograph it, put it up and see if it sold.

16             Q      When a vendor tells you that an item

17     is David Yurman inspired or Cartier inspired or

18     Gucci inspired or Bulgari inspired, for example,

19     do you then take any steps to determine whether or

20     not that company has intellectual property rights

21     registered with respect to that design?

22                   MR. ZARIN:  Objection.  You're

23          asking for a legal conclusion.

24                   MR. EDERER:  No, I'm asking what she

25          does.

```
1                    ELENA CASTANEDA
2        A     I can't.
3        Q     By the way, looking at this David
4  Yurman inspired replica cushion cut, double cut --
5        A     Cable ring.
6              MR. ZARIN:  That would be in Exhibit
7        16.
8        Q     Your price for that item is $49.99.
9              Do you see that?
10       A     Correct.
11       Q     Do you have any idea what David
12 Yurman charges for, what the item that appears on
13 the first page of that exhibit retails for?
14       A     I don't know.  It's gold.
15       Q     So, it doesn't retail for $49.99?
16       A     Absolutely.
17       Q     You indicate here that the list
18 price for the item that you're selling for $49.99
19 is $189.99.
20             Do you see that?
21       A     Yes.
22       Q     Where does that come from?
23       A     That comes from my vendor.
24       Q     From your vendor, in this case, Rich
25 At 29th?
```

ELENA CASTANEDA

1

2  A    Whatever the list -- whatever the
3  multiple normally is.
4  Q    Whatever what?
5  A    The multiple is.  I honestly don't
6  know exactly what the multiple is; but we take the
7  regular price and it's usually keystone, anywhere
8  from three and a half, and then the price that we
9  get it for, we --
10  Q    I'm asking a simple question.
11       Where is it shown anywhere that the
12  list price for this item is $189.99?
13       Have you ever seen a listing of
14  prices where the list price was $189.99?
15  A    That is the recommended list price
16  that we're given.
17  Q    By who?
18  A    From our vendor.  They have their
19  regular wholesale price and they give us our
20  discount price and that's where we get that number
21  from.
22  Q    Can you show me one piece of paper
23  from Rich At 29th, P & K Jeweler, or anybody that
24  you buy David --
25  A    No.

```
1              ELENA CASTANEDA
2    was yes, Tiffany.
3              Now I want to know what
4    substantiation she was talking about.
5       A     Tiffany came to me with, maybe six
6    designs, and instead of going into a whole thing,
7    six designs had very little effect on me.  It was
8    a matter of wording change.  I had no problem
9    accommodating them, so I did.
10      Q     Are you saying you didn't take down
11   any items of Tiffany, you only changed wording
12   with respect to Tiffany items?
13             MR. ZARIN:  Objection.  That's not
14        what she said.
15      A     That's not what I said.  I said it
16   was a business decision to remove those items.
17      Q     So, you took down some items,
18   correct?
19      A     Yes.
20      Q     How many?
21      A     A handful.  It was the ones that had
22   a certain heart design or something.  It's in that
23   letter.
24      Q     Did Tiffany offer, and I'm using
25   your words now, did Tiffany offer reasonable
```

ELENA CASTANEDA

substantiation of their claim as to permit your staff and legal counsel to conduct an investigation?

A    That you have to ask my legal counsel, because I don't know what that would be.

Q    You don't know what Tiffany provided to you with respect to its claims?

A    No.  That was between my client and Tiffany.  I don't get involved in that.

Q    Other than Tiffany, have you ever taken down any item because a third party made a claim that you were selling an item that was infringing upon them, and they offered you reasonable substantiation of that claim?

A    Nobody offered me reasonable -- no. I don't know.  I can't answer that.

        I can tell you that sometimes if it's a small request and it's reasonable and it makes sense, I will take an item down.

Q    Did you see this copy before it was posted on your site?

A    I did.

Q    Did you approve it?

A    I did.

```
 1                    ELENA CASTANEDA
 2            What do you mean by that?
 3       A    I allowed my attorney to make a
 4  decision what is reasonable.  That is not my field
 5  of expertise.
 6       Q    It goes on to say "Overstock Jewelry
 7            will promptly and permanently remove any
 8            item from sale that infringes the
 9            intellectual property rights of
10            third parties."
11            Do you see that?
12       A    Yes.
13       Q    Did you ever do that in the history
14  of your company?
15       A    As I answered the question earlier,
16  I removed some items from Tiffany; and removed
17  some items from Yurman.
18       Q    I just have a couple more questions
19  about your disclaimer page, Exhibit 17.
20            Do you have that in front of you?
21       A    Yes, um-hum.
22       Q    I just want to be clear about
23  something.
24            I think you testified earlier that
25  you don't do any checking in advance to determine
```

```
                    ELENA CASTANEDA
```

 2   whether or not a particular item that you may wish

 3   to sell violates any intellectual property rights

 4   of a designer inspired item that you wish to sell.

 5            Is that correct?

 6        A    That's correct.

 7        Q    And I think you indicated, in part,

 8   that's because you sell so many items, 4,000,

 9   5,000 items, that it would be difficult or near

10   impossible to do that, correct?

11        A    I didn't see any need for it either.

12            I'm not a manufacturer of it, so I

13   just buy what people are selling me.

14        Q    So, in other words, if you didn't

15   manufacture it, you don't think you're really

16   exposed to a claim for infringement.  Is that what

17   you're saying?

18            MR. ZARIN:  Objection.

19        Q    Are you saying your manufacturer is

20   indemnifying you, so you can rely on them?

21            I don't understand what you're

22   saying.

23        A    I've been a buyer many years, and I

24   know, I buy things I believe are going to sell.

25        Q    Without regard to whether or not

```
 1                    ELENA CASTANEDA
 2       A     It doesn't indicate what item they
 3  are returning.  It's just an RFP off tag.  Some
 4  people send it back, some people don't.
 5       Q     My question to you is, have you ever
 6  received a return with respect to any of the items
 7  involved in this case?
 8       A     Absolutely, yeah.
 9       Q     Have you received any such returns
10  since February 15, 2007?
11       A     Yes.
12       Q     Have you received any slips from
13  customers indicating the reason for returns since
14  that time?
15       A     I'm sure there were some in there.
16  Sometimes they do send that slip back.
17       Q     Have you discarded those?
18       A     We did.
19       Q     Why did you do that?
20       A     Because it doesn't have any
21  indication what item they are returning.
22             Sometimes they don't buy these items
23  or there is no indication of the different items,
24  you know.  They usually buy three items, so I
25  don't have that.
```

```
 1                    ELENA CASTANEDA
 2        A      It's graceful.  I don't know how else
 3   to describe it.
 4        Q      In what way is your piece inspired by
 5   David Yurman?
 6               What design elements were inspired by
 7   David Yurman?
 8        A      It has cable in it.
 9        Q      Anything else?
10        A      Shape.
11        Q      Anything else?
12        A      It's more oval in size, but the stones.
13   The picture is not as clear on this one; that's it.
14        Q      In other words, you're not saying that
15   your piece was inspired directly by the David Yurman
16   piece, just various design elements, correct?
17        A      I don't know what was in the designer's
18   head when they made this piece, so I can't tell you.
19        Q      You are the one who puts up on her
20   website for all to see that the item was "inspired
21   by" something, and you referred to an original piece.
22               So, I want to know what elements of the
23   original piece was your piece inspired by?
24               MR. ZARIN:  She answered that question.
25        A      That would be the designer who has the
```