UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

        Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

---------------------------------------------------------------- x
---------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

        Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

---------------------------------------------------------------- x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT C

Page 1

HIRO DASANI

UNITED STATES DISTRICT COURT   ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
YURMAN STUDIO, INC.,

        Plaintiff/Counter-Defendant,   Case No.
                                                 07-1241
  - against -   (SAS/HP)

ELENA CASTANEDA and EJEWELER LLC d/b/a
OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs,

  - against -

YURMAN DESIGN, INC.,

        Third-Party Defendant.
-------------------------------------------x

        April 30, 2008
        2:05 p.m.

        399 Park Avenue
        New York, New York


        DEPOSITION of HIRO DASANI


COURT REPORTER: Angela Moody


    RAYVID REPORTING SERVICE   (212) 267-3877

HIRO DASANI

1   A   No.
2   Q   Have you seen the transcripts
3   from Ms. Castaneda' deposition or
4   Ms. Limantara's deposition?
5   A   No.
6   Q   Mr. Dasani, what's your
7   educational background?
8   A   I have one year of college. I
9   have studied overseas in India.
10  Q   Did those studies include
11  jewelry design or the history of jewelry or
12  anything of that respect?
13  A   No.
14  Q   Mr. Dasani, you're currently the
15  President of P & K Jewelry, is that correct?
16  A   No, I'm the manager.
17  Q   You're the manager?
18  A   Yes.
19  Q   Is there a President of P & K
20  Jewelry?
21  A   Yes.
22  Q   And what is his name?
23  A   Kishin Dasani.
24  Q   Is that your brother?
25  A   That's my son.

1  provide its wholesale customers with a list
2  price, or a suggested retail price?
3       A    No, this is our pricing.
4       Q    Understood, I'm stepping away
5  from that document.
6            MR. MONACHINO:  Reflect for the
7       record he's holding Plaintiff's 164
8       when he says these are our prices.
9       A    These are our prices and the
10 only prices that our staff is familiar with.
11 Prices that are marked on the item, it was a
12 list price, this is a promotion.  If it's a net
13 price, that's the promotion.
14      Q    To completely close the circle,
15 would you agree with me that it's not P & K
16 Jewelry's practice to provide one of its
17 wholesale customers with a list price or a
18 suggested retail price of any of the items that
19 it sells, is that correct?
20      A    That's correct.  We believe, you
21 know -- these are suggested -- the list price
22 that we have is our price.  What the customer
23 sells, that is their choice.
24      Q    Mr. Dasani, is P & K in the
25 business of selling overstock jewelry and watch

HIRO DASANI

1  items?
2      A    We are wholesalers basically.
3      Q    Do you understand the term
4  "overstock" as I'm using it?  Do you have any
5  understanding of that?
6      A    Discontinued items we may have
7  sometimes, you know, but it's not our practice,
8  you know, like we may have items that we are
9  discontinuing that are offered at a lower
10 price, but that is not our main business.
11     Q    That's a rare occurrence when
12 you're actually selling overstock?
13     A    It's a rare occurrence.
14         MR. MONACHINO:  Just for the
15     record, you used the word "Overstock"
16     before.  It's Overstock Jeweler and now
17     you're using the term overstock for
18     these last two questions or so.
19         MR. SALZMANN:  Thank you.
20     Q    To your knowledge, has anyone
21 from P & K ever told Elena Castaneda or Alice
22 Limantara or anyone else from Overstock Jeweler
23 that the product that it's buying from P & K is
24 P & K's Overstock?
25     A    No, we are selling from lists,

1  you know.
2              MR. SALZMANN: If you can give
3      me thirty seconds, we can probably call
4      it.
5              (At this point in the proceedings
6      there was a recess, after which the
7      deposition continued as follows:)
8      Q    Mr. Dasani, with respect to the
9  products that P & K does sell to Overstock
10 Jeweler, has there ever been an instance where
11 your supplier of those products has ever told
12 you or anyone else from P & K that any of those
13 products were inspired by any of the Plaintiffs
14 in this action?
15     A    Were inspired by? I didn't
16 understand the question.
17     Q    Fair enough, it was a confusing
18 question.
19              With respect to the products
20 that you, P & K, sell to Overstock Jeweler,
21 when you purchase that product or those
22 products from one of your suppliers, has it
23 ever been the case that that supplier has said
24 to P & K, that this particular item is inspired
25 by or a replica of or a reproduction of any

HIRO DASANI

1  specific well-known jewelry designer?
2      A    Not to my knowledge, not to my
3  knowledge.  I don't do the buying, but I don't
4  think that's the practice.
5      Q    Who does the buying for P & K?
6      A    Well, I'm there sometimes, but
7  Kishin mostly, my son.
8      Q    Does P & K maintain any
9  materials, say catalogs, newspaper clippings,
10 magazine clippings that depict authentic
11 jewelry or watch items, designed by any of the
12 Plaintiffs in this action?
13     A    No.
14     Q    Is it the practice of P & K
15 employees to visit the websites of any of the
16 Plaintiffs in this action?
17     A    Not to my knowledge.
18     Q    Before we were talking about
19 when Overstock Jeweler wants to purchase some
20 product, they either walk into P & K's store
21 and say hey, we need X, Y, Z or they
22 occasionally e-mail or fax you an order, and if
23 that's the case, they would fax photos, is that
24 correct?
25     A    That's correct.

1   Overseas we will send an order, but if it's
2   locally, we will just, you know, call them up,
3   or they will walk in.
4          Q     None of those suppliers ever
5   refer to the Plaintiffs in this action as being
6   the inspiration behind any of the designs they
7   sell to you?
8          A     Not that I am aware of.
9                MR. SALZMANN:  I think I'm all
10         set.
11               MR. ZARIN:  I have a few
12         questions.
13
14  EXAMINATION BY MR. ZARIN:
15         Q     If you can turn to the third
16  page of that exhibit, the top it says
17  "pricing", list is price sixty-five percent
18  off?
19         A     Yes.
20         Q     What is your understanding of a
21  list price?
22         A     See, we have product that is
23  marked by prices, so, some product is marked as
24  a list price and some product is listed as net
25  price.  See, the other page says "net price".

```
UNITED STATES DISTRICT COURT                    COPY
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
YURMAN STUDIO, INC.,

           Plaintiff/Counter-Defendant,    Case No.
                                           07-1241
      - against -                          (SAS/HP)

ELENA CASTANEDA and EJEWELER LLC d/b/a
OVERSTOCKJEWELER.COM,


           Defendants/Counter-Plaintiffs,


      - against -


YURMAN DESIGN, INC.,


           Third-Party Defendant.
------------------------------------------x
                          March 24, 2008
                          9:50 a.m.


                          399 Park Avenue
                          New York, New York


            (CONTAINS CONFIDENTIAL PORTION)


            DEPOSITION of CATHERINE LaCAZE



COURT REPORTER:  Angela Moody



RAYVID REPORTING SERVICE, INC.    (212) 599-3642
```

Page 14

1                CATHERINE LaCAZE
2       Q    Do you have any educational training
3   in art?
4       A    No.
5       Q    Do you have any experience as an
6   artist?
7       A    No.
8       Q    Have you ever designed jewelry?
9       A    No.
10      Q    Have you ever studied the history of
11  jewelry?
12      A    No.
13      Q    You mentioned before that you had a
14  working knowledge of jewelry designed at Cartier;
15  is that correct?
16           MR. EDERER:  Objection.  That's not
17      what she said.  She said she worked with
18      designers at DeBeers.
19      A    That's correct.
20      Q    When you worked with designers at
21  DeBeers, in what capacity did you work with them?
22      A    In marketing -- in product
23  development, the process is that you give to the
24  designer a brief for the products that you need to
25  be developed, so that was the work that I used to

CATHERINE LaCAZE

do with the designers, work on the brief, present them the brief and then let them do the creative part.

    Q    What do you mean by a "brief"?

    A    A brief is a list of requirements that you need for the line of products to be developed; for example, what kind of categories of products, what price range, what color of metal and what kind of stones.

    Q    Are you saying that at DeBeers, the jewelry designs were market driven?

    MR. EDERER: Objection to form.

    A    Can you rephrase that question, please?

    Q    Sure.

What were the criteria that you used to come up with the briefs?

    MR. EDERER: Objection to form.

    A    I would look at the range of products that DeBeers was carrying at the time and identify the gaps or the missing products in our range, in order to have a nice and comprehensive offer for a customer, and that's where we started.

    Q    So, did you do any consumer surveys

```
 1                    CATHERINE LaCAZE
 2   to make those determinations?
 3        A    No.
 4        Q    So, what was the basis of that
 5   determination?
 6             MR. EDERER:  Objection.  She just
 7        answered it.
 8             MR. ZARIN:  I asked what the basis
 9        of her decision as to what goes into the
10        brief.
11        Q    How did you decide that there were
12   gaps in the product line?
13        A    I would look at my range of products
14   as existing at DeBeers and say in this price
15   point, and this specific product line we do not
16   have anything to offer to our customer; so, I
17   think we need to develop a line of product that
18   would fit in that price bracket.
19        Q    Now, moving to Cartier, did you do
20   the same thing at Cartier?
21        A    No.
22        Q    How does Cartier go about deciding
23   what new products to develop?
24        A    I would think they do the same, but
25   that's a function that is done by the
```

```
 1                CATHERINE LaCAZE
 2   international headquarters back in Paris.
 3        Q    When the international headquarters
 4   in Paris creates a new design for a product, do
 5   they solicit any feedback from you regarding the
 6   product?
 7             MR. EDERER:  Objection to form.
 8        A    Can you rephrase?
 9        Q    Yes.
10             When the designers at the
11   headquarters of Cartier create a new design, for
12   example, a new ring, at some point during that
13   creation process, do they request feedback from
14   you?
15        A    No.
16        Q    Do they request feedback from
17   anybody in your office?
18        A    No.
19        Q    When they create that new product,
20   how do they first present it to you?
21        A    The designer doesn't present the
22   product to us.
23        Q    Does the headquarters present it to
24   you?
25        A    Yes.
```