UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

        Plaintiffs/Counter-Defendants,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------------ x
------------------------------------------------------------ x

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

        Plaintiffs,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------------ x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN OPPOSITION TO
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**EXHIBIT E**

# Overstock Jeweler

### HAPPY VALENTINE'S DAY

FREE GROUND SHIPPING on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

HOME  NECKLACES & PENDANTS  EARRINGS  BRACELETS  RINGS  WATCHES  GIFT REGISTRY

Search

800.586.0020
Mon-Fri 9am-5pm EST

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY**
offer expires Feb 14

Home > Heart Shaped Jewelry in Sterling Silver, Gold Vermeil, Diamond CZs, Tiffany Knockoffs, Cheap Romantic Gift > Cartier-esque Inspired 14K Gold Love Screw Motif Bangle Bracelet

## Cartier-esque Inspired 14K Gold Love Screw Motif Bangle Bracelet

Live Chat Click Here

**VALENTINE FEATURED ITEMS**

Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW

**COLLECTIONS**

Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**

Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements



OTHER VIEWS:

 

Availability: **In Stock**
Order Now & Ships: **Thurs, Feb 7**
Item #: IND-BL505
List Price: $3,499.99
Our Price: **$1,499.99**

Add to Shopping Bag

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Intl. Shipping is $25. more info

## Our Bestsellers



SALE! Tiffany Inspired Sterling Silver Elsa Peretti Elongated Teardrop Earring
**$26.99**

## Matching Items



Cartier-esque Inspired Gold Vermeil Sterling Silver Screw Motif Love Ring
**$39.99**



Tiffany Inspired Bubble Diamond and 14K Gold Earrings
**$799.99**

PLAINTIFF'S EXHIBIT 56 2/6/06

Copyright HMA

Skull Jewelry

### DEPARTMENTS

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

### MATERIALS

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

We Ship Internationally
$25 Flat Rate

### SHOPPING SERVICES

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML

Check us out on myspace.com

### SERVICE YOU CAN TRUST

Risk Free 30 Day returns

Yahoo has ranked us
based on reviews. more...

Free GROUND Shipping



Click to enlarge



Click to enlarge



Cartier-esque Inspired Diamond and 14K Yellow Gold Twist Half Hoop Earrings
$329.99



Tiffany Inspired Frank Gehry Polished Teardrop 14K Gold Ring
$585.99




Hermes or Cartier -esque Inspired Two Tone Sterling Silver Horseshoe Equestrian Moneyclip with Screw Motifs
$183.99

### DESCRIPTION:

Absolutely breathtaking, this Cartier Screw Motif Inspired Bangle Bracelet is made of stunning 14K gold. This piece is adorned with a revolutionary screw design throughout its band with an actual screw clasp. Capable of fitting an 7.5"-8" wrist, this bangle combines significant weight with a comfortable wearing feel. You'll feel like the real thing in this Cartier replica bracelet, even if the bracelet itself isn't really a Cartier knockoff . A treat for lovers of modern jewelry design, this bangle bracelet makes an elegant and beautiful declaration of promises to the one you love.

| | |
|---|---|
| Measures: | 7.75" in length x 5mm in width |
| Weight: | 24 grams |
| Material: | 14KGold 14 K Gold |
| Category: | bangle bracelet, cartier inspired, women, gold, screw, circle |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

Just like to say that I was really impressed how easy it was to order jewelry & the delivery time. Someone had sent me an email to view some of the jewelry. Great job!

This Item Includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

Recently viewed items

Copyright HMA

# Overstock Jeweler
## GRADUATION SPECIALS

**FREE GROUND SHIPPING** on all USA orders over $60

**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TODAY** Click for email specials

**NO RISK INVOLVED** 30 Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   YOUR SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

[Search]

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
**20% OFF ENTIRE STOCK, 2 WEEKS SALE! ▶ USE COUPON CODE: GR20**
Offer valid from Jun 16-Jun 30

### FEATURED

Graduation Gifts
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

Home » David Yurman Inspired Jewelry » David Yurman Inspired Jewelry Collection » Inspired by David Yurman 18K Gold Circle Clasp Double Cable Bangle Bracelet

## Inspired by David Yurman 18K Gold Circle Clasp Double Cable Bangle Bracelet



| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Fri, Jun 20** |
| Item #: | ZF-B128G |
| Our Price: | $999.99 |

[Add to Shopping Bag]

**New Flat Shipping Rates:**
**FREE GROUND Shipping** on orders over $60
US Ground Shipping is **$6.95**
Expedited Shipping Available
Intl. Shipping is **$25.** more info

OTHER VIEWS:


### Our Bestsellers

Inspired by David Yurman Albion Cushion Cut Double Cable Ring MORE COLORS!
$49.99

### Matching Items

Inspired by Tiffany Sterling Silver Love Knot Ring
$24.99

Copyright HMA

## Overstock Jeweler
### GRADUATION SPECIALS

**FREE GROUND SHIPPING** on all USA orders over $60
**WE SHIP INTERNATIONALLY** See shipping policy
**SAVE 10% TODAY** Click for email specials
**NO RISK INVOLVED** 30-Day Money Back Guarantee

HOME  NECKLACES & PENDANTS  EARRINGS  BRACELETS  RINGS  WATCHES  MY ACCOUNT  YOUR SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

[Search]

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
**20% OFF ENTIRE STOCK, 2 WEEKS SALE!** USE COUPON CODE: GR20
Offer Valid from Jun 16-Jun 30

Home » David Yurman Inspired Jewelry » David Yurman Inspired Jewelry Collection » David Yurman Inspired Sterling Silver & 18K Gold Carved Cable Ring

### David Yurman Inspired Sterling Silver & 18K Gold Carved Cable Ring



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Mon, Jun 23 |
| Item #: | Z-R296G |
| Our Price: | $214.99 |

**Available Options:**

Choose Ring Size  -- Select --

Ring Sizing Chart

 Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
US Ground Shipping is **$6.95**
Expedited Shipping Available
Int'l. Shipping is **$25.** more info

### FEATURED
**Live Chat** Click Here
Graduation Gifts
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

### Our Bestsellers


**Inspired by David Yurman Albion Cushion Cut Diamond CZ Earrings MORE COLORS!**
$44.99

### Matching Items

**Inspired by David Yurman Round 14K Yellow Gold Dome Pendant**
$99.99

Copyright HMA

Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements
Skull Jewelry

**DEPARTMENTS**

Watches NEW
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Our Customers have ranked us ⭐⭐⭐⭐⭐ based on services. more...

**OTHER VIEWS:**


enlarge

Gift box available at checkout


enlarge

**DESCRIPTION:**

This gorgeous David Yurman replica cable ring is made of a .925 solid sterling silver cable and finished with 18K gold borders. Perfect choice for mens and womens. FREE ground shipping on this item.

| | |
|---|---|
| Measures: | Ring measures 10mm wide (cable is 8mm). |
| Weight: | Weight is 6 grams. |
| Material: | .925 Sterling Silver 18K Gold |
| Category: | Ring Band David Yurman Silver 14K Gold Cable |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**This Item Includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Gift box wrap may be ordered for an additional fee at checkout.



Inspired by David Yurman Round 14K Gold Sterling Silver Clip-on Earrings
$149.99



Gucci Inspired Timepiece Gold and Silver Chain Bracelet Watch
$56.99



Inspired by David Yurman Round Jewel Dome w/ 14K Gold Cable Bangle MORE COLORS!
$299.99

Copyright HMA

# Overstock Jeweler

## GRADUATION SPECIALS

**FREE GROUND SHIPPING** on all USA orders over $60

**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TODAY** Click for email specials

**NO RISK INVOLVED** 30-Day Moneyback Guarantee

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | MY ACCOUNT | YOUR SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK, 2 WEEKS SALE! ► USE COUPON CODE: GR20
Offer Valid from Jun 16-Jun 30

**800.586.0020**
Mon-Fri 9am-6pm EST

Search

### FEATURED
Graduation Gifts
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

Home » David Yurman Inspired Jewelry » David Yurman Inspired Jewelry Collection » David Yurman Inspired Sterling Silver Thoroughbred Cable Earrings with Omega Clips

### David Yurman Inspired Sterling Silver Thoroughbred Cable Earrings with Omega Clips



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Mon, Jun 23 |
| Item #: | BSB-E-046 |
| Our Price: | $39.99 |

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
US Ground Shipping is $6.95
Expedited Shipping Available
Int'l. Shipping is $25. more info



### Our Bestsellers



SALE! David Yurman Inspired Rectangular CZ Pendant with Double Chains MORE COLORS!
$119.99

### Matching items

Inspired by David Yurman Carved Cable Cuff with Diamond CZ
$94.99

Copyright HMA

Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements
Skull Jewelry

**DEPARTMENTS**

Watches *New!*
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

XML



**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Our Customers have ranked us  based on services. more...

**OTHER VIEWS:**


enlarge



Inspired by David Yurman Silver Ice Collection Two Tone Pave CZ Band Ring
$39.99

David Yurman Inspired Two-Tone Cable Disk Sterling Silver Pendant
$59.99

David Yurman Inspired Gold and Silver Oval Link Cable Chain Necklace
$119.99

enlarge

**DESCRIPTION:**

These earrings are imitation of David Yurman's famous Thoroughbred collection. Featuring a cable design made of .925 sterling silver with gold vermeil accents lining the edges and the entire piece is rhodium plated to resist tarnish. Omega clips secured these earrings so that you won't loose them easily. Perfect for everyday or casual wear. For pierced ears only.

| | |
|---|---|
| Measures: | .75" H x 3/16" W |
| Weight: | 4 grams |
| Material: | .925 Sterling Silver 14K Gold |
| Category: | earrings David Yurman silver gold plated cable |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

This Item Includes:

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Gift box wrap may be ordered for an additional fee at checkout.

Check us out on myspace.com 

Copyright HMA

# Overstock Jeweler

**GRADUATION SPECIALS**

FREE GROUND SHIPPING
on all USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    MY ACCOUNT    YOUR SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

[Search]

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
**20% OFF ENTIRE STOCK, 2 WEEKS SALE! > USE COUPON CODE: GR20**
Offer Valid from Jun 16-Jun 30

Home » Tiffany Inspired Jewelry » Tiffany Inspired Jewelry Collection » Inspired by Tiffany 14K Yellow Gold Round Cut Diamond Graduated Bubble Earrings

## Inspired by Tiffany 14K Yellow Gold Round Cut Diamond Graduated Bubble Earrings



### FEATURED

Help is Offline
Leave Message

Graduation Gifts
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains



Availability: **In Stock**
Order Now & Ships: **Mon, Jun 30**
Item #: KA-E-992UE8610N-15
Our Price: $1,599.99

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
US Ground Shipping is **$6.95**
Expedited Shipping Available
Int'l. Shipping is **$25.** more info

### Our Bestsellers

Inspired by Tiffany Sterling Silver Open and Solid Heart Band Ring
$19.99

### Matching Items

Tiffany Inspired Pave Diamond in 14K Gold Heart Pendant
$499.99





Copyright HMA

FREE GROUND SHIPPING
on all USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   YOUR SHOPPING BAG

## Overstock Jeweler
### GRADUATION SPECIALS

800.586.0020
Mon-Fri 9am-6pm EST

[Search]

**FEATURED**

Help is Offline
Leave Message

Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK, 2 WEEKS SALE! • USE COUPON CODE: GR20
Offer Valid from Jun 16-Jun 30

Home » David Yurman Inspired Jewelry » David Yurman Inspired Jewelry Collection » David Yurman Inspired Sterling Silver Genuine Diamond 14K Gold Square Tip Unisex Cable Ring

### David Yurman Inspired Sterling Silver Genuine Diamond 14K Gold Square Tip Unisex Cable Ring



OTHER VIEWS:


Availability: **In Stock**
Order Now & Ships: **Wed, Jun 18**
Item #: SILR-11
Our Price: $699.99

**Available Options:**
Choose Ring Size  -- Select --

Ring Sizing Chart

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
US Ground Shipping is **$6.95**
Expedited Shipping Available
Int'l. Shipping is **$25**. more info

### Our Bestsellers



Tiffany Inspired Nature Leaf Sterling Silver Pendant
$39.99

### Matching Items

Inspired by David Yurman 14K Gold Carved Cable Sterling Silver Huggie Earrings

Copyright HMA

# Overstock Jeweler

## GRADUATION SPECIALS

FREE GROUND SHIPPING
on all USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    MY ACCOUNT    YOUR SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

Search

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK, 2 WEEKS SALE! ▶ USE COUPON CODE: GR20
Offer Valid from Jun 16-Jun 30

Home » Designer Inspired Jewelry » Bulgari/BVlgari Inspired Jewelry » Inspired by Bulgari Diamond and 14K Gold Half Double-Hoop Earrings

### Inspired by Bulgari Diamond and 14K Gold Half Double-Hoop Earrings

| | |
|---|---|
| Availability: | **In Stock** |
| Order Now & Ships: | **Wed, Jun 18** |
| Item #: | KA-EEF3001 |
| Our Price: | $379.99 |

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
US Ground Shipping is **$6.95**
Expedited Shipping Available
Intl. Shipping is **$25**. more info



OTHER VIEWS:




### FEATURED

Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

### COLLECTIONS

Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES

Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

### Our Bestsellers



**Inspired by Harry Winston Double Pave Diamond CZ Wedding Band**
$34.99

### Matching Items

**Tiffany Inspired Pave Diamond in 14K Gold Heart Pendant**
$499.99

Copyright HMA

# Overstock Jeweler

## GRADUATION SPECIALS

FREE GROUND SHIPPING on all USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   YOUR SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK. 2 WEEKS SALE! ▶ USE COUPON CODE: GR20
Offer Valid from Jun 16-Jun 30

Home » Designer Inspired Jewelry » Cartier Inspired Jewelry » Cartier Inspired Diamond and 14K Yellow Gold Twist Half Hoop Earrings

## Cartier Inspired Diamond and 14K Yellow Gold Twist Half Hoop Earrings



Availability: **In Stock**
Order Now & Ships: **Wed, Jun 18**
Item #: KA-E-UE8597
Our Price: $329.99

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
US Ground Shipping is **$6.95**
Expedited Shipping Available
Intl. Shipping is **$25.** more info

OTHER VIEWS:



800.586.0020
Mon-Fri 9am-6pm EST

[Search]

FEATURED

Help is Offline
Leave Message

Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

### Our Bestsellers

**Tiffany Inspired Bead Earrings Sterling Silver**
$24.99

### Matching Items

**Harry Winston Inspired Channel-Set Princess Cut Gold Vermeil Diamond CZ Tennis Bracelet**
$49.99

Copyright HMA

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $59

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TOD
Click for email spec

NO RISK INVOLV
30-Day Moneyback Guaran

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   GIFT REGISTRY   SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Faux Jewelry > David Yurman Inspired Copy Thoroughbred Cable Band Ring

[Search]

### FEATURED ITEMS
**Valentine's Day Jewelry**
**Clearance Sale**
New Arrivals
Best Sellers
Celebrity Jewelry

### COLLECTIONS
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Religious Jewelry
Equestrian Jewelry

### DEPARTMENTS
Watches NEW!
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
**Clearance Sale Jewelry**

### MATERIALS
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

## David Yurman Inspired Copy Thoroughbred Cable Band Ring



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Fri, Feb 16 |
| Item #: | PK-ST-SR1001 |
| List Price: | $119.99 |
| **Our Price:** | **$39.99** |

Choose size: 6

**Ring Sizing Chart**

[Add to Shopping Bag]

**New Flat Shipping Rates:**
**FREE GROUND Shipping**
on orders over **$60**
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

OTHER VIEWS:



Click to enlarge

**DESCRIPTION:**
This David Yurman copy ring is an exact replica of the one made by David Yurman. Made completely of .925 sterling silver, our cable ring is finished with 10K gold vermeil detailing and the entire ring is buffed to a high shine. Perfect unisex ring is great for both men and women.

| | |
|---|---|
| **Measures:** | Ring measures 3/8" wide. |
| **Weight:** | Weight is 6 grams. |
| **Material:** | .925 Sterling Silver 10K Gold Vermeil |
| **Category:** | Ring Band David Yurman Mens Womens Silver Gold Plated Cable |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

**CUSTOMER REVIEWS:**
Tiffany Jewelry Replicas was great! I placed my order easily and just a few days later the package

**Our Bestsellers**



**Cartier-esque Inspired Tw Tone Stainless Steel Screv Motif Love Bangle**
$49.99

**Matching Items**



**David Yurman Inspired Carved Collection Inspire Copy Cable Link Bracelet**
$109.99



**David Yurman Inspired Tw Tone Cable Cross Pendan**
$149.99



**David Yurman Inspired Replica Sterling Silver 5m Metro Bracelet w/ 18K Gol**
$389.99



**David Yurman Inspired Knockoff Sterling Silver 14 Yellow Gold Triangle Tip Cable Bangle**
$439.99



**Tiffany Inspired 14K Gold**

# Overstock Jeweler

## GRADUATION SPECIALS




**FREE GROUND SHIPPING**
on all USA orders over $60

**WE SHIP INTERNATIONALLY**
See shipping policy

**SAVE 10% TODAY**
Click for email specials

**NO RISK INVOLVED**
30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK. 2 WEEKS SALE! ▶ USE COUPON CODE: GR20
Offer valid from Jun 16-Jun 30

**800.586.0020**
Mon-Fri 9am-6pm EST

[Search]

### FEATURED

Live Chat - Click Here

Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

---

**Refine Your Search By:**

Product: 1 - 1 of 1    Search For: af-2148

Sort by : Name ▲▼ || Price ▲▼ || Relevance



Bulgari Inspired Two Row Spiga Collection Wrap Pave Diamond CZ Sterling Silver Ring
Our Price: $54.99



Grid ▦   List ☰

Page 1 of 3

Copyright HMA

Page 1 of 3

## Overstock Jeweler
### GRADUATION SPECIALS

FREE GROUND SHIPPING
on all USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

[Search]

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK, 2 WEEKS SALE! ► USE COUPON CODE: GR20
Offer Valid from Jun 16-Jun 30

**FEATURED**
Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

Refine Your Search By:

Product: 1 - 1 of 1   Search For: r-bzero1

Sort by : Name ▲▼ || Price ▲▼ || Relevance

Grid   List



FATHER'S DAY SALE! SAVE $15! Bulgari Bzero1 Inspired Sterling Silver Ring with Pave CZ Diamonds
Our Price: $44.99
CELEBRITY CHOICE



Copyright HMA

Overstöck Jeweler

GRADUATION SPECIALS

FREE GROUND SHIPPING on all USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   YOUR SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
20% OFF ENTIRE STOCK. 2 WEEKS SALE! ▶ USE COUPON CODE: GR20
Offer Valid from Jun 16-Jun 30

800.586.0020
Mon-Fri 9am-6pm EST

Search

Home » Designer Inspired Jewelry » Gucci Inspired Jewelry » Gucci Inspired Sterling Silver 20" Square Link Men's Chain Necklace

Gucci Inspired Sterling Silver 20" Square Link Men's Chain Necklace



OTHER VIEWS:



FEATURED
Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

Availability: In Stock
Order Now & Ships: Tue, Jun 17
Item #: SSTR-92-20LNK
Our Price: $299.99

Necklace Sizing Chart

Add to Shopping Bag

New Flat Shipping Rates:
FREE GROUND Shipping on orders over $60
US Ground Shipping is $6.95
Expedited Shipping Available
Intl. Shipping is $25. more info

Our Bestsellers



Inspired by Tiffany Pave Diamond CZ Wedding Band
$29.99

Matching Items



Inspired by Gucci Men's Square Link Sterling Silver Chain Bracelet
$69.99

Copyright HMA