UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
YURMAN STUDIO, INC. and YURMAN : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC., : (Action No. 1)
:
        Plaintiffs/Counter-Defendants, :
:
- against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
        Defendants/Counter-Plaintiffs. :
:
------------------------------------------------------------- x
------------------------------------------------------------- x
:
CARTIER, a division of RICHEMONT NORTH : Civil Action No. 07-7862 (SAS)(HP)
AMERICA, INC., CARTIER INTERNATIONAL, : (Action No. 2)
N.V., CARTIER CREATION STUDIO, S.A., VAN :
CLEEF & ARPELS S.A., VAN CLEEF & :
ARPELS, INC., VAN CLEEF & ARPELS :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A., :
:
        Plaintiffs, :
:
- against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
        Defendants. :
:
------------------------------------------------------------- x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN OPPOSITION TO
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT F

SEARCH   SHOPPING BAG   MY ACCOUNT   ASSISTANCE   FIND A STORE

WOMEN / NECKLACES & CHAINS / PETITE CROSS NECKLACE

NEW ARRIVALS
TIMEPIECES
BRACELETS
ENHANCERS & PENDANTS
NECKLACES & CHAINS
  BY COLLECTION
  BY METAL
  BY GEMSTONE
RINGS
EARRINGS
GIFT CARD
SPRING CATALOGS
BRIDAL

BACK   PREVIOUS ITEM 103 / 167 NEXT ITEM



ZOOM + -

NEED HELP?

PETITE CROSS NECKLACE

Cross pendant in sterling silver with 14-karat yellow gold center accent on a petite box chain. Cross pendant, 7/8"H x 1/2"W. 16"L. Made in the USA of domestic and imported material.

Store Style Number: N06544 S416

DYS08_Y9738

Make your selections below.

QUANTITY: 1

Price: $250.00

IN STOCK

EMAIL A FRIEND

Copyright HMA

*Jewelry Prices*

| Jewelry ref | Prices Feb 07 |
|---|---|
| Panthère de Cartier, brooch - HP500287 | Indiv priced (around 176,000$) |
| Pasha de Cartier pendant - B3023700 | 2,550 |
| Panthère de Cartier ring - N4183000 | 25,550 |
| Panthère de Cartier ring - H4078300 | Indiv priced |
| Agrafe bracelet - N6025502 | 9,900 |
| Wedding ring - B4020700 | 9,650 |
| Panthère de Cartier bracelet - N6029800 | 32,150 |
| Pasha de Cartier ring - B4061200 | 6,950 |
| Maillon Panthère d Cartier earrings - N8021600 | 7,900 |
| Caresse d'orchidées par Cartier earrings - HP800423 | Indiv priced |
| Meli Melo earrings - N8022100 | 3,500 |
| Love necklace - B7212500 | 1,550 |

CARTIER02206