UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN : Civil Action No. 07-1241 (SAS)(HP)
DESIGN, INC., : (Action No. 1)
:
    Plaintiffs/Counter-Defendants, :
:
- against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
    Defendants/Counter-Plaintiffs. :
:
------------------------------------------------------------- x
------------------------------------------------------------- x
:
CARTIER, a division of RICHEMONT NORTH : Civil Action No. 07-7862 (SAS)(HP)
AMERICA, INC., CARTIER INTERNATIONAL, : (Action No. 2)
N.V., CARTIER CREATION STUDIO, S.A., VAN :
CLEEF & ARPELS S.A., VAN CLEEF & :
ARPELS, INC., VAN CLEEF & ARPELS :
DISTRIBUTION, INC., GUCCI AMERICA, INC., :
and BULGARI S.p.A., :
:
    Plaintiffs, :
:
- against - :
:
ELENA CASTANEDA and EJEWELER LLC :
d/b/a OVERSTOCKJEWELER.COM, :
:
    Defendants. :
:
------------------------------------------------------------- x

**DECLARATION OF LOUIS S. EDERER, ESQ. IN OPPOSITION TO
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT G



# Overstock Jeweler

### HAPPY VALENTINE'S DAY

FREE GROUND SHIPPING on all USA orders
WE SHIP INTERNATIONALLY See shipping policy

SAVE 10% TODAY Click for email specials
NO RISK INVOLVED 30 Day Moneyback Guarantee
SHOPPING BAG

HOME    NECKLACES & PENDANTS    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK, USE COUPON: VDAY
Offer expires Feb 14

800.586.0020
Mon-Fri 9am-5pm EST


Live Chat Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse NEW!

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

The owner of Overstock Jeweler began her career in the retail business when she was 18 years old. She helped run her family business, a large specialty discount store selling overstocked items such as lingerie, apparel, shoes and jewelry. After loosing their retail store lease in Manhattan, the owner realized her love for the retail business. With over 20 years of experience of buying overstock production and her connections from her family business, she knew she had the ability to venture out into the retail world on her own, and in 2002 she tried something new, e-commerce. Deciding to focus on her favorite thing to purchase, jewelry and taking here Overstock buying expertise's she came up with Overstockjeweler.com Now located in mid-town Manhattan, in the heart of the jewelry district, Overstockjeweler.com is thriving, and the owner has never looked back.

OverstockJeweler.com is committed to providing you the best in quality, service and selection of Designer Inspired Jewelry in the world. With several years of experience, Overstock Jeweler has an unprecedented record and reputation for bringing quality knockoff jewelry to some of the country's most scrupulous bargain jewelry shoppers and jewelry stores. Delivering discount jewelry directly to your doorstep, Overstock Jeweler affords the opportunity for beautiful jewelry at incredible savings! Each Designer inspired piece in our exquisite collection is designed and made with quality, style and affordability in mind. We at Overstock Jeweler have created a Designer Imitation Jewelry collection dedicated to bringing you the Designer Knockoff Jewelry that best expresses your unique personality. Whether you're going to the office or to the opera, whether you're in denim or in cashmere, OverstockJeweler.com has bargain Knock Off Jewelry that matches your style while keeping you up-to-date with the latest fashion trends.

Our designer copies are only inspired by these designers. Please read our disclaimer. OverstockJeweler.com is independent from and is in no way related to Overstock.com

OverstockJeweler.com
PO Box 599 New York, NY 10028
Toll Free 1-800-586-0020 Fax 212-695-0508
contact@overstockjeweler.com

EXHIBIT 3
DIF's
2/7/08 FO

Copyright HMA

# Overstock Jeweler

## GRADUATION SPECIALS

**FREE GROUND SHIPPING** on all USA orders over $60

**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TODAY** Click for email specials

**NO RISK INVOLVED** 30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   MY ACCOUNT   SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

Search

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING FOR ORDERS OVER $60
**20% OFF ENTIRE STOCK. 2 WEEKS SALE! ▶ USE COUPON CODE: GR20**
Offer valid from Jun 16-Jun 30

### FEATURED

Father's Day
New Arrivals
Best Sellers
Turquoise Jewelry
Clearance Sale

### COLLECTIONS

Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES

Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains

**Refine Your Search By:**

Category   Collections   Cuts   Material   Motifs   Price   Shapes   Stone Color   Style

Product: 1 - 27 of **2340**   Search For: Knockoff

Sort by : Name ▲ ▼ || Price ▲ ▼ || Relevance

<<First  <Prev  **1** 2 3 4 5 6 7 8 9 10 ...  Next>  Last>>   [View-All]



Tiffany Inspired Jewelry Style 14K Yellow Gold Round Cut Diamond Graduated Bubble Earrings
Our Price: **$1,599.99**



Cartier-esque Inspired 14K Gold Screw Motif Bangle Bracelet
Our Price: **$1,499.99**
**CELEBRITY CHOICE**

 

Juicy Couture Inspired 14K Gold Multi Concentric Circles Cable Chain Necklace
Our Price: **$1,299.99**



Kieselstein Cord Inspired Pin 14 Karat Yellow Gold

   

David Yurman -Esque 18K Gold Circle Clasp Double Cable Bangle
Our Price: **$999.99**



Tiffany Inspired Copy Diamond and 14K Yellow Gold Bubble Studs Earrings

Copyright HMA

# Overstock Jeweler

FREE GROUND SHIPPING
USA orders over $60

WE SHIP INTERNATIONALLY
See shipping policy

SAVE 10% TODAY
Click for email special

NO RISK INVOLVED
30-Day Moneyback Guarantee

HOME   NECKLACES & PENDANTS   EARRINGS   BRACELETS   RINGS   WATCHES   GIFT REGISTRY   SHOPPING BAG

**800.586.0020**
Mon-Fri 9am-6pm EST

Search: david yurman

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $

**FEATURED ITEMS**
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

**COLLECTIONS**
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

**CATEGORIES**
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

**DEPARTMENTS**
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

**MATERIALS**
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Faux Jewelry > David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS!

### David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS!



| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Fri, Feb 16 |
| Item #: | BSB-Palb |
| List Price: | $224.99 |
| **Our Price:** | **$74.99** |

Choose color: Blue Topaz

Necklace Sizing Chart

[Add to Shopping Bag]

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is $25. more info

**Our Bestsellers**


David Yurman Inspired Knockoff Albion Pendant Enhancer MORE COLORS
$74.99

**Matching Items**


Inspired By David Yurman Jewelry Inspired Carved Albion Earrings MORE COLORS!
$74.99


David Yurman Noblesse Inspired Copy Emerald-Cut Colored CZ Cable Ring MORE COLORS!
$39.99


David Yurman Inspired Imitation Carved Jewel Dome Cable Bangle Sterling Silver MORE COLORS!
$274.99


Inspired By David Yurman Jewelry Imitation Carved Cable Albion Pendant and Earrings Set MORE COLORS!
$119.99

**OTHER VIEWS:**


Click to enlarge


Click to enlarge


Click to enlarge

**DESCRIPTION:**

This pendant is a replica of the famous David Yurman Albion design. Made of solid .925 sterling silver with gold vermeil details outlining the edges. CZ Gemstone is available in color of your choice. This pendant is heavyweight and will be a perfect complement for your albion jewelry collection. CHAIN IS NOT INCLUDED.

**Measures:** 3/4" H x 3/4" W
**Weight:** 12 grams

**Overstock Jeweler**

HAPPY VALENTINE'S DAY

FREE GROUND SHIPPING
on all USA orders

WE SHIP INTERNATIONALLY
See shipping policy

HOME    NECKLACES & PENDANTS

[Search]

800.586.0020
Mon-Fri 9am-6pm EST


Live Chat Click Here

**VALENTINE FEATURED ITEMS**
Heart Shaped Jewelry
Final Clearance Sale
New Arrivals
Best Sellers
Judith Leiber Inspired Purse 

**COLLECTIONS**
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

**CATEGORIES**
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

HOME    EARRINGS    BRACELETS    RINGS    WATCHES    GIFT REGISTRY

SAVE 10% TODAY
Click for email specials

NO RISK INVOLVED
30 Day Moneyback Guarantee

SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS
FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY
offer expires Feb 14

Home > Necklaces and Pendants: Sterling Silver, Cubic Zirconium, 14k Gold, Lariats, Fleur-de-lis, South Sea Shell Pearls > Cartier-esque Inspired Pasha Quilted Turquoise Sterling Silver Circle Pendant

### Cartier-esque Inspired Pasha Quilted Turquoise Sterling Silver Circle Pendant

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Thurs, Feb 7 |
| Item #: | SF-91663201 |
| List Price: | $119.99 |
| **Our Price:** | **$49.99** |

Choose length of chain: [16 inch ▼]

Necklace Sizing Chart

[Add to Shopping Bag]

**FREE GROUND SHIPPING:**
On all USA Orders
via ground
Intl. Shipping is $25. more info.

OTHER VIEWS:

**Our Bestsellers**


Cartier-esque Inspired Jewelry Stainless Steel Screw Motif Love Ring
$29.99

**Matching Items**


Cartier-esque Inspired Pasha Round Onyx Quilted CZ Ring
$64.99


Designer Inspired Sterling Silver Turquoise Rectangular Serpentined Earrings
$39.99


PLAINTIFF'S EXHIBIT

Copyright HMA

Skull Jewelry

**DEPARTMENTS**

Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**

Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

We Ship Internationally $25 Flat Rate

**SHOPPING SERVICES**

Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

**SERVICE YOU CAN TRUST**

Risk Free 30 Day returns

Yahoo has ranked us
based on reviews. more...

Free GROUND Shipping



Click to enlarge



Click to enlarge

### DESCRIPTION:

This Cartier-esque Inspired Pasha Collection pendant is set in .925 Sterling Silver. Backed by a genuine turquoise stone, this pendant has a simple yet stylish look. Perfect for either classy or trendy outfits. Not an identical Cartier reproduction, this Pasha styled pendant is strikingly similar to the real thing. This stunning pendant features quilted detailing. Comes with a 16" or 18" sterling silver chain.

| | |
|---|---|
| Measures: | 1" in diameter |
| Weight: | 6 grams |
| Material: | .925 Sterling Silver Turquoise |
| Category: | pendant cartier inspired turquoise sterling silver circle women |

All measurements are approximate. Designer mentioned does not make this item. Please read our disclaimer.

### CUSTOMER REVIEWS:

Just like to say that I was really impressed how easy it was to order jewelry & the delivery time. Someone had sent me an email to view some of the jewelry. Great job!

**This Item Includes:**

- No Sales Tax except for NY
- 30-Day Moneyback Guarantee
- Item is shipped in velvet pouch.
- Free Gift box and Free Gift Message!

**Recently viewed items**

 Cartier-esque Inspired Pasha Round Mother of Pearl Quilted Pave Earrings $24.99

 Chopard Inspired Sterling Silver Happy Diamond CZ Pave Round Disc Ring $54.99

 Cartier-esque Inspired Screw Motif Love Collection Octagonal Stainless Steel Watch $49.99







Copyright HMA

Gucci-esque Inspired Jewelry Collection Inspired Equestrian Sterling Silver Bracelet          Page 1 of 2

# Overstock Jeweler

**FREE GROUND SHIPPING**
(USA orders over $60)

**WE SHIP INTERNATIONALLY**
See shipping below

| HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | S |

**800.586.0020**
Mon-Fri 9am-6pm EST

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON

Designer Inspired Jewelry > Gucci-esque Inspired Jewelry Collection Inspired Equestrian Sterling Silver Brac

[Search]

### FEATURED ITEMS
New Arrivals
Best Sellers
Turquoise Jewelry
Judith Leiber Inspired Bags NEW!

### COLLECTIONS
Celebrity Jewelry
Tiffany Inspired Jewelry
David Yurman Inspired Jewelry
Designer Inspired Jewelry
Designer Inspired Baby Charms
Men's Jewelry
Judith Leiber Inspired Bags

### CATEGORIES
Engagement Rings
Chandelier Earrings
Bridal Jewelry
Heart Shaped Jewelry
Tennis Bracelets & Necklaces
Chains
Cufflinks
Clover Jewelry
Religious Jewelry
Equestrian Jewelry
Earth Elements

### DEPARTMENTS
Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Clearance Sale

### MATERIALS
Sterling Silver & CZ

Gucci-esque Inspired Jewelry Collection Inspired Equestrian Sterling Silver Bracelet

| | |
|---|---|
| Availability: | In Stock |
| Order Now & Ships: | Fri, Jul 27 |
| Item #: | SC-HE56177 |
| List Price: | $189.99 |
| **Our Price:** | **$74.99** |

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping
on orders over $60
USA East Coast Ground $4.50
USA Mid West Ground $5.50
USA West Coast Ground $6.75
Intl. Shipping is $25.



OTHER VIEWS:



Gift box available at checkout

Click to enlarge

**DESCRIPTION:**

Made of .925 sterling silver, this Gucci Jewelry Collection replica bracelet features two back-to-back horseshoe-link rings joined side to side and interlocking with an toggle clasp locking it at the end. Etchings on both horseheads detail the faces and bridles of the horse. A hook and eye closure ensures a secure clasp.

| **Measures:** | 8" in length, 2.2mm in height |
| **Weight:** | 30 grams |
| **Material:** | .925 Sterling Silver |


EXHIBIT
PIF's 124
3/18/08

# Overstock Jeweler

**FREE GROUND SHIPPING** USA orders over $60
**WE SHIP INTERNATIONALLY** See shipping policy

**SAVE 10% TOD** Click for email speci
**NO RISK INVOLV** 30-Day Moneyback Guaran

HOME | NECKLACES & PENDANTS | EARRINGS | BRACELETS | RINGS | WATCHES | GIFT REGISTRY | SHOPPING BAG

**800.586.0020** Mon-Fri 8am-6pm EST

**ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ORDER OVER $**

Home > Top Best Selling Designer Inspired Jewelry, Best Seller Sterling Silver Jewelry & Top Celebrity Faux Jewelry > David Yurman Albion Inspired Replica Cushion Cut Double Cable Ring MORE COLORS!

### FEATURED ITEMS
- Valentine's Day Jewelry
- Clearance Sale
- New Arrivals
- Best Sellers
- Celebrity Jewelry

### COLLECTIONS
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry

### CATEGORIES
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Religious Jewelry
- Equestrian Jewelry

### DEPARTMENTS
- Watches NEW!
- Bracelets
- Necklaces & Pendants
- Earrings
- Rings
- Pins & Brooches
- Ankle Bracelets
- Accessories
- Baby Gifts & Charms
- Clearance Sale Jewelry

### MATERIALS
- Sterling Silver & CZ
- Gold Jewelry
- Pearls
- Diamond Jewelry
- Gemstone Jewelry
- Turquoise Jewelry

## David Yurman Albion Inspired Replica Cushion Cut Double Cable Ring MORE COLORS!



Availability: **In Stock**
Order Now & Ships: **Fri, Feb 16**
Item #: RCH-RZ2894
List Price: $189.99

**Our Price: $49.99**

Choose stone color: Blue Topaz
Choose size: 5

Ring Sizing Chart

Add to Shopping Bag

**New Flat Shipping Rates:**
FREE GROUND Shipping on orders over $60
USA East Coast Ground **$4.50**
USA Mid West Ground **$5.50**
USA West Coast Ground **$6.75**
Intl. Shipping is **$25.** more info

### Our Bestsellers



**Heidi Klum Inspired Pave Diamond Cz Four Leaf Clover Sterling Silver Pendant with Black Silk Cord**
$49.99

### Matching Items



**David Yurman Inspired Replica Albion Cushion Ci Diamond CZ Earring MORE COLORS!**
$44.99



**David Yurman Inspired Albion Replica Diamond C Pendant Enhancer MORE COLORS!**
$69.99



**David Yurman Inspired Jewelry Sterling Silver Square-tip Bangle**
$134.99



**David Yurman Inspired Go and Silver Oval Link Chain Necklace**
$119.99

**OTHER VIEWS:**


Click to enlarge


Click to enlarge


Click to enlarge

**DESCRIPTION:**

This David Yurman Albion inspired ring has a large cushion-cut center stone completely surrounded by tiny cubic zirconia chips. The sides are detailed with carved edging. The center stone's face is cut for a multi-dimensional surface that catches and reflects thousands of little light particles, giving the ring an astounding sparkle.

**Measures:** Center stone measures 1/2" high and 1/2" wide. Cable width is 4mm.
**Weight:** Weight is 12 grams.
**Material:** Brass 14K Gold plated Cubic Zirconia

# Overstock Jeweler

**HAPPY VALENTINE'S DAY**

HOME  NECKLACES & PENDANTS  EARRINGS  BRACELETS  RINGS  WATCHES  GIFT REGISTRY

FREE GROUND SHIPPING on all USA orders
WE SHIP INTERNATIONALLY See shipping policy

800.586.0020
Mon-Fri 9am-6pm EST

SAVE 10% TODAY Click for email specials
NO RISK INVOLVED 30 Day Moneyback Guarantee
SHOPPING BAG

ORDERS USUALLY SHIP SAME BUSINESS DAY. FREE GROUND SHIPPING ON ALL USA ORDERS. FREE GIFT BOX. FREE GIFT MESSAGE - 10% OFF ENTIRE STOCK. USE COUPON: VDAY offer expires Feb 14*

Help is Offline — Leave Message

**VALENTINE FEATURED ITEMS**
- Heart Shaped Jewelry
- Final Clearance Sale
- New Arrivals
- Best Sellers
- Judith Leiber Inspired Purse Night

**COLLECTIONS**
- Celebrity Jewelry
- Tiffany Inspired Jewelry
- David Yurman Inspired Jewelry
- Designer Inspired Jewelry
- Designer Inspired Baby Charms
- Men's Jewelry
- Judith Leiber Inspired Bags

**CATEGORIES**
- Engagement Rings
- Chandelier Earrings
- Bridal Jewelry
- Heart Shaped Jewelry
- Tennis Bracelets & Necklaces
- Chains
- Cufflinks
- Clover Jewelry
- Religious Jewelry
- Equestrian Jewelry
- Earth Elements

## David Yurman Inspired Rings.

DY inspired sterling silver, 14k gold, noblesse & Albion gemstones. David Yurman does not make these items. See disclaimer

Page 1 of 3
Page: 1 | 2 | 3 | View All

Sort By: Default Sort   Name   Price
« previous

showing products 1-18 of 54
next »



David Yurman Inspired Sterling Silver Multi Color CZ Renaissance Cable Band Ring
List Price: $119.99
Our Price: $39.99



SALE! David Yurman Inspired Sterling Silver CZ Cable Band Mosaics Renaissance Ring
List Price: $159.99
Our Price: $39.99



David Yurman Inspired Sterling Silver CZ Pave Double Cable Round Albion Ring
List Price: $134.99
Our Price: $44.99

David Yurman Inspired Sterling Silver Genuine Diamond 14K Gold Square Tip Unisex Cable Ring
List Price: $2099.99
Our Price: $699.99

David Yurman Inspired Sterling Silver/ 18K Gold Beaded Cable Ring
List Price: $1349.99
Our Price: $449.99



David Yurman Albion Style Inspired Sterling Silver Large Cable Smokey Topaz Ring
List Price: $239.99
Our Price: $79.99

EXHIBIT  RIPS 15  2/7/08

Copyright HMA

Skull Jewelry

**DEPARTMENTS**
Watches
Bracelets
Necklaces & Pendants
Earrings
Rings
Pins & Brooches
Ankle Bracelets
Accessories
Baby Gifts & Charms
Shop by Price

**MATERIALS**
Sterling Silver & CZ
Gold Jewelry
Pearls
Diamond Jewelry
Gemstone Jewelry
Turquoise Jewelry

We Ship Internationally $25 Flat Rate

**SHOPPING SERVICES**
Wholesale Silver Jewelry
Gift Certificates
Affiliate Program
Wish List Program
Ring Size Chart
Shipping Policy
Celebrity Jewelry Blog

Check us out on myspace.com

**SERVICE YOU CAN TRUST**
Risk Free 30 Day returns
Yahoo has ranked us
based on reviews. more...

Free GROUND Shipping


David Yurman Inspired Sterling Silver Large Albion Cable Turquoise Ring
List Price: $239.99
Our Price: $79.99


David Yurman Inspired Sterling Silver Diamond CZ 3 Row Cable Engagement Ring
List Price: $119.99
Our Price: $39.99


David Yurman Inspired Sterling Silver/Gold Vermeil Diamond CZ Pave "X" Single Cable Ring
List Price: $104.99
Our Price: $34.99


David Yurman Mosaics Renaissance Inspired Sterling Silver Turquoise Cable Ring
List Price: $149.99
Our Price: $49.99


David Yurman Inspired Sterling Silver Diamond CZ Cable Engagement Ring
List Price: $119.99
Our Price: $39.99


David Yurman Silver Ice Inspired Sterling Silver Mini Oval CZ Pave Cable Ring
List Price: $104.99
Our Price: $34.99


Designer Inspired Sterling Silver Gold Vermeil Two Tone CZ Pave Double Cable Ring
List Price: $179.99
Our Price: $59.99


David Yurman Inspired Sterling Silver Diamond CZ Turquoise Trillion Ring
List Price: $224.99
Our Price: $74.99


David Yurman Inspired Double Cable Art Deco CZ Ring MORE COLORS!!
List Price: $149.99
Our Price: $59.99


David Yurman Inspired Double Cable Oval CZ Vintage Cocktail Ring MORE COLORS!
List Price: $124.99


David Yurman Inspired Double Cable Large Oval CZ Ring MORE COLORS!!!
List Price: $159.99


David Yurman Renaissance Inspired Diamond CZ Cable Ring MORE COLORS!
List Price: $159.89

Copyright HMA

on all USA Orders

Secure Online Shopping

Our Price: $69.99    Our Price: $49.99    Our Price: $64.99

Page: 1 | 2 | 3 | View All    next »

Sort By: Default Sort   Name   Price    showing products 1-18 of 54

Page 1 of 3

Our David Yurman collection is one of our most popular collections we have on our site. Our jewelry is custom made and very rare and hard to find jewelry, especially at the prices we are offering them for. Here in out David Yurman inspired rings selection we have all of the popular styles and motifs that David Yurman is famous for, but with our own little twist. They are not exact replicas, but inspired! We have inspired David Yurman carved cable rings, faux David Yurman noblesse triple cable rings, David Yurman took alike Albion ring, David Yurman inspired sterling silver cable X ring, Yurman styled diamond cz princess cut engagement rings, sterling silver Yerman -esqe gemstone rings available in all gemstones!

Overstockjeweler.com is proud to be one of the best bargain cheap discount jewelers online. We also offer other Yerman inspired jewelry : David Yurman inspired Albion ring reproductions, sterling silver jewelry, gold vermeil jewelry, pearl rings, designer inspired silver cable jewelry, Yerman -esque carved cable rings, Yerman styled gemstones, designer inspired silver cable jewelry, designer styled jewelry, sterling silver gemstone ring, and designer inspired bracelet.

We also offer a huge selection of other famous designer inspired jewelry for women, men, & even babies! Some of our jewelry is inspired by Cartier, Gucci, Chanel, Chopard, Roberto Coin, Mikimoto, Bulgari/ Bvigari, Hermes, John Hardy, Stephen Lagos, Fred Leighton, Judith Ripka, Harry Winston, Heidi Klum, Tiffany, David Yurman, Michelle Round Deco, Van Clef & Arpel, Gloria Vanderbilt, Kieselstein, Juicy Couture, Vera Wang, Majorica and other famous jewelry designers.

Home    About Us    Store Policy    Shipping Policy    Return Policy    Your Shopping Bag    Contact Us

Site Map | Compare Item List | Testimonials | Buyer's Guide | Links | History | Jewelry Glossary | Jewelry Care | Inspirations | Articles | Popular Searches | FAQs



Overstockjeweler.com PO Box 599 New York, NY 10028 1-800-586-0020
©1999-2007 Overstock Jeweler, Inc. All rights reserved. Disclaimer
Disclaimer:- Overstockjeweler.com is independent from and is in no way related to Overstock.com
Yahoo Store designer: RTMLWise

Printer Friendly

Copyright HMA

Web Images Maps News Shopping Gmail more ▼                                                                                                 Sign in

Google | overstock jeweler                          | Search |   Advanced Search
                                                                 Preferences

Web                                                Results **1 - 10** of about **761,000** for **overstock jeweler**. (0.11 seconds)

                                                                            Sponsored Links

**Overstock Jeweler**                              Sponsored Link           **Overstock Jeweler Coupons**
www.OverstockJeweler.com                                                    Get **Overstock Jeweler** Coupons and
Free Ground Shipping For Orders Over $60                                    Deals. Shop Now and Save Big.
                                                                            www.websquare.com

**Overstock Jeweler**
Silver CZ **Jewelry**, Tiffany **Jewelry** Replicas/Copies, Cheap Discount **Jewelers**: Rings   **Designer Inspired Jewelry**
Necklaces Bracelets Pendants Earrings ...                                   Great Prices On The Hottest Styles.
www.overstockjeweler.com/ - 51k - Cached - Similar pages                    Free Gift and Free Ship Offer!
                                                                            www.EvasAddiction.com
**Cheap Bridal Jewelery Sets, Bargain Discount Bridesmaid Jewellery ...**
Bride & Bridesmaid **Jewelry**, Accessories, Tiaras & Hair **Jewelry**, Wedding Party, Groom &   **20% Off Overstock Jeweler**
Groomsmen, Gifts - Bridal, Bridesmaid, Groom And Groomsmen **Jewelry** ...                      Save 20% off your online order.
www.overstockjeweler.com/bridal-jewelry-c-51.html - 40k - Cached - Similar pages                Hurry, coupon ends Jun 30
More results from www.overstockjeweler.com »                                Shopaner.com/coupons

**Overstock Jeweler - New York, NY, 10001 - Citysearch**
Come to Citysearch to get information, directions, and reviews on **Overstock Jeweler** and
other **Jewelry** & Watches, Shopping, Bridal Shops, Weddings, ...
Show map of 1328 Broadway, New York, NY 10001
newyork.citysearch.com/profile/41928834/new_york_ny/overstock_jeweler.html - 76k -
Cached - Similar pages

**ShareASale.com and OverstockJeweler.com**
**Overstock Jeweler** is one of the fastest growing imitation **jewelry** merchants on ...
**Overstock Jeweler** is a heavy discount online **jeweler** offering the finest ...
www.shareasale.com/shareasale.cfm?merchantID=8243 - 15k - Cached - Similar pages

**Silver CZ Jewelry, Tiffany Jewelry Replicas/Copies, Cheap Discount ...**
**Overstock Jeweler** Cheap Discount **Jewelry** Collection includes Designer inspired ... At
**Overstock Jeweler** you choose from a vast collection of designer ...
www.overstockjeweler.net - 51k - Cached - Similar pages

**Overstock Celebrity Jewelry**
It's the scent of success that has us storming into stores and buying the fragrances and

jewelry of the stars. Almost everyone wants to be young, ...
blog.overstockjeweler.com/ - 70k - Cached - Similar pages

**Overstock Jeweler Reviews. Buying guides & consumer product ...**
Read product reviews on **Overstock Jeweler**. Overall Rating: 4 stars from 115 consumer reviews at Epinions.com.
www.epinions.com/pr-Online_Stores_Services-Overstock_Jeweler - 53k - Cached - Similar pages

**PartnerCentric affiliate programs, highest paying affiliate ...**
PartnerCentric affiliate programs provide affiliate marketers with some of the highest paying affiliate programs available. Earn more money with our top ten ...
www.partnercentric.com/affiliates/ - 23k - Cached - Similar pages

**OverstockJeweler.com Overstock Jeweler Necklace Bracelet Tiffany ...**
Mar 7, 2007 ... OverstockJeweler **Overstock**Jeweler.com Save at OverstockJeweler.com with Coupons, OverstockJeweler Coupon Code, Get the latest coupon for.
www.whatsyourdeal.com/forums/2228-overstockjeweler-com-overstock-jeweler-necklace-bracelet.html - 37k - Cached - Similar pages

**AMWSO News - Overstock Jeweler**
It's that time of year for Dads and Grads, and **Overstock Jeweler** is having a Graduation Sale. ... Not yet a money-making affiliate with **Overstock Jeweler**? ...
www.amwso.com/rss/detail.php?ID=36 - 16k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    Next

[overstock jeweler]  Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Copyright HMA

Report: Keyword_performance_June07_to_today
Report View: 02/18/2008; 02/17/2008; 02/16/2008; 02/15/2008; 02/14/2008; 02/13/2008; 02/12/2008; 02/11/2008; 02/10/2008; 02/09/2008; 02/08/2008; 02/07/2008;
Include rows where: Account: elena   Overstock/J;
Rows: 86

| Account Name | Campaign | Order name | Medium | Keyword | Current Maximum CPC | Imp | Clicks | CTR | Avg CPC | Total Cost | Avg Pos | Conv | Conv Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overstock/J | Primary Keywords | Long Keywords | Search | cheap sterling silver jewelry | 4 | 618 | 49 | 7.9288 | 1.15 | 56.38 | 1.01 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | christian fish silver jewelry | 4 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords- | Search | cubic zirconia silver jewelry | 4 | 153 | 1 | 0.6536 | 2.94 | 2.94 | 4.44 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | diamond horseshoe necklace | 4 | 208 | 0 | 0 | 0 | 0 | 1.86 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | diamond horseshoe pendant | 4 | 385 | 3 | 0.7792 | 3.15 | 9.46 | 2.24 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | Diamonds by the yard necklace | 4 | 189 | 1 | 0.5291 | 3.59 | 3.59 | 2.82 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | discount sterling silver jewelry | 4 | 1495 | 64 | 4.2809 | 2.96 | 189.3 | 3.21 | 1 | 1.56 |
| Overstock/J | Primary Keywords | Long Keywords | Search | fashion silver jewelry wholesale | 4 | 86 | 0 | 0 | 0 | 0 | 1.84 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | fine sterling silver jewelry | 4 | 269 | 1 | 0.3717 | 3.72 | 3.72 | 2.13 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | handcrafted silver jewelry | 4.1 | 61 | 0 | 0 | 0 | 0 | 2.64 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | handcrafted silver sterling jewelry | 4 | 7 | 0 | 0 | 0 | 0 | 6.54 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | handcrafted sterling silver jewelry | 4 | 148 | 0 | 0 | 0 | 0 | 5.29 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | man sterling silver jewelry | 4 | 93 | 0 | 0 | 0 | 0 | 4.75 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | nn925 silver jewelry | 4 | 577 | 27 | 4.6794 | 1.44 | 38.97 | 1.43 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | nn925 silver jewelry distributor | 4 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | nn925 sterling silver jewelry | 4 | 192 | 1 | 0.5208 | 3.08 | 3.08 | 3.62 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | silver cubic zirconia jewelry | 4 | 44 | 0 | 0 | 0 | 0 | 8.99 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | silver jewelry manufacturer | 4 | 163 | 1 | 0.6135 | 3.47 | 3.47 | 5.12 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | silver jewelry wholesaler | 3.81 | 12 | 0 | 0 | 0 | 0 | 6.92 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | sterling silver cz jewelry | 2.86 | 29 | 2 | 6.8966 | 2.42 | 4.84 | 2.62 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | sterling silver fashion jewelry | 4 | 83 | 0 | 0 | 0 | 0 | 6.17 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | sterling silver gemstone jewelry | 4 | 214 | 6 | 2.8037 | 2.54 | 15.26 | 1.25 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | sterling silver jewelry finding | 4 | 59 | 0 | 0 | 0 | 0 | 3.73 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | sterling silver jewelry findings | 4 | 346 | 15 | 4.3353 | 2.28 | 34.21 | 1.34 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | sterling silver jewelry language en | 4 | 43 | 0 | 0 | 0 | 0 | 4.72 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Search | sterling silver jewelry wholesale | 4 | 270 | 2 | 0.7407 | 3.64 | 7.29 | 6.97 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Content | nn925 sterling silver jewelry | 4 | 3689 | 171 | 4.6354 | 2.79 | 476.73 | 3.08 | 4 | 2.34 |
| Overstock/J | Primary Keywords | Long Keywords | Content | sterling silver fashion jewelry | 4 | 5 | 0 | 0 | 0 | 0 | 4 | 0 | 0 |
| Overstock/J | Primary Keywords | Long Keywords | Content | wholesale sterling silver jewelry | 4 | 124 | 0 | 0 | 0 | 0 | 3.23 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | christian silver jewelry | 4 | 18 | 0 | 0 | 0 | 0 | 2.61 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | clean silver jewelry | 2 | 55 | 2 | 3.6364 | 3.57 | 7.14 | 5.58 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Crystal dangle earring | 1 | 89 | 0 | 0 | 0 | 0 | 4.81 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | custom silver jewelry | 2 | 8 | 1 | 12.5 | 0.97 | 0.97 | 2.88 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | David yurman replica | 2 | 80 | 0 | 0 | 0 | 0 | 7.58 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | David yurman ring | 4 | 1144 | 197 | 17.2203 | 0.42 | 83.02 | 1.11 | 5 | 2.54 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Designer knock-offs | 0.5 | 1342 | 104 | 7.7496 | 0.72 | 75.3 | 2.84 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | designer silver jewelry | 4 | 885 | 51 | 5.7627 | 0.48 | 24.46 | 1.24 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Diamonds by the yard | 4 | 345 | 3 | 0.8696 | 2.73 | 8.2 | 5.17 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | discount silver jewelry | 0.5 | 918 | 239 | 26.0349 | 0.46 | 110.03 | 1.11 | 4 | 1.67 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | fine silver jewelry | 4 | 221 | 9 | 4.0724 | 2.03 | 18.23 | 3.96 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | gemstone silver jewelry | 2 | 185 | 1 | 0.5405 | 0.54 | 0.54 | 4.69 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | gold silver jewelry | 1 | 102 | 0 | 0 | 0 | 0 | 3.12 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | handcrafted silver jewelry | 1 | 574 | 21 | 3.6585 | 0.65 | 13.63 | 2.13 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Horseshoe necklace | 1 | 61 | 1 | 1.6393 | 3.41 | 3.41 | 8.77 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Inspired Silver | 1 | 1690 | 192 | 11.3609 | 0.73 | 140.71 | 1.43 | 7 | 3.65 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | jewelry silver | 1 | 9216 | 166 | 1.8012 | 0.56 | 93.54 | 4.58 | 7 | 4.22 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | jewelry silver sterling | 2 | 2738 | 91 | 3.3236 | 2.21 | 200.7 | 3.04 | 1 | 1.1 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | jewelry sterling silver | 2 | 327 | 5 | 1.5291 | 2.77 | 13.87 | 4.51 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Key pendant | 2 | 2129 | 28 | 1.3152 | 2.51 | 70.15 | 4.13 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Long earring | 1 | 1344 | 63 | 4.6875 | 0.71 | 44.76 | 1.8 | 2 | 3.17 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Man jewelry | 1 | 101 | 2 | 1.9802 | 0.84 | 1.68 | 2.97 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | man silver jewelry | 2 | 1932 | 26 | 1.3458 | 1.19 | 30.9 | 4.84 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | mens silver jewelry | 1 | 68 | 0 | 0 | 0 | 0 | 5.6 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | modem silver jewelry | 1 | 357 | 38 | 10.6443 | 0.79 | 29.94 | 1.54 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | nn925 silver jewelry | 1 | 518 | 61 | 11.7761 | 0.72 | 43.99 | 1.54 | 1 | 1.64 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | online silver jewelry | 1 | 75 | 7 | 9.3333 | 0.59 | 4.1 | 1.37 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Overstock | 1 | 29 | 0 | 0 | 0 | 0 | 3.69 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Overstock | 1 | 40 | 0 | 0 | 0 | 0 | 4.88 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Overstock jeweler | 1 | 286357 | 2788 | 0.9736 | 0.53 | 1464 | 2.26 | 24 | 0.86 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Overstock jewelry | 1 | 242 | 63 | 26.0331 | 0.47 | 29.42 | 1.62 | 15 | 23.81 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Overstock.com | 1 | 855 | 243 | 28.4211 | 0.34 | 83.72 | 1.09 | 9 | 3.7 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Overstockjeweler | 1 | 75506 | 2417 | 3.2011 | 0.37 | 890.32 | 2.15 | 14 | 0.58 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | Replica tiffany jewelry | 1 | 422 | 189 | 44.7867 | 0.18 | 34.47 | 1.37 | 73 | 38.62 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | silver costume jewelry | 0.5 | 2056 | 243 | 11.8191 | 0.81 | 196.51 | 1.81 | 3 | 1.23 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | silver cz jewelry | 4 | 125 | 3 | 2.4 | 3.42 | 10.27 | 4.57 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | silver fashion jewelry | 4 | 73 | 1 | 1.3699 | 3.99 | 3.99 | 12 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | silver gemstone jewelry | 1 | 252 | 3 | 1.1905 | 0.9 | 2.7 | 3.4 | 0 | 0 |
| Overstock/J | Primary Keywords | Silver Jewelry | Search | | 2 | 496 | 14 | 2.8226 | 1.09 | 15.24 | 2.69 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver gold jewelry | 2 | 260 | 5 | 1.9231 | 1.83 | 9.16 | 4.8 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | Silver heart ring | 2 | 381 | 13 | 3.6011 | 1.13 | 14.63 | 2.93 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry | 4 | 27408 | 944 | 3.4445 | 1.61 | 1516.05 | 3.77 | 16 | 1.69 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry clasp | 2 | 28 | 1 | 3.5714 | 1.96 | 1.96 | 4.04 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry clasps | 1 | 13 | 1 | 7.6923 | 0.96 | 0.96 | 3.46 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry custom | 4 | 28 | 0 | 0 | 0 | 0 | 4.84 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | Silver jewelry gift | 2 | 48 | 0 | 0 | 0 | 0 | 2.38 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry online | 2 | 49 | 2 | 4.0916 | 3.82 | 7.63 | 8 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry set | 1 | 61 | 0 | 0 | 0 | 0 | 4.39 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry wholesale | | 4186 | 57 | 1.3617 | 0.89 | 50.53 | 5.14 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver jewelry wholesaler | | 10 | 0 | 0 | 0 | 0 | 14.4 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | silver turquoise jewelry | | 74 | 5 | 6.7568 | 2.24 | 11.18 | 9.28 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | sterling silver cz jewelry | 2 | 94 | 1 | 1.0638 | 1.99 | 1.99 | 3.74 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | sterling silver jewelry | 0.5 | 27415 | 918 | 3.3485 | 1.39 | 1277.22 | 4.29 | 17 | 1.85 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | Tiffany inspired jewelry | 1 | 2708 | 106 | 3.9172 | 0.8 | 84.62 | 2.82 | 2 | 1.89 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | turquoise silver jewelry | 2 | 288 | 25 | 8.6806 | 0.66 | 16.48 | 1.74 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Search | unique silver jewelry | 1 | 413 | 51 | 12.3487 | 0.7 | 35.7 | 2.97 | 0 | 0 |
| Overstock.J | Primary Keywords | Silver Jewelry | Content | Overstock | | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 0 |

©2008 Microsoft Corporation. All rights reserved.