UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

YURMAN STUDIO, INC. and YURMAN DESIGN, INC.,

        Plaintiffs/Counter-Defendants,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs.

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

------------------------------------------------------------- x
------------------------------------------------------------- x

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A.,

        Plaintiffs,

- against -

ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

------------------------------------------------------------- x

**DECLARATION OF BHARAT DUBE, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT B





**JOAILLIERS**
PARIS   LONDRES   NEW YORK

## AVENANT AU CONTRAT DE TRAVAIL
## du 2 avril 2001 de [

**ENTRE LES SOUSSIGNES**

1. **La société CARTIER JOAILLERIE INTERNATIONAL**

   dont le siège social est situé : 5, Cité du Retiro – 75008  Paris

   Représentée aux présentes par Mademoiselle Catherine Chaubeau, en qualité de Responsable des Ressources Humaines

   Ci-après brièvement dénommée "CARTIER Joaillerie International"

   **D'UNE PART**

ET

2. **Madame**

   demeurant : [

   Née le : .

   de nationalité : [

   numéro de sécurité sociale :

   Ci-après dénommé

   **D'AUTRE PART**



# AVENANT

          a été engagée le         par contrat de travail (ci-après « le Contrat de travail ») en qualité de Dessinatrice par CARTIER Joaillerie International. CARTIER Joaillerie International est une entreprise notoire du secteur de la joaillerie et du luxe en général.         a aujourd'hui le statut de cadre, coefficient A1.

Dans le contexte de la réorganisation du Département auquel    ,    appartient, les parties ont souhaité, par le biais de cet avenant, rappeler les conditions dans lesquelles    exerce cette fonction, et indiquer les nouvelles conditions de la rémunération de    qui s'appliqueront à compter de la signature du présent avenant.

## ARTICLE 1 - ATTRIBUTIONS

          exerce, sous l'autorité de Monsieur Bernard Fornas, Président Directeur Général de CARTIER Joaillerie International, toutes les fonctions qui incombent normalement à un « Designer », à savoir notamment, et sans que cette liste soit exhaustive :

- le développement de lignes, de gammes existantes de produits et d'articles, créées, fabriquées et commercialisées par CARTIER Joaillerie International et ses sociétés affiliées,

- la contribution à la création de produits et d'articles originaux susceptibles d'être fabriqués et commercialisés sous la marque CARTIER,

- l'adaptation, la modification et la transformation des lignes existantes de produits et d'articles créées, fabriquées et commercialisées par CARTIER Joaillerie International et ses sociétés affiliées,

- la participation à la création de nouvelles lignes de produits et d'articles susceptibles d'être fabriquées et commercialisées sous la marque CARTIER.

        accepte irrévocablement de se soumettre aux instructions qui lui seront transmises pour que ses créations satisfassent à la direction artistique qui lui sera indiquée et à l'image de luxe recherchée.

Dans la même finalité, :        fournira ses meilleurs efforts pour collaborer avec les autres « Designers » de CARTIER Joaillerie International et accepte irrévocablement que ses créations soient modifiées et adaptées.

Pour permettre l'exploitation par CARTIER de ses créations, :        réalisera tous croquis, dessins, plans, maquettes, photographies nécessaires et les remettra datés et signés à CARTIER Joaillerie International.

Par ailleurs, :        effectuera toutes études complémentaires et produira ou fera produire tous prototypes nécessaires pour permettre de faire fabriquer des produits ou articles et les rendre conformes aux normes en vigueur et à la direction artistique qui lui sera demandée.



## ARTICLE 2 – PROPRIETE INTELLECTUELLE

Il est rappelé que :           / a réalisé et réalisera son travail, tel que défini à l'article 1, selon les directives artistiques et commerciales de son employeur CARTIER Joaillerie International, notamment sur la base d'un fonds documentaire et d'archives constitué et conservé par CARTIER Joaillerie International et ses sociétés affiliées portant sur des modèles « CARTIER » préexistants, grâce aux moyens mis à sa disposition par CARTIER Joaillerie International.

           est rémunérée pour son travail qui est exclusivement destiné à être intégré au sein des nouveaux produits et nouvelles gammes de produits divulgués et commercialisés par CARTIER Joaillerie International ou par des sociétés affiliées, sous la marque « CARTIER ».

Son travail est une contribution aux œuvres collectives constituées par les modèles divulgués et commercialisés sous la marque « CARTIER ».

CARTIER Joaillerie International rappelle en conséquence et            confirme que le travail créatif qu'elle a accompli depuis son entrée au sein de CARTIER Joaillerie International et qu'elle accomplira en exécution de son contrat de travail est la propriété exclusive de CARTIER Joaillerie International et s'interdit expressément de revendiquer à l'encontre de CARTIER Joaillerie International un quelconque droit d'auteur sur les oeuvres à la création desquelles elle a ou aura participé.

En toute hypothèse, à supposer que des créations réalisées par            dans le cadre de son contrat de travail, puissent constituer des œuvres individualisées, acceptées comme telles par CARTIER Joaillerie International et constituées exclusivement par des modèles de joaillerie et haute joaillerie (ci-après « les Œuvres ») il est expressément convenu entre les Parties que l'intégralité des droits d'auteur dont            serait alors titulaire sur les Œuvres serait cédée à titre exclusif à CARTIER Joaillerie International, et ce au fur et à mesure de leur création.

Les droits d'auteur ainsi cédés, pour la durée légale de protection des Œuvres et pour le monde entier, couvrent notamment le droit pour CARTIER Joaillerie International de reproduire les Oeuvres, de les représenter et de les fabriquer, et ce sous toutes formes, tous supports, par tous moyens et en nombre illimité.

De manière générale,            s'interdit d'effectuer un quelconque dépôt de propriété industrielle, tel que marque(s), dessin(s) et modèle(s) et/ou brevet(s) portant sur les œuvres qui sont propriété exclusive de CARTIER Joaillerie International.

Par ailleurs, lorsque, selon les différentes législations en vigueur, la protection des modèles, propriété de CARTIER Joaillerie International, implique l'accomplissement de toute formalité,            prêtera son concours à CARTIER Joaillerie International en accomplissant toute diligence et/ou en régularisant tout document nécessaire à cet effet.

## ARTICLE 3 - EXCLUSIVITE

Il est rappelé l'obligation pour            de consacrer la totalité de son temps de travail à CARTIER Joaillerie International.

Toutes les autres activités, même accessoires, qui seraient rémunérées ou qui pourraient, d'une manière quelconque, être préjudiciables au travail que            fourni à CARTIER Joaillerie International de même que la coopération avec d'autres entreprises ou la prise de participations dans de telles entreprises, nécessitent l'accord préalable exprès et écrit de CARTIER Joaillerie International.

### ARTICLE 4 - CONFIDENTIALITE

Il est également rappelé l'obligation pour           de respecter une confidentialité absolue concernant toutes les informations qu'elle recueille à l'occasion de ses fonctions au sein de CARTIER Joaillerie International et, notamment, pour ce qui concerne les secrets des affaires ou les secrets des entreprises et du groupe auquel appartient CARTIER Joaillerie International. Cette obligation doit être respectée vis-à-vis de tous tiers, y inclus des salariés de CARTIER Joaillerie International qui n'ont pas accès aux dites informations et/ou documents.

L'obligation de confidentialité couvre aussi les détails du présent contrat.

Cette obligation de confidentialité restera en vigueur, sans limitation dans le temps, même après la cessation du présent contrat.

### ARTICLE 5 - OBLIGATION DE RESTITUTION

Lors de la cessation du présent contrat, pour quelque raison que ce soit,             , restituera immédiatement à CARTIER Joaillerie International tous les documents qu'elle aura pu obtenir ou établir dans sa fonction de « Designer », y inclus ses propres notes, dessins, esquisses, croquis, plans, etc. professionnels.

Cette obligation s'applique également s'agissant des copies qu'elle aurait pu effectuer ou faire effectuer.

            n'a aucun droit de rétention concernant ces documents. Il est, en outre, expressément convenu que notamment le fichier des clients est la propriété exclusive de CARTIER Joaillerie International.

La même obligation s'applique concernant tout matériel qui aurait pu être confié à           et qui est resté la propriété de CARTIER Joaillerie International ou une entreprise de leasing ou autre avec laquelle CARTIER Joaillerie International a conclu un contrat à ce sujet.

### ARTICLE 6 – CLAUSE DE NON CONCURRENCE

En cas de rupture du présent contrat, quels qu'en soient la cause et l'auteur,            y s'interdit, en raison de la nature de ses attributions, d'entrer au service d'une entreprise concurrente ou de participer, directement ou indirectement, par personne interposée ou en qualité d'intermédiaire, dans son propre intérêt ou dans l'intérêt d'un tiers, à une activité concurrente ou potentiellement concurrente.

Cette interdiction est applicable pendant une durée de deux ans à compter de la fin du contrat de travail et s'étend sur le territoire de la France entière.

Le respect de cette interdiction donnera lieu à rémunération dans les conditions fixées par la convention collective applicable (article 12 de l'avenant « Cadres » de la convention collective de la B.J.O.C.).

Toutefois, CARTIER Joaillerie International se réserve le droit, en cas de rupture du contrat de travail, de ne pas mettre en œuvre cette clause de non-concurrence ; dans ce cas, elle préviendra            par écrit dans les huit jours suivant la notification du préavis ou, en cas de non-observation du préavis, dans les huit jours suivant la rupture effective du contrat.

4



## ARTICLE 7 – REMUNERATION

En rémunération du travail accompli en exécution de son contrat de travail, ⸺⸺ percevra une rémunération forfaitaire mensuelle brute d'un montant de 3.500 Euros payables en treize (13) mensualités.

La rémunération ci-dessus mentionnée sera payée, déduction faite des charges sociales incombant légalement aux salariés.

A toutes fins utiles, il est expressément convenu et accepté entre les Parties que la rémunération globale versée par CARTIER Joaillerie International à ⸺⸺ ⸺⸺, depuis son engagement au sein de CARTIER Joaillerie International le 2 avril 2001, couvre l'intégralité de la rémunération à laquelle ⸺⸺ ⸺⸺ peut prétendre en contrepartie de l'accomplissement de la mission créative qui est la sienne, à savoir la réalisation pour le compte de CARTIER Joaillerie International, de contributions créatives ou plus généralement de créations dans le cadre de son contrat de travail, et ce à quelque titre que ce soit, à titre individuel ou collectif. Cette rémunération globale englobe en tout état de cause la contrepartie de toutes les cessions de droits d'auteur prévues aux présentes.

⸺⸺ ⸺⸺ se déclare en conséquence irrévocablement satisfaite de la contrepartie qui lui est allouée depuis son début d'activité, et renonce expressément à toute autre forme de rémunération complémentaire qu'elle quelle soit et à quelque titre que ce soit, notamment pour la cession de ses droits dont elle reconnaît le caractère accessoire par rapport à l'exploitation des produits qui en découlent par CARTIER Joaillerie International.

## ARTICLE 8 - DISPOSITIONS FINALES

Toutes les modifications du présent accord et tous les compléments à lui apporter doivent être convenus, pour être valables, par voie d'avenants écrits.

Au cas où une ou plusieurs dispositions du présent accord seraient ou deviendraient inapplicables, les autres dispositions contractuelles n'en seraient pas pour autant affectées. Les parties contractantes conviennent, dès à présent, qu'aux lieu et place des dispositions inapplicables seront appliquées des dispositions de substitution qui devront dans leurs effets économiques se rapprocher le plus possible des termes du présent contrat.

Fait à Paris

Le .
En deux originaux

Pour CARTIER JOAILLERIE INTERNATIONAL
Catherine Chaubeau
Responsable des Ressources Humaines.

*lu et Approuvé*

Madame
« Lu et approuve – Bon pour accord »

CARTIER

JEWELERS

PARIS  LONDON  NEW YORK

SUPPLEMENTAL AGREEMENT TO THE WORK AGREEMENT

of April 2, 2001 of

BETWEEN UNDERSIGNED

    1.    The CARTIER JOAILLERIE INTERNATIONAL company

        with headquarters located at: 5, Cité du Retiro - 75008 Paris

        Represented for this matter by Miss Catherine Chaubeau, as Person in charge of Human Resources

        Hereafter "CARTIER International"

ON THE ONE HAND,

AND

    2.    Mrs. *[redacted]*

        residing [*redacted*]

        Born on: . [*redacted*]

        of citizenship: [*redacted*]

        social security number [*redacted*]

        Hereafter designated [*redacted*]

ON THE OTHER HAND,

CARTIER JOAILLERIE INTERNATIONAL

5, CITÉ DU RETIRO 75008 PARIS – PHONE: 01 58 18 20 20 - FAX : 01 58 18 20 02

SIMPLIFIED JOINT STOCK COMPANY with CAPITAL OF 27,398,000 € - PARIS CTR 8 334 429 834 - HEAD QUARTERS: 37, RUE BOISSY D'ANGLAS, 75008 PARIS

SUPPLEMENTAL AGREEMENT

[redacted] was hired on [redacted] by work agreement (hereafter "the Work Agreement") as designer by CARTIER International. CARTIER International is a notorious company in the jewelry and luxury sector in general. [redacted] has today the position of manager, A1 coefficient.

In the context of the Department reorganization to which [redacted] belongs, the parties wished, through this supplemental agreement, to recall the conditions under which [redacted]

exerts this function, and to indicate the new remuneration conditions for [redacted] that will be applied upon signing this supplemental agreement.

## ARTICLE 1 - DUTIES

[redacted] exerts, under the authority of Mr. Bernard Fornas, CEO of CARTIER International, all functions that are normally the duty of a "Designer", that is notably, this list not being exhaustive,

- the development of lines, of existing product and article lines, created, manufactured, and marketed by CARTIER International and its affiliated member companies,
- contributing to the creation of original products and articles susceptible to be manufactured and marketed under the CARTIER brand,
- adapting, modifying, and transforming existing product and article lines, created, manufactured, and marketed by CARTIER International and its affiliated member companies,
- contributing to the creation of new product and article lines susceptible to be manufactured and marketed under the CARTIER brand,

[redacted] accepts to submit irrevocably to the instructions that will be transmitted to her so that her creations satisfy to the artistic direction that will be indicated to her and to the sought after luxury image.

For the same finality, [redacted] shall provide her best efforts to collaborate with other "Designers" of CARTIER International and accepts irrevocably that her creations be modified and adapted.

In order to enable CARTIER to exploit its creations, [redacted] shall realize all necessary sketches, drawings, plans, models, photographs and shall deliver them dated and signed to CARTIER International.

In addition, [redacted] shall do all complementary studies and shall produce or shall have made all necessary prototypes enabling to have manufactured the products or articles and make them compliant to the applicable norms and artistic direction that will be asked from her.

## ARTICLE 2 - INTELLECTUAL PROPERTY

As reminded [redacted] has realized and will realize her work, as defined in article 1, according to the artistic and commercial instructions of her employer CARTIER International, notably on the basis of a documentary and archive foundation constituted and kept by CARTIER International and its affiliated member companies directed to preexisting "CARTIER" models, thanks to means made available to her by CARTIER International.

[redacted] is paid for her work, which is exclusively intended to be integrated within new products and new product lines released and marketed by CARTIER International or by affiliated member companies, under the CARTIER brand.

Her work is a contribution to the collective works constituted by the models released and marketed under the CARTIER brand.

Consequently CARTIER International reminds and [redacted] confirms that the creative work that she has accomplished since her hiring by CARTIER International, and that she will accomplish in executing her work agreement is the exclusive property of CARTIER International and expressly forbids herself to claim against CARTIER International any copyrights over the works, the creation of which she has or will have participated.

In any event, supposing that the creations realized by *[redacted]* in the context of her work agreement, may constitute individualized works, accepted as such by CARTIER International and exclusively constituted of jewelry and high jewelry models (hereafter "the Works"), it is expressly agreed between the Parties that the entirety of the copyrights of which *[redacted]* would then be titular on the Works would be transferred in exclusivity to CARTIER International, as their creation progresses.

The so-transferred copyrights, for the legal duration of the Works protection, and worldwide, cover namely the right for CARTIER International to reproduce the Works, to represent them, and to manufacture them, under all forms, all supports, by all means, and in unlimited numbers.

Generally, *[redacted]* forbids herself from applying for any industrial property, such as brand(s), drawing(s), and model(s), and/or patent(s) directed to the works that are the exclusive property of CARTIER International.

Moreover, when, according to various applicable laws, the protection of the models, property of CARTIER International, implicates the completion of all formality, *[redacted]* shall help CARTIER International by making all diligence and/or by regularizing any document necessary to that effect.

### ARTICLE 3 - EXCLUSIVITY

As reminded, *[redacted]* has the obligation to dedicate all her work time to CARTIER International.

All other activities, even accessory, that would be paid or that would, in any manner, be damaging to the work that *[redacted]* provides to CARTIER International as well as cooperation with others companies or equity participation in such companies, require the express and written prior agreement of CARTIER International.

### ARTICLE 4 - CONFIDENTIALITY

As reminded, *[redacted]* has the obligation to respect an absolute confidentiality concerning all information that she collects in realizing her functions within CARTIER International and, namely, regarding business secrets or secrets of companies and of the group to which belongs CARTIER International. This obligation must be respected with regards to any third party, included CARTIER International salaried employees who don't have access to said information and/or documents.

The obligation of confidentiality also covers the details of this agreement.

This obligation of confidentiality will remain applicable, without limitation in time, even after this agreement ceases.

### ARTICLE 5 - OBLIGATION OF RESTITUTION

At the time of the cessation of this agreement, for whatever reason, *[redacted]* shall immediately return to CARTIER International all documents that she could have obtained or established while performing her "Designer" function, included her own professional notes, drawings, sketches, drafts, plans, etc...

This obligation also applies to copies that she made herself or had made.

*[redacted]* doesn't have any ownership rights concerning these documents. In addition, it is expressly agreed that namely the customer file is the exclusive property of CARTIER International.

This same obligation applies to all material that would have been entrust to *[redacted]* and that remains the property of CARTIER International, or of a leasing or other company with which CARTIER International had an agreement in this matter.

### ARTICLE 6 - CLAUSE OF NON COMPETITION

In case this agreement is breached, whatever the cause and the author, *[redacted]* forbids herself, from the nature of her assignments, to be hired by a competitor company or to participate, directly or indirectly, through an intermediary person, or as mediator, in her own interest or in the interest of a third party, to a

competitor or potentially competitor activity.

This interdiction is applicable for a two year period starting at the end of the work agreement and extending over the whole territory of France.

The respect of this interdiction will lead to compensations under conditions set by the applicable collective convention (article 12 of the "Managers" supplemental agreements of the B.J.O.C. collective convention).

However, CARTIER International reserves the right, in case of breach of the work agreement, not to apply this clause of non competition; in such case, she shall advise *[redacted]* -

in writing within eight days following the notification of the notice or, in case of non observation of the notice, within eight days following the effective breach of contract.

## ARTICLE 7 - REMUNERATION

In remuneration for work accomplished in performing her work agreement, *[redacted]* shall receive a monthly, inclusive, flat, gross compensation in the amount of 3,500 Euros payable in thirteen (13) allowances.

The above mentioned compensation shall be paid, deduction made for fringe benefits legally payable by salaried employees.

To all useful ends, it is expressly agreed and accepted between the Parties that the global compensation paid by CARTIER international to *[redacted]*, starting when she was hired by CARTIER International on April 2, 2001, covers the entirety of the compensation to which *[redacted]* is entitled in counterpart of achieving the creative mission which is hers, i.e. the realization on behalf of CARTIER International, of creative contributions or more generally of creations in the context of her work agreement, and this under whatever quality, whether individual or collective. This global compensation includes in any event the counterpart of all transfers of copyrights provided by this document.

Consequently *[redacted]* declares herself irrevocably satisfied of the counterpart that is assigned to her since the beginning of her activity, and expressly waive any other form of complementary compensation on whatever account may be, notably for the transfer of her rights of which she recognizes the accessory character in relation to the ensuing product development by CARTIER International.

## ARTICLE 8 – FINAL PROVISIONS

All modifications to this agreement and all complements contributed to it must be agreed upon, in order to be valid, through written supplementary agreements.

In the event one or several provisions of this agreement would be or would become inapplicable, the other contractual provisions would not be affected. The contracting parties agree that, from now on, in lieu of inapplicable provisions, substitution provisions as close as possible in their economic effects to the terms of this agreement will be applied.

Made in Paris

On

In two original copies

For CARTIER INTERNATIONAL Mrs. [redacted]

Catherine Chaubeau "Read and approved - For agreement" Human Resources Manager.

*[handwritten]* Read and approved

*[signature]*