UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YURMAN STUDIO, INC. and YURMAN
DESIGN, INC.,

        Plaintiffs/Counter-Defendants,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs.
------------------------------------------------------------ x
------------------------------------------------------------ x
CARTIER, a division of RICHEMONT NORTH
AMERICA, INC., CARTIER INTERNATIONAL,
N.V., CARTIER CREATION STUDIO, S.A., VAN
CLEEF & ARPELS S.A., VAN CLEEF &
ARPELS, INC., VAN CLEEF & ARPELS
DISTRIBUTION, INC., GUCCI AMERICA, INC.,
and BULGARI S.p.A.,

        Plaintiffs,

    - against -

ELENA CASTANEDA and EJEWELER LLC
d/b/a OVERSTOCKJEWELER.COM,

        Defendants.
------------------------------------------------------------ x

Civil Action No. 07-1241 (SAS)(HP)
(Action No. 1)

Civil Action No. 07-7862 (SAS)(HP)
(Action No. 2)

**DECLARATION OF FREDERIC GILBERT-ZINCK IN OPPOSITION TO
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
YURMAN STUDIO, INC.,

        Plaintiff/Counter-Defendant,    Case No.
                                               07-1241

   - against -                              (SAS/HP)

ELENA CASTANEDA and EJEWELER LLC d/b/a
OVERSTOCKJEWELER.COM,

        Defendants/Counter-Plaintiffs,

   - against -

YURMAN DESIGN, INC.,

        Third-Party Defendant.
------------------------------------------x

                March 27, 2008
                10:49 a.m.

                399 Park Avenue
                New York, New York


       DEPOSITION of FREDERIC GILBERT-ZINCK


COURT REPORTER:  Angela Moody


RAYVID REPORTING SERVICE, INC.   (212) 599-3642

FREDERIC GILBERT-ZINCK

```
 1        A    I assume so, yes.
 2        Q    You mentioned before that you
 3   saw this bracelet for the first time in the
 4   catalogue around 2005/2006.
 5             Is the first time you ever saw
 6   this bracelet, was it in a catalogue or did you
 7   see the bracelet for real?
 8             MR. EDERER:  Objection to form.
 9        A    I seem to remember I saw it
10   first in the catalogue.  I don't really
11   remember for sure -- I must have seen it in the
12   catalogue first.  I don't remember for sure.
13        Q    Are you aware of whether Van
14   Cleef is still selling this bracelet today?
15        A    Yes, of course we sell it.
16        Q    Is it still selling today the
17   other items in the Byzantine Alhambra
18   collection?
19             MR. EDERER:  Objection to form.
20        A    Yes.
21        Q    Are you aware of who designed
22   this bracelet?
23        A    Not specifically.
24        Q    Are you aware of who designed
25   the other pieces in the Byzantine Alhambra
```

FREDERIC GILBERT-ZINCK

1  collection?
2  A    Not specifically.
3  Q    Are you aware of whether the
4  same person designed all of the items in the
5  Byzantine Alhambra collection?
6  A    I don't know because it's team
7  work.
8  Q    What do you mean when you say
9  "it's team work"?
10 A    There are different designers
11 who work on the project and different
12 individuals from the company.
13 Q    Does Van Cleef have a special
14 department that just does design?
15 A    Yes.
16 Q    How many employees work in that
17 department?
18 A    Today, I would say five or six.
19 Q    Of those five or six individuals
20 in that department, do they have discreet
21 different jobs in the design process?
22      MR. EDERER:  Objection to form.
23 A    No, they are all on the same
24 foot.
25 Q    Where is the design department

FREDERIC GILBERT-ZINCK

```
 1         Q      Is it a ring?
 2         A      It looks like it, yes.
 3         Q      Why is it called the Modern
 4  Alhambra?
 5         A      It's called Modern Alhambra
 6  because it's a variation of the Vintage
 7  Alahambra.
 8         Q      What's the Vintage Alahambra?
 9         A      That's the historic Alhambra.
10         Q      When was this Modern Alhambra
11  designed, if you know?
12         A      Approximately, yes?
13         Q      Approximately.
14         A      You want the date?
15         Q      Yes.
16         A      2001.
17         Q      When did Van Cleef begin selling
18  it?
19         A      2001, 2002.
20         Q      How did you first become aware
21  of this ring?
22         A      I remember seeing Madam Guichot
23  broadly wear this ring at the proper time.
24         Q      Is this ring part of a
25  collection?
```

FREDERIC GILBERT-ZINCK

1    A    Yes.

2    Q    What collection?

3    A    Modern Alhambra.

4    Q    What other products are in the
5 Modern Alhambra collection?

6    A    Necklace, long necklace,
7 earrings, bracelet and cufflinks.

8    Q    Do you know who designed this
9 piece?

10    A    No.

11    Q    Have you ever had any
12 discussions with anybody at Van Cleef regarding
13 the design of this ring?

14    A    Probably.

15    Q    With whom?

16    A    I remember congratulating Madam
17 Guichot on having the initiative to create this
18 design.

19    Q    So, did Madam Guichot create the
20 design of the ring?

21    THE INTERPRETER: Correction by
22 the translator.

23    A    It was Madam Guichot that had
24 the impulse to create for the design.

25    Q    Did you discuss that impulse

Page 59
FREDERIC GILBERT-ZINCK

```
 1   with her?
 2            MR. EDERER:  Objection to form.
 3        A   I congratulated her for having
 4   modernized the Vintage Alahambra.
 5        Q   Is Madam Guichot a designer?
 6        A   Madam Guichot, at the time, was
 7   Van Cleef & Arpels' President.
 8        Q   Was she ever a designer?
 9        A   Not as far as I know.
10        Q   Does the Modern Alhambra
11   collection have a theme, to your knowledge?
12        A   It's the Alhambra modernized.
13        Q   In what sense did it modernize
14   the Alhambra?
15        A   For me, that's my personal
16   opinion, the lines are purer.
17        Q   What do you mean by "purer"?
18        A   The contour is smooth and large,
19   whereas in the Vintage Alahambra, it's beaded.
20   The setting of the stone is different.
21            MR. ZARIN:  Mark this.
22            (The above described document was
23        marked Exhibit D-3 for identification, as
24        of this date.)
25            MR. EDERER:  I'll point out for
```

1   motif, are there any specific features of the
2   motif that you believe are emblematic of Van
3   Cleef & Arpels?
4       A    It's the result that's
5   distinctive.
6       Q    So, is the answer yes or no?
7            MR. EDERER: Objection, asked
8   and answered.
9       A    Can up reask the question.
10           MR. ZARIN: Read back the
11  question, please.
12           (The question requested was read
13  back by the reporter.)?
14      A    And you want a yes or no answer?
15      Q    Yes or no.
16           MR. EDERER: If it's not capable
17  of being answered yes or no, you don't
18  have to answer it that way.
19      A    I don't know.
20      Q    Do you know who designed this
21  ring?
22      A    As far as I know, again, it's
23  team work inside of Van Cleef & Arpels.
24      Q    Have you ever spoken to any
25  individual at Van Cleef who was part of that

1       Q    Is this the only watch in the
2   Vintage Alahambra collection?
3       A    I believe there is or used to be
4   another one, which is similar, with a leather
5   bracelet.
6       Q    Do you know who designed this
7   watch?
8       A    I don't know the specific name,
9   but I assume like the rest of the collection,
10  it's team work from a creation team.
11      Q    Do you know when this watch was
12  designed?
13      A    I don't really remember the
14  date.  I think it was around the year 2000, but
15  I'm not sure.
16      Q    Do you know when this watch was
17  first sold by Van Cleef?
18      A    No, but like everything else,
19  it's a few months after the design.
20      Q    Have you ever had any
21  conversations with anybody at Van Cleef
22  regarding the design of this watch?
23      A    About this watch specifically,
24  no.  About the design of Vintage Alhambra, yes.
25      Q    Do you know where this watch was