UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| YURMAN STUDIO, INC. and YURMAN DESIGN, INC., | Civil Action No. 07-1241 (SAS)(HP) (Action No. 1) |
| Plaintiffs/Counter-Defendants, | |
| - against - | |
| ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, | |
| Defendants/Counter-Plaintiffs. | |

------------------------------------------------------------ x
------------------------------------------------------------ x

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION, INC., GUCCI AMERICA, INC., and BULGARI S.p.A., | Civil Action No. 07-7862 (SAS)(HP) (Action No. 2) |
| Plaintiffs, | |
| - against - | |
| ELENA CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM, | |
| Defendants. | |

------------------------------------------------------------ x

**NOTICE OF MOTION FOR REARGUMENT AND/OR RECONSIDERATION
OF THE COURT'S AUGUST 19, 2008 OPINION AND ORDER**

PLEASE TAKE NOTICE that Plaintiffs Yurman Studio, Inc. and Yurman Design, Inc. (collectively "Yurman") hereby move pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Civil Rule 6.3, before the Honorable Shira A. Scheindlin, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street,

1

New York, for reargument and/or reconsideration of the Court's August 19, 2008 Opinion and Order to the extent it denied Yurman's motion for summary judgment dismissing Defendants' counterclaim for cancellation of Yurman's U.S. Copyright Registrations covering certain collections of jewelry designs, and consequently denied, or failed to consider, Yurman's request for an award of its costs, including reasonable attorneys' fees, associated with the defense of Defendants' counterclaim.

Dated: New York, New York  
       September 3, 2008

ARNOLD & PORTER LLP

By: _____  
Louis S. Ederer  
Matthew T. Salzmann  
399 Park Avenue  
New York, New York 10022  
Telephone: (212) 715-1000  
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copies of the annexed **NOTICE OF MOTION FOR REARGUMENT AND/OR RECONSIDERATION OF THE COURT'S AUGUST 19, 2008 OPINION AND ORDER** and accompanying **MEMORANDUM OF LAW IN SUPPORT OF YURMAN STUDIO, INC.'S AND YURMAN DESIGN, INC.'S MOTION FOR REARGUMENT AND/OR RECONSIDERATION OF THE COURT'S AUGUST 19, 2008 OPINION AND ORDER** were served via Federal Express upon the following, this 3rd day of September, 2008:

> Scott Zarin, Esq.
> Zarin & Associates, P.C.
> 1775 Broadway, Suite 2300
> New York, New York 10019
> Telephone: (212) 580-3131
> Facsimile: (212) 580-4393
>
> *Attorneys for Defendants*

Matthew T. Salzmann

380348